1   DANIEL J. BRODERICK, #89424
    Federal Defender
2   ANN H. MCGLENON, Bar #100433
    Assistant Federal Defenders
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   RICKY DAVIS

7                   IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   NO. 1:12-cr-0056 AWI-BAM
                                       )
11                     Plaintiff,      )   STIPULATION TO CONTINUE MOTIONS
                                       )   SCHEDULE AND HEARING;  ORDER
12         v.                          )
                                       )   Date:  February 19, 2013
13  RICKY DAVIS,                       )   Time:  10:00 AM
                                       )   Judge: Hon. Anthony W. Ishii
14                     Defendant.      )
                                       )
15  _____   )

16

17         **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18  attorneys of record herein, that the motions hearing now set for January 28, 2013, **may be continued to**

19  **February 19, 2013, at 10:00 A.M.**, and that a new motions schedule be set as follows:

20         **Event:**                  **Present Date:**              **Requested New Date:**

21         Declaration of Counsel                                    January 11, 2013
           Replies Due                   January 18, 2013            January 25, 2013
22         Hearing                       January 28, 2013 - 1:30 P.M.   February 19, 2013 - 10:00 AM

23         The continuance is requested by counsel for the defendant to allow counsel to and amend the

24  substantive motion and prepare a declaration and to adequately evaluate and prepare necessary motions.

25  The requested continuance will conserve time and resources for both counsel and the court.  Counsel for

26  defendant is out of town on the currently set hearing date.  The hearing needs to be continued to

27  accommodate both counsel's trial schedules. AUSA  Brian Enos has no objection to the requested

28  continuance.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

BENJAMIN B. WAGNER
United States Attorney

DATED:  January 3, 2013                    By:  /s/ Brian Enos
                                           BRIAN ENOS
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Public Defender

DATED:  January 3, 2013                    By:  /s/ Ann H. McGlenon
                                           ANN H. MCGLENON
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           Ricky Davis

## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   January 3, 2013          _____
                                  UNITED STATES DISTRICT JUDGE