HEATHER WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:12-cr-0056 AWI-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDE TIME |
| ) | |
| v. ) | |
| ) | |
| RICKY DAVIS, ) | Date: July 22, 2013 |
| ) | Time: 1:00 p.m. |
| Defendant. ) | Judge: Hon. Barbara A. McAuliffe |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for June 10, 2013, **may be continued to July 22, 2013, at 1:00 p.m.**

The continuance is requested by counsel for the defendant to permit further negotiations, investigation and review. The requested continuance will conserve time and resources for both counsel and the court. Both Counsel agree that negotiations and preparation are necessary. Negotiations for resolution are ongoing.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 5, 2013    By:  /s/ Brian Enos
BRIAN ENOS
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Public Defender

DATED: June 5, 2013    By:  /s/ Ann H. McGlenon
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
RICKY DAVIS

**O R D E R**

**IT IS SO ORDERED.**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 6, 2013**         /s/ **Barbara A. McAuliffe**
UNITED STATES MAGISTRATE JUDGE