HEATHER WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-cr-0056 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDE TIME |
| v. | ) ) | |
| RICKY DAVIS, | ) ) | Date: September 9, 2013 Time: 1:00 p.m. |
| Defendant. | ) ) ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing now set for July 22, 2013, **may be continued to September 9, 2013, at 1:00 p.m.**

The continuance is requested by counsel for the defendant to allow further negotiations between the parties, defense investigation, and consideration of further defense motions. The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED:  July 18, 2013                By:   /s/ Brian Enos
                                         BRIAN ENOS
                                         Assistant United States Attorney
                                         Attorney for Plaintiff


                                         HEATHER E. WILLIAMS
                                         Federal Public Defender

DATED:  July 18, 2013                By:   /s/  Ann H. McGlenon
                                         ANN H. MCGLENON
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         RICKY DAVIS


**O R D E R**

**IT IS SO ORDERED.**

For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **July 18, 2013**              /s/ **Barbara A. McAuliffe**
                                         UNITED STATES MAGISTRATE JUDGE