1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  ANN H. MCGLENON, #100433
   Assistant Federal Defender
3  2300 Tulare Street, Suite 330
   Fresno, CA  93721-2226
4  Telephone: 559.487.5561/Fax: 559-487-5950
   ann.mcglenon@fd.org
5
   Attorney for Defendant
6  RICKY DAVIS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   Case No.  1:12-CR-00056 AWI-BAM
                                     )
12            *Plaintiff,*           )   STIPULATION TO CONTINUE JURY TRIAL
                                     )   TO SEPTEMBER  23, 2014; ORDER
13                                   )
    vs.                              )
14                                   )
                                     )
15  RICKY DAVIS,                     )
                                     )
16            *Defendant.*           )
                                     )
17  _____ )

18

19       **IT IS HEREBY STIPULATED** by and between the parties through their respective

20  counsel, Assistant United States Attorney Brian W. Enos, Counsel for Plaintiff, and Assistant

21  Federal Defender, Ann H. McGlenon, Counsel for Defendant Ricky Davis, that the  jury trial  set

22  for August 5, 2014 at 8:30 a.m. before Hon. Judge Ishii, **may be continued to September 23,**

23  **2014 at 8:30 a.m. Trial confirmation is continued to September 8, 2014 at 10:00 a.m.**

24       The defense computer expert has not yet been provided digital media relevant to

25  defendant's cell phone, which the government agrees to produce once the government obtains a

26  warrant to search the cell phone contents.  The same expert is not available due to a pre-paid

27  vacation on the date set for trial. The requested continuance is necessary to allow for completion

28  of the media review and for testimony at trial. The requested continuance will conserve time and

resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii), (iv).


Dated:  February 25, 2014          BENJAMIN B. WAGNER

United States Attorney

*/s/ Brian W. Enos*
BRIAN W. ENOS
Assistant United States Attorney
Attorney for Plaintiff

Dated:  February 25, 2014

HEATHER E. WILLIAMS
Federal Defender


*/s/ Ann H. McGlenon*
ANN H. MCGLENON
Assistant Federal Defender
Attorney for Defendant
RICKY DAVIS


## O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and the defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161 (h)(7)(A) and (B)(ii), (iv).


IT IS SO ORDERED.

Dated:  _February 25, 2014_          _____

SENIOR  DISTRICT  JUDGE