HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
ANDRAS FARKAS, Bar #254302
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>RICKY DAVIS,<br><br>　　　　　　　Defendant. | NO. 1:12-CR-00056 AWI-BAM<br><br>STIPULATION TO CONTINUE PRE-TRIAL SCHEDULE; ORDER THEREON<br><br>**Trial Confirmation and Motions in Limine**:<br>　Date:　September 8, 2014<br>　Time:　1:30 p.m.<br>**Trial**:<br>　Date:　September 23, 2014<br>　Time:　8:30 a.m.<br>　Judge:　Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new pre-trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions In Limine Due | June 30, 2014 | August 11, 2014 |
| Oppositions to Motions in Limine | July 11, 2014 | August 26, 2014 |
| Jury Instructions | July 14, 2014 | August 29, 2014 |
| Replies | July 15, 2014 | September 2, 2014 |
| Motions in Limine Hearing | July 21, 2014 | September 8, 2014 – 1:30 p.m. |

The extension is necessary for coordination of schedules of counsel.    The requested continuance will conserve time and resources for all parties and the court.

///

///

-1-

///

                                          BENJAMIN B. WAGNER
                                          United States Attorney

DATED: June 4, 2014                        */s/ Brian Enos*
                                          BRIAN ENOS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          HEATHER E. WILLIAMS
                                          Federal Defender

DATED: June 4, 2014                       */s/ Ann H. McGlenon*
                                          ANN H. MCGLENON
                                          ANDRAS FARKAS
                                          Assistant Federal Defenders
                                          Attorney for Defendant
                                          RICKY DAVIS


## **O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:  June 4, 2014                                        _____
                                                   SENIOR DISTRICT JUDGE