HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
ANDRAS FARKAS, Bar #254302
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-CR-00056 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE PRE-TRIAL AND TRIAL SCHEDULE; ORDER |
| vs. | ) ) | **Trial Confirmation and Motions in Limine**: |
|  | ) | Date:   November 24, 2014 |
| RICKY DAVIS, | ) | Time:  1:30 p.m. |
|  | ) | **Trial**: |
| Defendant. | ) | Date:   December 09, 2014 |
|  | ) | Time:  8:30 a.m. |
|  | ) | Judge:  Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that a new pre-trial and trial schedule be set as follows:

| Event: | Present Date: | Requested New Date: |
|---|---|---|
| Motions In Limine Due | August 11, 2014 | October 27, 2014 |
| Oppositions to Motions in Limine | August 26, 2014 | November 10, 2014 |
| Jury Instructions | August 29, 2014 | November 13, 2014 |
| Replies | September 02, 2014 | November 17, 2014 |
| Motions in Limine Hearing | September 8, 2014 | November 24, 2014 – 1:30 p.m |
| Trial | September 23, 2014 | December 09. 2014 – 8:30 a.m. |

The extended litigation dates are necessary because the prosecution agent is reviewing new evidence from client's and minor's phones which must then be reviewed by the defense expert and may contain evidence helpful to the prosecution or Mr. Davis' defense, and may

further be relevant to the ultimate scope of In Limine Motions filed by either or both parties. Defense maintains it requested this telephone review in October, 2012. The requested continuance will conserve time and resources for all parties and the court, and may increase the parties' ability to resolve this matter short of trial.

BENJAMIN B. WAGNER
United States Attorney

DATED:  August 6, 2014                         */s/ Brian W. Enos*
                                               BRIAN W. ENOS
                                               Assistant United States Attorney
                                               Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender


DATED:  August 6, 2014                         */s/  Ann H. McGlenon*
                                               ANN H. MCGLENON
                                               ANDRAS FARKAS
                                               Assistant Federal Defenders
                                               Attorneys for Defendant
                                               RICKY DAVIS

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   August 6, 2014                        _____
                                               SENIOR  DISTRICT  JUDGE