BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>RICKY DAVIS,<br>  aka "Rick Loks"<br>  aka "Rick Dog"<br>                Defendant. | Case No: 1:12-cr-00056-AWI-BAM<br><br>**STIPULATION AND ORDER TO CONTINUE DECEMBER 9, 2014 TRIAL TO MARCH 17, 2015**<br><br>Ctrm:  2<br><br>Hon. Anthony W. Ishii |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Assistant Federal Defender Ann. H. McGlenon, Counsel for Defendant Ricky Davis ("defendant"), that this action's **(a) December 9, 2014 jury trial be continued to 8:30 a.m. on Tuesday, March 17, 2015.** The parties also stipulate that the filing of jury instructions be continued from Thursday, November 13, 2014 to Thursday, February 19, 2015.

The parties do *not* ask that any existing dates regarding the November 24, 2014 hearing

1

addressing motions in limine be moved, nor any underlying deadline set regarding the briefing of the same, pursuant to the terms of the court's scheduling order dated August 7, 2014.  Doc. 61.  All dates regarding the November 24, 2014 hearing on in limine motions will instead remain.

The parties base this stipulation on good cause.  To explain, two of the government's essential witnesses, including (1) Det. Derek Stigerts of the Sacramento Police Department and a task force officer within the FBI's Sacramento Office, and (2) South San Francisco Police Sergeant William Schwartz, one of two computer forensic examiners involved in examining electronic media underlying this prosecution, are also subpoenaed to testify as witnesses in a separate case involving a pro se defendant and venued in the U.S. District Court in Sacramento (United States v. Percy Love, III, Case No. 2:13-cr-00306 TLN).  That case also involves sex trafficking charges, and Det. Stigerts is also that action's lead agent.  Trial has been set to commence in the Love matter on Monday, December 8, 2014.  (Love, Doc. 79).  That trial is estimated to take several weeks, and the undersigned counsel for the government understands that the government's case alone involves approximately 50 witnesses that have been or will be subpoenaed to testify.

Both of the witnesses identified above are also deemed essential by the government in this action.  Det. Stigerts is also this case's lead agent, who knows more about its complete chronology than any other law enforcement officer, and will be designated by the government to be present throughout trial at counsel table.  Sgt. Schwartz forensically analyzed one of the electronic media devices (a cell phone) essential to the government's charges, and was also lead investigator in another matter in the Bay Area involving the uncovering of a cell phone that is central to this case.  The government intends to tender each witness as expert witnesses regarding certain aspects of this case.  Accordingly, the government considers each witness to be essential to it.  In light of the December 8, 2014 trial scheduled in United States v. Love, each are unavailable for trial in this action were it to maintain its current commencement date of December 9, 2014.  In addition, a forensic report regarding the cell phone for which a search warrant was recently obtained has not yet been provided, but law enforcement represents to counsel for the government that it will within a week.

In light of the above, and after discussion of the same in chambers with the court and an analysis

of respective calendars, the parties stipulate to the following continuances:

| Event: | Current Date: | Stipulated New Date: |
|---|---|---|
| Jury Instructions | November 13, 2014 | February 19, 2015 |
| Trial | December 9, 2014 | March 17, 2015 |

As aforementioned, the November 24, 2014 hearing on motions in limine and underlying briefing schedule shall remain according to the dates set forth in the court's order dated August 7, 2014. (Doc. 61).  At the conclusion of that hearing, the government or both parties will request a confirmation hearing to be scheduled.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(3)(A) and 3161(h)(7)(A).

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated: October 30, 2014                By: Brian W. Enos
                                              BRIAN W. ENOS
                                              Assistant U.S. Attorney

                                              (As auth. 10/30/14)

Dated: October 30, 2014                 /s/ Ann H. McGlenon
                                            ANN H. McGLENON
                                              Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   October 31, 2014                    _____
                                                   SENIOR  DISTRICT  JUDGE