HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
ANDRAS FARKAS, Bar #254302
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:12-CR-00056 AWI-BAM |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE OPPOSITIONS TO MOTIONS IN LIMINE |
| vs. | ) ) | Date:   November 14, 2014 |
| RICKY DAVIS, | ) ) | Judge:  Hon. Anthony W. Ishii |
| Defendant. | ) ) ) | |

**IT IS HEREBY STIPULATED IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney Brian Enos, Counsel for Plaintiff, and Assistant Federal Defenders, Ann H. McGlenon and Andras Farkas, Counsel for Defendant Ricky Davis, that the Oppositions to Motions in Limine scheduled for November 10, 2014 **may be continued to November 14, 2014.**

The reason for this continuance is to provide counsel additional time necessary to prepare oppositions due to the substantial Motions in Limine that were filed.  The Trial Confirmation and Motions in Limine Hearing will remain as scheduled for **November 24, 2014 at 1:30 p.m.**

//

//

                                                      BENJAMIN B. WAGNER
                                                     United States Attorney

DATED:  November 7, 2014                          */s/ Brian W. Enos*
                                                     BRIAN W. ENOS
                                                     Assistant United States Attorney
                                                     Attorney for Plaintiff

                                                     HEATHER E. WILLIAMS
                                                     Federal Defender

DATED:  November 7, 2014                          */s/  Ann H. McGlenon*
                                                     ANN H. MCGLENON
                                                     ANDRAS FARKAS
                                                     Assistant Federal Defenders
                                                     Attorneys for Defendant
                                                     RICKY DAVIS

**O R D E R**

IT IS SO ORDERED.

Dated:   November 10, 2014                   _____
                                                 SENIOR  DISTRICT  JUDGE