BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:12-cr-00056-AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE HEARING ON IN LIMINE MOTIONS FROM NOVEMBER 24, 2014 TO JANUARY 7, 2015** |
| v. | Date: January 7, 2015<br>Time: 10:00 a.m.<br>Ctrm: 2 |
| RICKY DAVIS, | Hon. Anthony W. Ishii |
| aka "Rick Loks"<br>aka "Rick Dog"      Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Assistant Federal Defender Ann. H. McGlenon, Counsel for Defendant Ricky Davis ("defendant"), that this action's **(a) November 24, 2014 hearing regarding the parties' cross in limine motions be continued to 10:00 a.m. on Wednesday, January 7, 2015.**

The parties base this stipulation on good cause. To explain, the parties each filed extensive omnibus moving papers and opposition briefs regarding a variety of in limine motions appropriately

1

raised prior to trial. Docs. 63, 64, 69 and 70. At least one of these issues, that pertaining to the voluntariness of defendant's statement pursuant to Fed. R. Evid. 104, will require lead agent Derek Stigerts of the Sacramento Police Department to appear and testify. The government anticipates playing a recording of defendant's statement as part of this examination. The hearing on the matters briefed is presently scheduled to commence at 1:30 p.m. on Monday, November 24, 2014.

In short, the court's law and motion calendar on November 24, 2014 is impacted. The morning calendar includes no less three change-of-plea hearings and five sentencing hearings. The court's afternoon calendar includes not just this case, but also a trial confirmation hearing and hearing on motions in limine regarding a separate civil matter (Reed, et al. v. City of Modesto, et al., Case no. 1:11-cv-1083 AWI). The court's docket suggests that the Reed matter is set to be tried on December 9, 2014, and its hearing will address issues contained in no less than six prior filings.

Earlier this week, the parties to this action raised concerns with the court regarding its ability to address the multitude of matters briefed on November 24, 2014 in light of its impacted calendar. Pursuant to the same, they understand that the court is tentatively available to address the in limine issued briefed at 10:00 a.m. on Wednesday, January 7, 2015. The parties and Det. Stigerts are also available that date, and since it is on a Wednesday the defendant (who is being housed in Lerdo) could also appear. Furthermore, in light of the earlier start time of 10:00 a.m. and understanding that the court would be available to hear the issues briefed for the remainder of the day on January 7, the parties believe they will be able to address all issues briefed that day. This will minimize the likelihood that the parties and the court would need to prepare for and address those matters raised in the briefing on more than one date.

The parties therefore stipulate to the following continuance:

| Event: | Current Date: | Stipulated New Date: |
|---|---|---|
| Hearing on In Limine Motions | November 24, 2014 (1:30 p.m.) | January 7, 2015 (10:00 a.m.) |

At the conclusion of that hearing, the government or both parties will request a confirmation hearing to be scheduled.

For the above stated reasons, the stipulated continuance will conserve time and resources both for the parties and the court. The March 17, 2015 trial date shall remain the same, and no time waiver is required through this stipulation in that time has already been waived through the commencement of trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: November 21, 2014

By: Brian W. Enos
BRIAN W. ENOS
Assistant U.S. Attorney

(As auth. 11/21/14)

Dated: November 21, 2014

/s/ Ann H. McGlenon
ANN H. McGLENON
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   November 21, 2014

_____
SENIOR DISTRICT JUDGE

3