HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ANN H. MCGLENON, Bar #100433
ANDRAS FARKAS, Bar #254302
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-CR-00056 AWI-BAM |
| Plaintiff, | STIPULATION TO SANITIZE FELONY PRIOR AND DELETE REFERENCE TO PRIOR IN DAVIS' STATEMENT; ORDER |
| vs. | |
| RICKY DAVIS, | Judge:   Hon. Anthony W. Ishii |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorneys Brian W. Enos and Alyson A. Berg, Counsel for Plaintiff, and Assistant Federal Defenders, Ann H. McGlenon and Andras Farkas, Counsel for Defendant Ricky Davis, that Mr. Davis suffered a felony conviction on August 7, 2001. Any reference to the specific charge contained in the conviction should be excluded pursuant to Evidence Rule 403 grounds as well as *Old Chief v. United States*, 117 S.Ct 644, 136 L.Ed.2d. 574 (1997).

It is further hereby stipulated that the portion of Mr. Davis' confession beginning on page 8 of the transcript with Det. Stigerts' statement "Okay, well I'm not gonna lie…" and ending with Mr. Davis' statement "and I did the time" should be redacted and that portion of the audio/video should not be played for the jury.

//

|   |   |
|---|---|
|   | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: March 9, 2015 | /s/ Brian W. Enos<br>BRIAN W. ENOS<br>ALYSON A. BERG<br>Assistant United States Attorneys<br>Attorneys for Plaintiff |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: March 9, 2015 | /s/ Ann H. McGlenon<br>ANN H. MCGLENON<br>ANDRAS FARKAS<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>RICKY DAVIS |

**O R D E R**

IT IS SO ORDERED.

Dated:   March 9, 2015

_____
SENIOR  DISTRICT  JUDGE