1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No: 1:12-cr-00056 AWI BAM |
|---|---|
12 | Plaintiff, | **ORDER AUTHORIZING THE FRESNO COUNTY JUVENILE JUSTICE CAMPUS TO HOUSE MINOR WITNESS "BIANCA" THROUGHOUT TRIAL** |
13 | | |
14 | v. | |
   | | Trial Date: March 17, 2015 |
15 | | Time: 8:30 a.m. |
   | | Ctrm: 2 |
16 | RICKY DAVIS, | |
17 | aka "Rick Loks" | |
   | aka "Rick Dog" | |
18 | Defendant. | |

21                              **ORDER**

22     Upon application of the United States for an order authorizing the Fresno County Juvenile

23 Justice Campus to house "Bianca", a minor, at its facility throughout trial, and good cause appearing

24 therefore,

25     **IT IS HEREBY ORDERED** that the Fresno County Juvenile Justice Campus is authorized to

26 take custody of "Bianca" upon her presentation on March 16, 2015, and house her at its facility

27 throughout the duration of trial (March 17, 2015 through March 27, 2015), or through the conclusion of

28                                   1

her testimony. "Bianca" is a material witness in the above-captioned case. Det. Derek Stigerts of the Sacramento Police Department is authorized to present "Bianca" to the facility prior to trial for admission, as well as take custody of her and return her to the Eastlake Juvenile Hall in Los Angeles, California after the conclusion of her testimony or trial. Either Det. Stigerts, or any agent representing him from the FBI office in Fresno, California, is authorized to take "Bianca" from the facility to court, and return her to the facility from court, during trial. Trial is currently scheduled to commence on March 17, 2015 and end no later than March 27, 2015.

Dated: 3/10/15

/s/ Barbara A. McAuliffe
Hon. Barbara A. McAuliffe
United States Magistrate Judge