1:12-CR-56

**FILED**

MAR 18 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Exhibit 5

Sgt Schwartz

Photo 408 & 410
unclear unable to
make out what inmate
is holding up on paper

Court Exhibit 2

Received;
3·18·2015  10:45am