1:12-cr-56

**FILED**

MAR 19 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Date of Bianca's interview with Det. Coopland?

Court Exhibit 2
Received 3·19·15, 11:55am