UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



FILED
MAR 25 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:** 1:12-cr-00056-AWI-BAM

**CASE NAME:** USA v. DAVIS

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the party who initially marked the exhibit, **irrespective of who used, reference or admitted the exhibit at trial**. The parties shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case. Joint Exhibits will be returned to Plaintiff unless otherwise agreed to by the parties in writing or on the record.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: __March 25, 2015__    _____
                             SENIOR DISTRICT JUDGE

**DATE EXHIBITS RETURNED:** March 25, 2015

**Pltf Attorneys:** Brian Enos and Alyson Berg

**Pltf Attorney Signatures:** _Alyson Berg_ / _Brian Enos_

**DATE EXHIBITS RETURNED:** March 25, 2015

**Deft Attorneys:** Ann McGlenon and Andras Farkas

**Deft Attorney Signatures:** _____ / _____

This document certifies that the above referenced exhibits were returned.

Date: March 25, 2015         _____
                             RENEE GAUMNITZ
                             Courtroom Clerk