BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 1:12-cr-00056-AWI |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING FROM JUNE 22, 2015 TO JULY 20, 2015; ORDER** |
| v. | Date: July 20, 2015<br>Time: 10:00 a.m.<br>Ctrm: 2 |
| RICKY DAVIS, | Hon. Anthony W. Ishii |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorney Brian W. Enos, counsel for the government, and Assistant Federal Defender Ann. H. McGlenon, Counsel for Defendant Ricky Davis ("defendant"), that this action's **June 22, 2015 sentencing hearing be continued to 10:00 a.m. on Monday, July 20, 2015.**

The parties base this stipulation on good cause. To explain, after a verdict was reached in open court last Wednesday, March 25, 2015, the court asked the parties about their availability for sentencing and then, after receiving the parties' responses to the same, scheduled sentencing to take place on June 22, 2015. At the time, counsel for the government failed to remember that he would be returning from

1

out-of-state the afternoon of June 22, 2015 on a pre-paid flight.  Upon realizing this scheduling conflict, he ascertained both defense counsel's and the court's availability regarding a re-scheduled sentencing hearing.  After a few email communications regarding the same, it became clear that everyone involved would be available to attend a re-scheduled sentencing hearing on Monday, July 20, 2015.

The parties therefore stipulate to the following continuance:

| Event: | Current Date: | Stipulated New Date: |
|---|---|---|
| Sentencing Hearing In Limine Motions | June 22, 2015 (10:00 a.m.) | July 20, 2015 (10:00 a.m.) |

For the above stated reason, the stipulated continuance will conserve time and resources both for the parties and the court.

BENJAMIN B. WAGNER
United States Attorney

Dated: March 30, 2015

By: Brian W. Enos
BRIAN W. ENOS
Assistant U.S. Attorney

(As auth. 3/30/15)

Dated: March 30, 2015

 /s/ Ann H. McGlenon
ANN H. McGLENON
Attorney for Defendant

**ORDER**

IT IS SO ORDERED.

Dated:   March 30, 2015

SENIOR  DISTRICT  JUDGE

2