BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>RICKY DAVIS,<br><br>                    Defendant. | CASE NO. 1:12-CR-00056-AWI-BAM<br><br>PRELIMINARY ORDER OF FORFEITURE |

Based upon the guilty verdicts entered March 25, 2015, against defendant Ricky Davis, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 2253(a) and 1594(d), defendant Ricky Davis' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Desktop computer, seized from defendant by law enforcement on or about January 26, 2012, and

   b. Samsung SCH-R860 camera phone, seized from defendant by law enforcement on or about January 26, 2012.

2. The above-listed property was used or intended to be used to commit, promote, or facilitate the commission of violations of 18 U.S.C. §§ 2251(a), 1591(a)(1), and 1594(a).

3. Pursuant to 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals

1  Service, in its secure custody and control.

2      4.    a. Pursuant to 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 2253(a) and 1594(d), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: May 26, 2015

_____
SENIOR DISTRICT JUDGE

PRELIMINARY ORDER OF FORFEITURE      2