BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:12-CR-00056-AWI-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| RICKY DAVIS, | |
| Defendant. | |

WHEREAS, on May 27, 2015, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Ricky Davis in the following property:

      a.  Desktop computer, seized from defendant by law enforcement on or about January 26, 2012, and

      b.  Samsung SCH-R860 camera phone, seized from defendant by law enforcement on or about January 26, 2012

AND WHEREAS, beginning on June 5, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

1    Accordingly, it is hereby ORDERED and ADJUDGED:

2    1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America

3  all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 2253(a) and 1594(d),

4  to be disposed of according to law, including all right, title, and interest of Ricky Davis.

5    2.    All right, title, and interest in the above-listed property shall vest solely in the name of

6  the United States of America.

7    3.    The Federal Bureau of Investigation shall maintain custody of and control over the

8  subject property until it is disposed of according to law.

9

10  IT IS SO ORDERED.

11  Dated:   August 20, 2015    _____

12    SENIOR  DISTRICT  JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28