IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICKY DAVIS,<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:12-cr-00056-AWI<br><br>**ORDER RE DEFENDANTS MOTION TO PRODUCE TRANSCRIPTS AND DOCKET SHEETS**<br><br>**(Doc. 167)** |

　　　　Defendant Ricky Davis has requested "a complete copy of all [of] his pretrial, trial, and sentencing minutes, transcripts, indictments, docket sheets, discovery, … etc." Doc. 167 at 1. Defendant also indicated that he does not know the name of the attorney representing him on appeal. According to the Court's docket, Peggy Sasso is the Federal Defender assigned to Defendant's case. Her mailing address is 2300 Tulare St., Ste. 330, Fresno, California 93721. Defendant should contact counsel with any questions or concerns regarding his appeal. For Defendant's edification, Ms. Sasso has requested a copy of the transcript of Defendant's trial and that transcript is to be provided to her by Court staff by October 14, 2015. Defendant's counsel will be provided a copy of his transcript in his stead.

///

///

1       Based on the foregoing, IT IS HEREBY ORDERED THAT Defendant's motion for production of transcripts is GRANTED. Those transcripts will be provided to his appointed counsel.

IT IS SO ORDERED.

Dated:   October 8, 2015                                         _____
                                                            SENIOR DISTRICT JUDGE