*United States v. Ricky Davis*
**Case No. 1:12-cr-0056 AWI**

**SENTENCING MEMO**
**EXHIBIT INDEX**


A:      Transcript of Ricky Davis Interview

B:      Bianca Mendoza 2011 Selfie

C1:     Fox Article of Interview of Bianca Mendoza:  Teen Sex Trafficking Victim Tells Her
        Story, *available at http://www.foxla.com/news/local-news/teen-sex-trafficking-victim-
        tells-her-story*

C2:     Transcript of Video of Fox Interview of Bianca Mendoza:  Teen Sex Trafficking Victim
        Tells Her Story (on disc)

C3:     Video of Fox Interview of Bianca Mendoza:  Teen Sex Trafficking Victim Tells Her
        Story

D:      Bianca Mendoza Twitter Screen Shots (under seal)

E:      Ricky Davis Letter

F:      Letters in Support, from:
                Nicole Lloyd, dated 11/5/17
                Tiffany Quinones, dated 11/7/17
                Leticia Williams, dated 11/8/17
                Sandra Davis, dated 11/15/17
                Leticia Gonzalez, dated 11/9/17
                Angelina Davis, dated 11/15/17
                Esther Llanos, dated 11/9/17
                Victoria Davis, dated 11/15/17
                Sandra K. Betts, dated 11/13/17
                Mickey Davis, dated 11/14/17
                Sandra Davis, undated
                John Romero, dated 11/7/17


G:      Video of Ricky Davis prayer chants (on disc)

H:      Video of Ricky Davis Interview Excerpts (on disc)

I:      Ricky Davis CDC 812 – Notice of Critical Case Information

J:      San Mateo Superior Court, *People v. Bryan David Armstrong*, Case No. NF406172A,
        Court Records

K:      Family Photos

THIS CD WAS TRANSCRIBED ON FEBRUARY 27, 2014, REGARDING UNITED STATES V. RICKY DAVIS, CASE NUMBER:  1:12-cr-00056 AWI-BAM.

LEGEND:  DS:      DEREK STIGERTS (SACRAMENTO P.D.
                          FEDERAL FBI TASK FORCE)
              MD2:     2ND MALE DETECTIVE (UNIDENTIFIED)
              RD:       RICKY DAVIS

_____

Supplemental Discovery Bates No. 312, Defendant Interview:

1

**EXHIBIT A**

DS:      YOU HAVE THE RIGHT TO REMAIN SILENT, DO YOU UNDERSTAND?

RD:      YES.

DS:      ANYTHING YOU SAY MAY BE USED AGAINST YOU IN COURT, DO YOU UNDERSTAND?

RD:      YES.

DS:      YOU HAVE THE RIGHT TO THE PRESENCE OF AN ATTORNEY BEFORE AND DURING ANY QUESTIONING, DO YOU UNDERSTAND?

RD:      YES.

DS:      IF YOU CANNOT, IF YOU CANNOT AFFORD AN ATTORNEY ONE WILL BE APPOINTED FOR YOU FREE OF CHARGE BEFORE ANY QUESTIONING IF YOU WANT, DO YOU UNDERSTAND?

RD:      YES.

DS:      K, DO YOU WANT TO TALK TO ME ABOUT WHAT'S GOIN ON?

RD:      UM, I HAVE NO IDEA WHAT'S GOING ON, SO I'D LIKE TO—KNOW, FIND OUT WHAT THIS IS ABOUT.

DS:      OKAY, UM AT ANY TIME IF YOU DON'T WANT TO TALK TO ME ANYMORE JUST TELL ME YOU DON'T WANT TO TALK TO ME.

RD:      (INAUDIBLE)

DS:      OKAY?  UM, SO YOU, LET'S START, LET'S START WITH THIS PHONE NUMBER AGAIN.  YOU'VE HAD THIS PHONE NUMBER FOR AT LEAST A COUPLE YEARS?

RD:      YEAH AT LEAST.

DS:      AND THE PHONE YOU HAVE NOW, HOW LONG HAVE YOU HAD THAT ACTUAL, PHYSICAL PHONE?

RD:      THAT ACTUAL ONE I'VE HAD FOR ABOUT UH, NINE OR TEN MONTHS?

DS:      OKAY SO THIS ONE YOU'VE HAD FOR TEN MONTHS?

RD:      YEAH.

**EXHIBIT A**

DS:     THE ONE THAT YOU HAVE NOW, OKAY.  DO YOU KNOW KIND OF
        PHONE IT IS?  IT'S A SAMSUNG, DO YOU KNOW WHAT LIKE, MODEL?
RD:     UM, SHIT WHAT WAS THE NAME OF IT?  EXCALIBUR I THINK?
DS:     OKAY LET'S JUST GET TO IT, YOU KNOW, I MEAN IT'S NOT, YOU
        KNOW PLAY AROUND THING, SO, DO YOU KNOW THAT GIRL?
RD:     YES.
DS:     WHO IS THAT?
RD:     UH, I DO NOT REMEMBER HER NAME.
DS:     HOW DID YOU MEET HER?
RD:     ONLINE.
DS:     ONLINE, HOW ONLINE?
RD:     UH, AT A MOCOSPACE ACCOUNT WHERE I ADVERTISE TATTOOS
        AND SHE TRIED HITTING ME UP FOR A TATTOO.
DS:     HOW LONG AGO WAS THAT?
RD:     OVER A YEAR AGO.
DS:     OKAY, WHEN WAS THE LAST TIME YOU SAW HER?
RD:     I NEVER PHYSICALLY SEEN HER, JUST ONLINE TALKING.
DS:     NOW RICK, LET'S BE HONEST.
RD:     (INAUDIBLE)
DS:     YOU'VE NEVER SEEN HER?
RD:     I'VE NEVER SEEN HER.
DS:     OKAY I'M GONNA SHOW YOU SOME MORE PICTURES.
RD:     OKAY.
DS:     OKAY?  DO YOU KNOW HOW OLD SHE IS?
RD:     NO SIR.
DS:     OKAY, BUT YOU'VE NEVER SEEN HER?  EXCEPT FOR SHE SENDS YOU
        PICTURES, IS THAT TRUE?  OR IS—I MEAN,
RD:     WHEN—
DS:     HOW DID YOU, I MEAN IF YOU NEVER MET HER
RD:     OKAY, SHE HIT ME UP FOR A TATTOO ONLINE AND FROM THERE WE
        EXCHANGED NUMBERS AND THEN SHE SENT ME PICTURES.
DS:     OKAY.
RD:     AND, AFTER THAT SHE STOPPED T—UH, STOPPED TEXTING ME, WAS
        TRYING TO FIGURE OUT WHAT WAS GOING ON—
DS:     OKAY.
RD:     AND THEN SHE DROPPED OFF FOR A FEW MONTHS AND THEN I'D
        GET A RANDOM TEXT FROM HER—
DS:     OKAY.
RD:     AND SO I JUST DIDN'T PAY HER NO MIND I JUST FIGURED OKAY,
        SHE'S, 'CAUSE I GET A LOT OF CALLS AND TEXTS LIKE THAT—

3

**EXHIBIT A**

DS:   SO SHE'S NEVER BEEN TO YOUR HOUSE?

RD:   NO.

DS:   SURE?

RD:   YEAH.

DS:   SHOW YOU JUST A COUPLE MORE PICTURES.  WHAT'S THIS?

RD:   (INAUDIBLE)

DS:   HAS SHE BEEN TO YOUR HOUSE?

RD:   THAT WAS HER REDBOOK THING SHE WANTED ME TO HELP HER WITH.

DS:   OKAY SO SHE'S BEEN TO YOUR HOUSE?

RD:   YEAH.

DS:   OKAY.  WH—WHAT DO YOU MEAN ON REDBOOK THING?

RD:   SHE CONTACTED ME AND TOLD ME SHE WANTED ME TO, SOMEBODY TOLD HER THAT I BUILT A REDBOOK THING BEFORE FOR SOMEBODY, IT'S LIKE AN ESCORT THING—

DS:   MMM—HMM.

RD:   AND, SHE JUST TOLD ME SHE WANTED TO TAKE SOME, SOME PICTURES.

DS:   OKAY.  WHAT'S A REDBOOK THING?

RD:   IT'S, I GUESS IT'S AN ESCORT—

DS:   AND HAVE YOU BUILT ONE OF THOSE BEFORE?

RD:   UM, I'VE POSTED PICTURES ON THERE.

DS:   FOR WHO?

RD:   UH, DIFFERENT PEOPLE THAT WANTED ME TO TAKE PICTURES FOR 'EM.

DS:   YEAH, BUT LIKE GIRLS?—

RD:   LIKE, YOU MEET, WELL YEAH, I MEET, TATTOOING I MEET INTERESTING PEOPLE.

DS:   OKAY.  OKAY UM, SO TH—WELL THIS, THIS IS OBVIOUSLY YOUR BEDSPREAD.

RD:   YEAH, SAME BLANKET, YEAH—

DS:   I MEAN THERE'S, SAME, ALL THIS STUFF. OKAY AND Y—WHO TOOK THESE PICTURES?

RD:   UM, I MIGHT OF.

DS:   WHAT DOES THAT MEAN?

RD:   UH, IT COULD HAVE BEEN ME THAT TOOK THE PICTURE.

DS:   OKAY.

RD:   I'VE TOOK—I'VE TOOKEN LOTS OF PICTURES, I CAN'T REMEMBER EVERY PICTURE I'VE TAKEN.

DS:   OKAY, HOW BOUT THIS ONE?

**EXHIBIT A**

RD:     YEAH, LOOKS, LOOKS LIKE MY BED.

DS:     OKAY.  UM—

RD:     BUT YEAH, THOSE ARE THE, THE REDBOOK PHOTOS SHE WANTED ME TO TAKE FOR HER.

DS:     OKAY, WHAT, WHAT HAPPENED WITH THESE PHOTOS?

RD:     I GOT RID OF 'EM.

DS:     I MEAN, WERE THEY EVER POSTED TO A REDBOOK ADVERTISEMENT OR ANYTHING?

RD:     THAT DAY, WE POSTED IT AND WE TOOK IT OFF THE SAME DAY.

DS:     HOW COME?

RD:     SHE CHANGED HER MIND.

DS:     OKAY.  WHAT DO YOU MEAN 'WE POSTED IT'?  EXPLAIN THAT TO ME.

RD:     UH, ME AND HER POSTED IT, SHE WANTED TO POST IT.

DS:     OKAY, DID SHE KNOW HOW TO DO IT?

RD:     NO, THAT'S WHY SHE ASKED ME TO HELP HER.

DS:     OKAY, DID SHE EVER, SO DO YOU KNOW WHAT PICTURES WERE POSTED ON THERE?

RD:     UM, I'M NOT SURE EXACTLY WHICH ONES BUT I BELIEVE—

DS:     THIS ONE'S NOT, THIS IS JUST A PICTURE OF HER, YOU DIDN'T TAKE THIS PICTURE, RIGHT?

RD:     NO.

DS:     OKAY, THAT'S JUST A PICTURE OF HER I WANTED YOU TO SEE.

RD:     SHE SENT, SHE SENT ME A BUNCH OF HER PICTURES.

DS:     OKAY, OKAY SO SOME OF THESE, HERE'S ANOTHER ONE—UM—

RD:     I THINK THIS ONE DID.

DS:     OKAY.  AND THAT ONE, YOU MEAN THE ONE WHERE SHE'S ON HER—

RD:     YEAH.

DS:     HANDS AND KNEES.  OKAY AND THIS LOOKS LIKE YOUR WINDOW SILL, RIGHT HERE RIGHT, AT THE END OF YOUR BED?

RD:     IT APPEARS TO BE.

DS:     OKAY AND YOUR BEDSPREAD.  UM, WHAT DO YOU KNOW ABOUT THIS GIRL?

RD:     I DON'T KNOW NOTHIN, REALLY, JUST MET HER, I DON'T EVEN REMEMBER HER NAME, GOT IT ONLINE, UM—

DS:     OKAY.

RD:     I GUESS, SOMEBODY REFERRED HER TO ME THAT, THAT WAS ON HER MOCOSPACE THING, 'CAUSE I HAVE A MOCOSPACE ACCOUNT, I JUST ADVERTISE TATTOOS ON THERE.

**EXHIBIT A**

DS:   OKAY.  SO D—SO YOU MET, HOW LONG BEFORE YOU MET HER BEFORE?

RD:   UH, IT WAS A LONG TIME AGO.

DS:   I MEAN BEFORE SH—BEFORE THESE PICTURES HAPPENED?

RD:   THOSE PICTURES—

DS:   SO YOU, I'M—WHAT I'M SAYING IS, SO YOU MET HER ON MOCOSPACE, HOW LONG TIME ELAPSED BEFORE SHE WAS AT YOUR HOUSE?

RD:   OH THAT WAS PROBABLY AROUND A YEAR?

DS:   OKAY, SO YOU HAD KNOWN HER—

RD:   NOT REA—

DS:   ONLINE STUFF FOR ABOUT A YEAR—

RD:   I MET HER ONLINE AND SHE, SHE HAD I GUESS, THREE OR FOUR DIFFERENT ACCOUNTS, SHE WOULD FRIEND REQUEST ME AGAIN—

DS:   OKAY.

RD:   AND ALWAYS TALK TO ME ABOUT TATTOOS, SHE WANTED A TATTOO.

DS:   OKAY.

RD:   AND, I JUST—

DS:   DID YOU TELL HER YOU WOULD GIVE HER A TATTOO?  OR HELP OR, NOT GIVE HER A TATTOO, BUT—

RD:   WELL, UH, I GAVE HER A, A, A PRICE GUIDE ON WHAT SHE WANTED—

DS:   OKAY.  DID SHE EVER COME OVER TO YOUR HOUSE THINKING SHE WAS GONNA GET A TATTOO.

RD:   AT ONE POINT.

DS:   AND MAYBE YOUR EQUIPMENT WAS BAD?

RD:   UM, NO SHE DIDN'T HAVE MONEY.

DS:   OKAY.

RD:   AND SHE DIDN'T WANNA LIKE, YOU KNOW—

DS:   OKAY.

RD:   SO, SO, WELL, 'CAUSE I WON'T TATTOO ON SOMEBODY UNLESS THEY SHOW ME THEIR I.D.

DS:   OKAY.

RD:   'CAUSE THAT'S, I ALMOST GOT IN TROUBLE WITH THAT BEFORE.

DS:   UM, DID YOU HAVE SEX OR ANYTHING WITH HER?

RD:   NO.

DS:   OKAY.

RD:   NO.

**EXHIBIT A**

DS:   UM, SO YOU DON'T KNOW, DO YOU KNOW WHERE SHE'S FROM? ANYTHING LIKE THAT?

RD:   I BELIEVE SHE'S, THINK SHE'S FROM MODESTO.

DS:   OKAY.  UM, HOW OLD DO YOU THINK SHE IS?

RD:   UH, HER PROFILE PUT NINETEEN.

DS:   HOW OLD DO YOU THINK SHE IS?

RD:   I, I'M ASSUMING SHE'S AROUND THAT AGE.

DS:   YOU THINK SHE LOOKS NINETEEN?

RD:   UH, TO ME, YEAH.

DS:   YOU THINK THAT GIRL RIGHT THERE LOOKS NINETEEN?

RD:   IT'S HARD TO SAY, DO I LOOK LIKE I'M THIRTY—THREE?

DS:   GOOD POINT, GOOD POINT.  BUT, UM, I HAVE BAD NEWS FOR YOU MAN.

RD:   WHAT'S THAT?

DS:   THIRTEEN.

RD:   ARE YOU SERIOUS?

DS:   THIRTEEN.

RD:   DAMN.  THAT'S REAL BAD.

DS:   PROBABLY WORSE THAN YOU KNOW.

RD:   OUCH.

DS:   PROBABLY WORSE THAN YOU KNOW.

RD:   SO WHAT—

DS:   WELL, LET ME TELL YOU, LET ME TELL YOU WHO I AM, K?  I'M A DETECTIVE WITH THE SACRAMENTO POLICE DEPARTMENT AND I WORK ON A UM, FEDERAL F.B.I. TASK FORCE THAT DEALS WITH UM, CHILD EXPLOITATION.  MEANING EXPLOITATION THROUGH PROSTITUTION OR EXPLOITATION THROUGH PHOTOGRAPHS.

RD:   OKAY.

DS:   UM, THIS IS A CASE THAT I STARTED LOOKING INTO UM, BECAUSE OF OTHER WAYS THAT IT CAME TO MY ATTENTION I WAS ABLE TO IDENTIFY YOU AS THE PERSON TAKING THESE PICTURES UM, AND THAT'S WHAT, THAT'S WHAT THIS IS ALL ABOUT.

RD:   DAMN.

DS:   OKAY?

RD:   I WAS UNAWARE OF ALL THAT.

DS:   UM—

RD:   I KNEW IT WAS JUST, YOU KNOW, I WAS JUST TAKING PICTURES—

DS:   BUT YOU KNEW WHAT REDBOOK WAS, RIGHT?

RD:   YEAH, I HAD A GIRL ACTUALLY TELL ME ABOUT IT.

DS:   WHAT'D SHE TELL YOU?

**EXHIBIT A**

RD:     UH, SH—SHE WAS SOME CHICK FROM BAKERSFIELD THAT I MET ON
        MOCO, TOLD ME TO CHECK THAT SITE OUT AND SHE—

DS:     REDBOOK?

RD:     YEAH, SHE ACTUALLY WANTED ME TO TAKE PICTURES OF HER
        BEFORE FOR IT.

DS:     WHY, WHY DO YOU TAKE PICTURES, I DON'T UND—I MEAN, YOU'RE
        A TATTOO ARTIST—

RD:     WELL—

DS:     YOU'RE, YOU'RE TAKING PHONES, WITH YOUR CELL PHONE, IT'S
        NOT LIKE YOU GOT—

RD:     I GET, I GET, I GET, I GET, I GET A LOT OF UM, I GET A LOT OF GIRLS
        THAT WANT TATTOOS—

DS:     MMM—HMM.

RD:     AND TRY TO BE EXTRA FRIENDLY THINKING THEY CAN GET A FREE
        TATTOO.

DS:     OKAY.

RD:     AND, BUT I DON'T, I HAVEN'T TATTOOED ON ANYBODY IN A LONG
        TIME.

DS:     OKAY.

RD:     AND SHE—THIS OTHER GIRL FROM BAKERSFIELD, I'M TRYING TO
        REMEMBER HER NAME—ISN'T CLICKING RIGHT NOW—

DS:     RIGHT.  UM, I CAN ALREADY TELL YOU THIS, THAT THIS UH, I'VE,
        I'VE UM, ALREADY KIND OF RAN THIS CASE BY A U.S. ATTORNEY
        AND HE'S ACCEPTED TO TAKE THE CASE UM, WHICH MEANS IT'S A
        FEDERAL PROSECUTION.

RD:     THIS IS AGAINST ME?  HUH.

DS:     YEP.

**EXHIBIT A**

RD:   SO HOW CAN WE MEDIATE THIS, 'CAUSE I MEAN, I HAD NO IDEA ABOUT ANY OF THAT?

DS:   UNFORTUNATELY RICKY, IT DOESN'T MATTER.

RD:   HUH.  DAMN.  ALL FOR A PICTURE, HUH?

DS:   I MEAN THERE WAS, THERE WAS A REASON YOU DIDN'T WANT TO TELL ME THAT SHE WAS AT YOUR HOUSE.  WHAT WAS THAT REASON?

RD:   UM, JUST YOU KNOW, JUST, NATURAL REACTION YOU KNOW, YOU SHOW ME A PICTURE OF SOMEBODY SAYING 'WAS THIS PERSON AT YOUR HOUSE?' I'M JUST TRYING YOU KNOW, TO PROTECT MY HOUSE, I DIDN'T THINK IT WAS ANYTHING LIKE THAT.

DS:   RIGHT.  UM, SO KINDA WHAT'S HAPPENING NOW IS, UM, WEN— WENDY'S GONNA UM, AUTHORIZE A PAROLE HOLD FOR YOU RIGHT NOW, OKAY?  YOU KNOW HOW PAROLE HOLDS GO NOW, THEY'RE NOT LIKE THEY USED TO BE.

RD:   I'M NOT SURE HOW ANY OF THAT WORKS.

DS:   A PAROLE HOLD USED TO BE YOU, IF YOU WERE ACCUSED OF DOING SOMETHING YOU CAN GET UP TO A YEAR OR SENT BACK TO PRISON, WELL IT'S NOT LIKE THAT ANYMORE.  I THINK SHE CAN ONLY HOLD YOU FOR UP TO LIKE, FOURTEEN DAYS.

RD:   OKAY.

DS:   OKAY?  UM, I NEED TO WRITE EVERYTHING UP THAT I'VE DONE AND YOU KNOW, WENT THROUGH, AND SEE IF UH, UM, THE U.S. ATTORNEY WANTS TO DO ANYTHING ABOUT IT.  IF HE WANTS TO DO ANYTHING ABOUT IT LIKE, LIKE, HE DOESN'T KNOW EVERYTHING BUT HE SAID YEAH, LET—I'LL LOOK AT IT I MEAN, HE HASN'T SAID 'YES, WE'RE GONNA PROSECUTE THIS, THIS YOUNG MAN' UM, BUT I'M GONNA, YOU KNOW, PULL EVERYTHING TOGETHER—

RD:   I WAS REALLY GETTIN MY LIFE TOGETHER, TOO.  THIS SUCKS.

DS:   YEAH.

RD:   MAN, ALL FOR SOME PICTURES.

DS:   SO, I DON'T KNOW MAN, I DON'T—I DON'T KNOW WHERE IT'S GOIN OR WHAT'S GONNA HAPPEN BUT YOU KNOW IF, IF NOTHING DOES HAPPEN I MEAN, I MEAN YOU GOTTA THINK OF IT THIS WAY, MAN— IF, IF YOU, IF YOU'RE, IF YOU'RE CONCERNED ABOUT TATTOOING A GIRL WHO'S UNDER AGE YOU GOTTA BE CONCERNED ABOUT TAKING NAKED PICTURES OF HER, MAN.

RD:   YEAH.

9

**EXHIBIT A**

DS:   I MEAN, YOU KNOW, WH—WHAT HAPPENS IF YOU TATTOO SOMEBODY WHO'S UNDER AGE, A MISDEMEANOR, YOU KNOW—

RD:   WELL TATTOOING I SEEN AS LIKE YOU KNOW, YOU'RE PHYSICALLY ALTERING SOMEBODY, NOT—

DS:   I KNOW, BUT YOU GOTTA LOOK AT THE BIG THING, I MEAN YOU LOOK AT YOU KNOW, N—I MEAN NOW YOU'RE TAKING PICTURES OF A GIRL WHO'S THIRTEEN YEARS OLD, PUTTING THEM ON THE INTERNET YOU KNOW—

RD:   I DIDN'T, I DIDN'T, I DIDN'T PUT 'EM ON THE INTERNET—

DS:   WELL YOU SAID YOU PUT 'EM UP ON—

RD:   I TOOK THE PICTURES FOR HER AND I—

DS:   YOU SAID BEFORE THAT YOU GUYS MADE THE REDBOOK—

RD:   NO, I PUT, I PUT, I SET UP THE ACCOUNT FOR HER—

DS:   OKAY.

RD:   SHE WENT HOME AND DOWNLOADED AND DID ALL THE REST OF THE STUFF.

DS:   BUT YOU SAID YOU PULLED THE, THE AD OFF?

RD:   YEAH—

DS:   BEFORE, YOU PUT IT UP—

RD:   YEAH, BECAUSE I KNEW THE PASSWORD TO GET ON THERE AND SHE CALLED ME AND TOLD ME PULL IT OFF.

DS:   OKAY.

RD:   SO I PULLED IT OFF.

DS:   OKAY,

**EXHIBIT A**

                                                                                           YOU
GO BACK FOR A YEAR, IT'S NOT LIKE THAT ANYMORE SO A
DECISION IS GONNA HAVE TO BE MADE WITHIN THE NEXT TWO
WEEKS, AT THE MOST AT WHAT'S GONNA HAPPEN.  OKAY?  SO
YOU'LL KNOW BY THEN, ALRIGHT?  ANY OTHER QUESTIONS?

RD:    I'M JUST IN SHOCK, I DON'T KNOW.  I CAN'T BELIEVE THIS.  I'VE
BEEN TRYING LIKE—

DS:    I KNOW, HEY, YOU KNOW WHAT I HAVE NO DOUBT THAT YOU HAVE
BEEN.

RD:    I'VE BEEN DOIN—MAN.

**EXHIBIT A**

DS: YOU KNOW AND, YOU KNOW—

RD: RIGHT WHEN I FEEL LIKE THINGS ARE COMING TOGETHER FOR ME, IT'S LIKE PFFF—

DS: BUT WHAT'S THE REASON, WHAT'S THE REASON OF HAVIN THIS GIRL COME OVER AND TAKE PICTURES, I MEAN—

RD: I'M A GUY, (INAUDIBLE)—

DS: LET ME ASK YOU THIS, OKAY?  DID SHE EVER TELL YOU SHE RAN AWAY?

RD: NO.

DS: YOU SURE?

RD: YEAH.  I DIDN'T KNOW ANYTHING ABOUT ANY OF THAT.

DS: OKAY.

RD: I JUST KNOW SHE WANTED TO—

DS: 'CAUSE I GOT A LOT OF TEXT MESSAGES, MAN.

RD: SHE JUST WANTED, I KNOW SHE WANTED TO MEET UP AND—

DS: HOW MANY, HOW MANY TIMES HAS SHE BEEN AT YOUR HOUSE?

RD: THAT WAS ONE TIME.

DS: ONE TIME OR TWO TIMES?

RD: THAT WAS ONE TIME.

DS: HOW'D SHE GET THERE?

RD: UM, I PICKED HER UP.

DS: FROM WHERE?  DO YOU REMEMBER?

RD: UM, IT WAS IN MODESTO SOMEWHERE.

DS: WAS IT A STORE OR A HOUSE OR?

RD: IT WAS BY A PARK.

DS: OKAY—

RD: I THINK—YEAH, BY A PARK SOMEWHERE.

DS: DID SHE—HOW LONG WAS SHE AT YOUR HOUSE?

RD: NOT THAT LONG.

DS: LIKE I MEAN—

RD: SHE ENDED UP UH—

DS: DID SHE STAY THE NIGHT?

RD: NO, SHE WALKED FROM THERE.

DS: OKAY, SHE JUST WALKED AWAY?

RD: YEAH, SHE W—IT WAS LIKE, LESS THAN FIFTEEN TWENTY MINUTES.

DS: THAT SHE WAS AT YOUR HOUSE?

RD: YEAH.

DS: REALLY?

RD: TOOK PICTURES, SHE TALKED ABOUT THE TATTOO AND—

**EXHIBIT A**

DS:    WHAT HAPPENED TO THE PICTURES, ARE THEY GONNA BE ON YOUR COMPUTER?

RD:    UM, THEY MIGHT BE.

DS:    OKAY.

RD:    THEY MIGHT BE.

DS:    OKAY AND THAT, YOU KNOW, I HAVE THE PICTURES AND I SEE WHAT, AND I, AND I, SAW THAT IT WAS YOUR CAMERATHAT TOOK THOSE PICTURES, YOU KNOW, SO, AND THIS, I MEAN, WERE YOU GONNA GET PAID, WAS SHE GONNA PAY YOU TO DO THIS, I MEAN?

RD:    I MEAN THE WAY I SEEN IT IS—

DS:    OR WERE YOU JUST DOIN IT TO BE NICE OR I MEAN?

RD:    NO, I'M A GUY AND SOME CHICK TOLD ME SHE WANTS ME TO TAKE HER PICTURES—

DS:    YEAH.

RD:    YOU KNOW, WHAT GUY DOESN'T WANT TO SEE A CHICK?

DS:    DID YOU TRY AND HAVE SEX WITH HER?

RD:    NO.

DS:    I MEAN, IF A GIRL COMES OVER AND IS POSING IN FRONT OF ME LIKE THAT, I'M THINKING THERE'S A (INAUDIBLE) POSSIBILITY I COULD POSSIBLY HAVE SEX WITH HER.

RD:    NO, I HAD A GIRLFRIEND AT THE TIME SO I WAS TRYING TO BE DISCREET ABOUT ALL THAT, IT WAS JUST, YOU KNOW, TO ME IT WAS LIKE 'COOL, I GET TO TAKE SOME PICTURES' BUT I DIDN'T KNOW ANYTHING ABOUT AGE OR NOTHING LIKE THAT.

DS:    THAT'S IMPORTANT THINGS, MAN—

RD:    THAT, THAT THREW ME FOR A LOOP RIGHT NOW.

DS:    A LITTLE GIRL MAN.

RD:    I KNOW IT SICKENS ME, LIKE, MAN.

DS:    WHAT'D YOU TELL HER ABOUT YOU?  DID YOU TELL HER YOUR NAME?

RD:    YEAH.

DS:    PHONE NUMBER?

RD:    UH, SHE GOT MY NUMBER ONLINE.

DS:    IT'S UP THERE ONLINE?  DO YOU STILL HAVE A MOCOSPACE UP?

RD:    YES.

DS:    FOR LIKE TATTOOING—

RD:    YEAH.

DS:    DOES IT SAY TATTOOING?

RD:    YEAH.

DS:    WHAT'S IT UNDER?

**EXHIBIT A**

RD:    UM, OLLIN SIXTY.

DS:    HOW DO YOU—

RD:    O—L—L—I—N.

DS:    O—L—L—I—N?

RD:    SIXTY.

DS:    I DON'T EVEN KNOW HOW TO GET ON TO M—MOCOSPACE.  IS IT JUST MOCOSPACE DOT COM?

RD:    YEAH, JUST MOCOSPACE—

DS:    IS IT M—O—C—O OR?

RD:    M—O—C—O SPACE DOT COM.

DS:    DO YOU HAVE TO HAVE AN ACCOUNT TO GET UP, TO LOOK LIKE, OR IS IT LIKE—

RD:    I'M THINKING YOU NEED AN ACCOUNT WITH (INAUDIBLE)—

DS:    MYSPACE USED TO BE, CAN YOU LIKE LOOK AT—

RD:    I, I BELIEVE SO, I'M NOT SURE BUT ON MY ACCOUNT IT JUST PRETTY MUCH SAYS HIT ME UP FOR TATTOOS—

DS:    OKAY.

RD:    AND PEOPLE HIT ME UP AND MOST OF THE TIME IT'S JUST CHIT CHAT AND IT DOESN'T GO NOWHERES.

DS:    YOU KNOW WHAT'S KINDA WEIRD IS WHEN I WENT INTO YOUR PHONE, THERE'S, THERE'S PICTURES FOR EVERY MONTH IN YOUR PHONE EXCEPT FOR SEPTEMBER, THAT'S WHEN YOU TOOK THE PICTURES OF HER, LIKE IT GOES, JUNE TWO THOUSAND ELEVEN, JULY TWO THOUSAND ELEVEN, AUGUST TWO THOUSAND ELEVEN, OCTOBER TWO THOUSAND ELEVEN.  DID YOU—

RD:    MMM—

DS:    YOU OBVIOUSLY DELETED THOSE OFF YOUR PHONE.

RD:    WELL I GOT A GIRLFRIEND SO—

DS:    IS IT THE SAME GIRL OR?

RD:    IT WAS A DIFFERENT GIRL AT THE TIME.

DS:    OH.

RD:    BUT, I'M NOT SURE WHEN ALL THAT HAPPENED.  I DON'T THINK, SEPTEMBER DOESN'T SOUND FAMILIAR (INAUDIBLE).

DS:    WELL THAT'S ACCORDING TO THE, THE PHOTO LOG, THAT'S WHEN IT WAS TAKEN IN SEPTEMBER, THE SEVENTEENTH.  ALRIGHT MAN, I DON'T KNOW WHAT MORE I CAN ASK YOU OR YOU GOT ANY QUESTIONS, ANYTHING YOU WANT TO SAY?

RD:    I DON'T.  I'M GONNA BE AS COOPERATIVE AS I CAN YOU KNOW—

DS:    I KNOW, I KNOW—

**EXHIBIT A**

RD:    I JUST, I MEAN, I'M HONEST ABOUT THIS, I DIDN'T HAVE A CLUE ABOUT ANY OF THAT.

DS:    MEANING HER AGE?

RD:    YEAH, THAT, THAT, THAT SERIOUSLY I MEAN, IT SICKENS ME AND IT REALLY THREW ME FOR A LOOP—

DS:    OKAY.

RD:    I MEAN, 'CAUSE I'M NOT, I'M NOT A CREEP LIKE THAT, TO ME IT WAS YOU KNOW, IT WAS NIGHTTIME WHEN I MET HER, EVERY— YOU KNOW AND THAT'S NOT AN EXCUSE BUT, SHE WAS MADE UP AND TOOK PICTURES AND JUST—

DS:    I'LL MAKE SURE I PUT EVERYTHING IN THERE.

RD:    I HAD NO LIKE, HONESTLY, I HAD NO IDEA THAT SHE WAS AT, OH MAN—

DS:    SO I'LL LET THE UM, I MEAN, I'M, I'LL, I SEND O—EVERYTHING OVER SO THE U.S. ATTORNEY WILL, WILL LOOK AT IT.  WHAT'S GONNA END UP HAPPENING IS, IT, IT'S FEDERAL SO IT'S A LITTLE BIT DIFFERENT UM, WHEN YOU GO TO COURT, IF YOU DO GO TO COURT, NOT HERE, IT'S DOWN IN FRESNO, AT THE U.S. COURTHOUSE DOWN THERE UM, SO IF IT ENDS UP HAPPENING UM, YOU'LL KINDA KNOW, IF YOU GET ON A BUS AND THEY SAY YOU'RE GOING TO FRESNO, YOU KNOW, YOU'LL KNOW THAT, YOU KNOW, SOMETHING'S GOING ON, ALRIGHT?  SO—

RD:    SO DID LIKE SOMETHING HAPPEN TO HER OR ANYTHING OR?

DS:    UH, SHE'S JUST NOT IN GOOD SHAPE, MAN.  SHE'S, SHE'S NOT A, I MEAN, SHE'S NOT DEAD OR ANYTHING—

RD:    OH, OKAY.

DS:    YOU KNOW, BUT, SHE'S A—

RD:    IT WAS LIKE, PRETTY MUCH JUST LIKE A QUICK RANDOM ENCOUNTER, (INAUDIBLE)—

DS:    BUT YOU'D BEEN TALKING TO HER FOR A WHILE—

RD:    NOT NECESSARILY TALKING—

DS:    BUT I MEANT—

RD:    I MET HER AND IT WASN'T LIKE, WE DON'T TALK EVERY DAY LIKE, ONE TEXT

DS:    RIGHT—

RD:    AND—

DS:    WAS IT TEXT OR WAS IT THROUGH MOCOSPACE?

RD:    THE TEXTING ON MOCOSPACE.

DS:    OH, OKAY.

RD:    CHAT ROOM SHIT.

**EXHIBIT A**

DS:   LIKE INSTANT MESSAGING.

RD:   YEAH, IT'D BE LIKE, YOU KNOW, AND IT WAS ALWAYS IN REFERENCE TO TATTOOS—

DS:   RIGHT.

RD:   AND, THAT'S PRETTY MUCH, THAT DAY SHE CAME TO THE HOUSE, IT WAS SUPPOSED TO BE A TATTOO THING GOING ON—

DS:   HMM—

RD:   AND, SHE DIDN'T HAVE MONEY OR YOU KNOW, ANYTHING ALREADY SO IT WAS LIKE—

DS:   DID YOU ASK FOR AN I.D.?

RD:   FOR THE TATTOO YEAH, IT'S LIKE FIRST, IT'S CONSTANT FOR ME ON THAT 'CAUSE I ALMOST GOT JAMMED UP FOR IT, SO NOW THE FIRST THING I ASK, EVEN IF THEY LOOK LIKE THEY'RE EIGHTY YEARS OLD, 'CAUSE I DON'T, TWEAKING CAN MAKE YOU LOOK OLD—

DS:   RIGHT.

RD:   I ASK, YOU KNOW, LET ME SEE IT—PLUS 'CAUSE IT LETS ME SEE THEIR FULL NAME, 'CAUSE I'VE BEEN SET UP BEFORE AND YOU KNOW, I'VE HAD PEOPLE TRY TO BEAT ME DOWN FOR MY EQUIPMENT AND STUFF SO I LIKE TO SEE THE FULL NAME AND KNOW WHO I'M DEALING WITH.

DS:   SO SHE WALKED AWAY FROM YOUR HOUSE, YOU DIDN'T DRIVE HER ANYWHERE?

RD:   SHE WALKED.

DS:   OKAY.

RD:   WELL I GUESS SHE, SHE STARTED TEXTING SOMEBODY AND SHE'S LIKE 'ALRIGHT, I'M GONNA GO' AND I WAS LIKE O—OKAY.

DS:   THERE WAS NO PROSTITUTION THAT YOU KNOW OF?

RD:   NO.  NONE AT ALL, IT WAS LATER ON THAT NIGHT LIKE—

DS:   SO THE I—THE AD THAT YOU GUYS POSTED—

RD:   THEY WERE MAYBE UP FOR LESS THAN FIFTEEN MINUTES.

DS:   SO YOU DON'T KNOW IF SHE GOT, ANY, ANY MEN CAME AND SAW HER OR?

RD:   I DON'T KNOW, 'CAUSE IT—THE AD IS, IT'S PICTURES, SOME WORDS AND THEN A PHONE NUMBER.

DS:   YEAH, I KNOW, I KNOW—

RD:   KNOW WHAT I MEAN?

DS:   I KNOW WHAT REDBOOK IS.

RD:   OKAY.

DS:   AND THAT'S MY, I MEAN, THAT'S, THESE ARE THE ONLY TYPES OF CASES I WORK—

16

**EXHIBIT A**

RD:   OKAY.

DS:   REDBOOK, THE ONE THING THAT REDBOOK'S GOOD FOR, THAT'S PROSTITUTION.

RD:   SO I DON'T KNOW IF SHE GOT ANY CALLS—

DS:   DO YOU REMEMBER WHAT HER, HER SCREEN NAME OR ANY OF THAT STUFF WAS?

RD:   NO.

DS:   K, 'CAUSE YOU HAD THE PASSWORD AND STUFF, RIGHT?  YOU'RE THE ONE WHO—

RD:   YEAH, I DON'T EVEN REMEMBER ANY OF THAT, SO IT WAS LIKE A ONE SHOT LITTLE—

DS:   OKAY, AND HOW'D YOU LEARN HOW TO DO THAT?

RD:   THIS OTHER GIRL TOLD ME THAT SHE MADE SOME MONEY ON THERE—

DS:   AND SHE WAS A PROSTITUTE?

RD:   UH, JUST ESCORT STUFF, SHE SAID SHE'D GO OUT ON DATES WITH PEOPLE—

DS:   OKAY.

RD:   AND—

DS:   WHAT DID YOU THINK THAT MEANT?

RD:   HONESTLY, I THOUGHT THAT MEANT, YOU KNOW, THERE'S OTHER THINGS GOIN ON BESIDES JUST A LITTLE DATE.

DS:   OKAY.

RD:   AND SHE WANTED ME TO TAKE PICTURES FOR HER AND SHE WAS PRETTY HOT SO I WAS LIKE 'OKAY' SO I TOOK PICTURES FOR HER.

DS:   DID YOU DO TATTOOS FOR HER?

RD:   UM, NO THIS GIRL, ACTUALLY WE DIDN'T MEET ABOUT TATTOOS WITH THIS GIRL, IT WAS, SHE HIT ME UP ON THERE WE BULLSHITTED A LITTLE BIT AND, AND WENT FROM THERE.

DS:   ALRIGHT, BUT AS FAR AS YOU KNOW, SO YOU DIDN'T TAKE HER ANYWHERE ELSE, YOU PICKED HER UP, BROUGHT HER—DID YOU GUYS GO ANYWHERE ELSE?

RD:   NO, WE JUST WENT IN THERE AND I HIT HER UP ABOUT YOU KNOW, WHAT, DID SHE HAVE THE PATTERN, 'CAUSE I ALWAYS TELL THEM BRING THEIR PATTERNS SO IT'S QUICKER FOR THE TATTOO—

DS:   MMM—HMM.

RD:   AND THEN SHE WAS LIKE UM, UM, 'I DON'T GOT THAT' AND I WAS LIKE 'OKAY, WELL'—

**EXHIBIT A**

DS:     NO, I MEAN WHEN YOU PICKED HER UP, DID YOU GUYS GO
        ANYWHERE ELSE OR DID YOU PICK HER UP AND JUST BRING HER TO
        YOUR HOUSE?  DO YOU REMEMBER?

RD:     NO, WE DIDN'T GO ANYWHERES.

DS:     OKAY.  ALRIGHT, ALRIGHT.  NO OTHER QUESTIONS?

RD:     NO, I'M JUST STILL, THIS IS DISTURBING.

DS:     KINDA.  THAT'S WHY I SAY MAN, I WISH YOU WERE MORE OF A BAD
        GUY, BUT YOU SEEM LIKE A NICE GUY, YOU KNOW?  SO, ALRIGHT
        WELL, WE'RE GONNA FILL OUT THE PAPERWORK FOR THAT,
        WHAT'S GOIN ON AND THEN, WE'LL TAKE YOU ACROSS THE
        STREET, ALRIGHT?  ALRIGHT, NEED ANY WATER OR ANYTHING?

RD:     AM I ABLE TO MAKE A CALL?

DS:     NOT FROM HERE, YOU'LL BE ABLE TO OVER THERE.  ALRIGHT—

END /gw

**EXHIBIT A**



**EXHIBIT B**



☰  
(http://www.foxla.com)

☀ **62°** (/weather)  🔍

**Video** ▶

Watch Live (http://www.foxla.com/live)   Local News (http://www.foxla.com/local)   Share This (http://www.foxla.com//share)

# ONLY ON FOX: Teen sex trafficking victim tells her story

Human Trafficking



By: **Christine O'Donnell (mailto:?**
**body=http://www.foxla.com/news/local-news/teen-sex-trafficking-**
**victim-tells-her-story), Jeffrey Thomas DeSocio**
**(mailto:jeffrey.desocio@foxtv.com?**
**body=http://www.foxla.com/news/local-news/teen-sex-trafficking-**
**victim-tells-her-story)**

POSTED:FEB 25 2016 02:40PM PST
UPDATED:FEB 25 2016 05:20PM PST

f  𝕏  •••

**ANAHEIM, Calif. (FOX 11)** - For the first time in years, 18-year-old Bianca Mendoza says things are looking up. She says she escaped from a man in early February who pimped her out for years. Police arrested him days after she ran away, saying he was trafficking three girls, including a 15-year-old. His name is Ariel Guizar. Guizar is charged with pimping a minor, pandering, forcible rape along with felony drug and weapons charges. In response to questions about his charges public defender Melani Bartholomew gave FOX11 a "no comment." Guizar and a woman who allegedly worked for him were arrested after members of the Orange County Human Trafficking Taskforce conducted a sting operation at the Ramada Inn on Harbor Avenue in Anaheim on February 11th.

Christine O'Donnell posted the uncut raw version of Bianca's interview: WATCH THE FULL, UNCUT INTERVIEW HERE.

**EXHIBIT C1**



Mendoza told FOX 11 that Guizar was known on social media as #ShyBoy or #Shy119. "I call him Shy. That's how everyone calls him," Mendoza said. The teen tells us she first met Guizar on Instagram when she was just 15-years-old. "I came across his tattoo page on Instagram and he started commenting on mine and we started exchanging pictures," Mendoza said.

Top foxla.com Searches | Dodgers S | Justin Turner Download | Reporters | Carson Shooting | Dodger S

Unhappy at home after years of being in and out of the court system, she ran away from her mother's home and agreed to meet up with the then-33-year-old man. She thought they would have a relationship, but she soon learned the situation was not what she expected. "Once we met," Mendoza said. "He would have sex with the other girls in front of me and I was just like ah 'okay, it's not like how I thought,' and that's when he had his friends go to the hotel room and have them do whatever they wanted with me and when I told him about it, he didn't care," Mendoza said. It was that same day, in a motel in San Jose, Ca, when she says she first started prostituting for him. "The first time I worked for him I only had like probably like five to eight guys a day," Mendoza said.



Taskforce Investigators say Guizar advertised Bianca and other girls on Backpage and his social media accounts. FOX 11 found graphic posts on Twitter, Instagram, Facebook, and Snapchat. Mendoza tells us he posted a video of her having sex with a client while she was still underage.

She say she tried to leave and he forced her to stay. "Shy told me that if I had anybody come and pick me up that he would kill them before they took

**EXHIBIT C1**

FOX 11
(http://www.foxla.com)

☼ **62° (/weather)**

off, i.e." Mendoza said. On February 7th, after two years of working for Guizar, Mendoza says she and her friend escaped from a motel in Anaheim after she says he threatened to kill them both. Four days later, she turned on the TV to see he was behind bars.

"I started crying, not because I was sad for him, but because I'm relieved, I feel like okay, he's locked up.

**Video** I can go back to living my life. I don't have to worry about him. I feel relieved and free," Mendoza
Watch Live (http://www.foxla.com/live) · Local News (http://www.foxla.com/local) · Share This (http://www.foxla.com/share)
said. When asked why she agreed to do this interview, Mendoza says she's worried for other girls like her. "If a guy loves you he wouldn't have you having sex for money. He would want to be your only one," Mendoza said.

Guizar is scheduled to be back in court (CJ1) on March 4th at 10:00 a.m.

If you know anythiing about Guizar or his victims contact Crimestoppers.

Call 1-855-TIP-OCCS or email occrimestoppers@org.

*Copyright 2016* FOX 11 Los Angeles (http://foxla.com/) : *Download our mobile app (http://www.myfoxla.com/story/26016539/watch-fox-11-news-and-tv-shows-on-your-mobile-phone-tablet) for breaking news alerts or to watch FOX 11 News | Follow us on* Facebook (http://facebook.com/fox11la), *Twitter (http://www.twitter.com/foxla) and* YouTube (http://youtube.com/myfoxla).

**Popular**    ▾

**Recent**    ▶

**EXHIBIT C1**

Case 1:12-cr-00056-AWI-BAM   Document 186-1   Filed 11/20/17   Page 24 of 80

☰  
(http://www.foxla.com)

☼  **62° (/weather)**  🔍

**Video** ▶

Watch Live (http://www.foxla.com//live)   Local News (http://www.foxla.com//local)   Share This (http://www.foxla.com//share)

**EXHIBIT C1**


(http://www.foxla.com)

☼ **62° (/weather)** 🔍

 ▶

Watch Live (http://www.foxla.com//live)    Local News (http://www.foxla.com//local)    Share This (http://www.foxla.com//share)

**Stories You May Be Interested In – includes Advertiser Stories**

**EXHIBIT C1**

*United States v. Ricky Davis*

**Interview of Bianca**

Woman:     How did you end up meeting, do you call him Shy Boy, or do you call him

Bianca:     I call him Shy.

Woman:     You call him Shy.

Bianca:     Yeah, that's what everybody really calls him, like they know him by Shy.

Woman:     And so how did you guys like first start talking?

Bianca:     Um, I came across his tattooing page on Instagram and saw he had a lot of followers and I liked his tattoos so I would like his pictures and then he started liking mine and he would comment on my pictures and we exchanged numbers and then we started exchanging pictures and talking more and stuff like that so, and that was when I was like fifteen or fourteen.  We started talking and texting and then once I was sixteen I had left from, I think I was home at the time and I left from home and I went with a boyfriend and me and my boyfriend got in an argument and Shy kept telling me like to go with him and that I had a good, like, chance of like getting money and he was going to go to Vegas for his birthday and he just wanted me to go and have fun with him and then I paid for a taxi from Modesto to like San Jose.  It was like $200 and I paid for it to go meet up with Shy and then from then Shy said we were going to Las Vegas and the next thing you know we're at his tattoo shop and he like tells me he wants to try it out and whatever and we ended up having sex.  And from there we went to Motel 6 and I didn't know exactly what was going to happen or go on, but he ended up posting the ad for me and taking pictures of me and all that.  So from there he had meetings with guys and I didn't really know what to do.  But I was with Araceli at the time and Jocelyn and me and Araceli were the ones that who were working and stuff and then when I wanted to leave Shy told me I couldn't leave.

Woman:     So, if we, just if we backup for a second, you were saying that he, you guys were like texting or like pinging messages over Instagram and pictures and stuff?

Bianca:     Yeah

Woman:     What would you, were they like flirty pictures and text messages or like sexting?

Bianca:     Yeah, more like sexting and then he would be like oh God I love you so much and yeah

Woman:     What was it about him that like made you like him?

Bianca:     I don't know he was just like a bad boy I guess.  Like, he was a bad boy with tattoos and money and he seemed like he had it all, like cars, money, everything.

1

**EXHIBIT C2**

He had a whole bunch of Jordans so I was like hey, this guy looks like he's really about it and he has his stuff together.  I want to like be with him, but at first it was like, I want to be with him, but once I saw how he was, it was like, okay I realize now that it's never going to be like that so I'm just friends with him or whatever.

Woman:      So when did it change, like from, like you, like from him and you being together, to like him being like, all right let's see if you'll do it with other guys.

Bianca:      When I met him because he would have sex with other girls like in front of me and stuff like that, so I was just like okay, like it's not like how I thought, but I don't know.  And then that's when he had his friends go to the hotel room and like have them basically do whatever they wanted with me.  And when I told him about it he didn't care.  Like I told him how I was fighting back and stuff and he didn't care.  He just laughed.  So it was like, now I know this guy doesn't care about me either, like in any way.

Woman:      So where did it go from there?

Bianca:      It went to me like trying to leave everyday.  I would call people.  I would walk around the hotel calling people telling them pick me up and Shy told me that if I had anybody try to pick me up that he would kill them before they took off with me.  Yeah, so I was like really scared and I told them never mind don't come, like because I care about like, my friends too and I didn't want anything bad happening to them so I would tell them not to go.  And then I asked him, hey I have family in the area can I go see them and he's like yeah, but I'm going to pick you up and I'm going to drop you off and do all that.  And I was like that's fine. And then I went with one of my cousins and I just left from my cousin too and I never went back for a while and then I ended up going back because we ended up contacting each other again, so.

Woman:      So, what was it, what did it end up being like when you were, I guess working? What was like a normal day?

Bianca:      A normal day was basically like, at first I didn't do drugs or anything at first, like, Araceli was the one who like would be there and she, I remember one day she came out and she, like she went outside to get something from Shy and then she came back and she had like a little bag of white stuff.  I didn't even know what it was.  Like I didn't know anything about it and she started like breaking it up and stuff and I was getting scared because I didn't know what it was and she would do her drugs and she was like, it helps me stay up and I was just there like, clueless, like I didn't understand really and then like, the first time I worked for him it wasn't really like how it is now.  It was just, you, because he didn't even know what he was doing.  We were his first girls that he had working for him.  So we were there and the first time I worked for him I only had probably like about five to like eight guys a day and as soon as the guys came and left, like as soon as they walked out the door, he came to collect the money.  He wouldn't let me hold onto

2

**EXHIBIT C2**

it or nothing and he told me that I was going to get money out of it.  I never got any money or nothing out of it.  And so yeah, but when I started working for him again it was up to like more than twenty guys a day because he would tell us, you have to make $1,000 and then you guys could go to sleep.  So that's when I started using drugs and I started doing stuff to stay up also.

Woman:        So how would you make $1,000?

Bianca:        Basically seeing guys, a whole bunch of different guys doing what they wanted.  Like selling myself basically.

Woman:        So you had said that he would, he beat you?

Bianca:        Yeah, he would hit us girls a lot.  Like for any little thing.  If he didn't like the way we talked to him he would hit us.  He would take away our phones, threaten to hurt our families and everything.  Like he would tell us like a lot of threats.  He would be like, I'm going to have a whole bunch of guys come and they could pay only $20 and you'll do whatever they want with you.  And he would tell us, you could cry as loud as you want.  I'm going to take out the phone from the room so you can't call nobody and I'm not going to help you.  The last time I saw him was on February seventh.  That's when I left.

Woman:        That was, that was recently.

Bianca:        That's when I was working for him.

Woman:        And you feel like, what would you say to him now?  I mean knowing that he's in jail?

Bianca:        I don't know.  Like, it's just crazy because they always tell me oh he's in jail, we need help for his bail.  We need help for this, we need help for that for him.  And they would always lie about it so when they, his baby's mom contacted me this time saying that he was in jail I didn't believe it.  But I woke up, I look at TV and next thing you know it's saying Ariel Guizar and Araceli Mendoza and I'm just like, wait, what?  Like, and I started crying.  I'm not going to lie, like, I was crying, not because like oh my God I'm so sad he's locked up, but because I'm relieved.  I feel like okay, he's locked up, I could go back to living my life.  I don't have to worry about him keep contacting me, threatening me, telling me he's going to post stuff about me if I don't work, like, I feel relieved.  I feel free and the other girls feel like that too, that work for him because they called me and they cried too.  Like we were crying on the phone together because we were so relieved.  And it's just, he messed up our lives really bad.  And some people may say that because we decided to go with him that we messed up our own lives, but honestly it's that he like, if would have never talked to us the way he did and have us do what we do, I'm pretty sure we wouldn't be so scared.  We wouldn't be like, like, because he played a lot of mind games with us.  So it's like our thinking and stuff, like, we're kind of like, we don't trust nobody no more because of it.

3

**EXHIBIT C2**

Like we're scared to say anything. We're scared to do something because we're always scared that he's going to be there to do something to us for what we say or do because he gets mad at me just for telling him how I feel. When I tell him how I feel he, that's when he decides to hit me because he says that I'm talking smack about him. But it's not talking smack, it's just saying how I feel and the truth.

Woman:        Bianca, why did you agree to do this interview?

Bianca:        Because like, I don't know like, I feel like, there's a lot of girls out there probably going through the same thing and they're probably with a pimp or a boyfriend or something that's telling them, oh baby if you love me, you would like, you would work for me and we could make all this money and then we could be together and we could be happy. We'll be set. But none of that's true because if a guy loved you he wouldn't have you having sex with other guys for money. He would be the one that wants to be your only one, like, he's not going to be like go do this for me. He's not going to put you in danger like that. Shy made it seem like he loved all of us. He would call me his little sister. What kind of guy has his little sister working on the streets having sex with guys? Shy told us to walk the streets. He told us to have sex with whoever. He told us to do whatever we needed to do like, when we wanted to go see him or like spend time with him, he would be like, oh, well you better like, do something with a guy to get a ride over here because I'm not going to waste my gas to go see you. Like he would tell us like that. And us being stupid, we would do what we had to do just to go be with him. And he would always make it seem like my family hated me. He would tell me bad things about my family acting like he talked to them. Telling me that they said that they didn't care about me. And none of it was true. But I lost my family because of that. And I always believed him over anybody. When I had boyfriends and stuff, he would get me to break up with my boyfriends. He would get me to leave all the people that wanted to see me to do good because I thought, oh nah, they're just trying to mess up my life right now. I'm just worried about getting my money. Getting what money though? When I didn't even get a dollar out of it. I probably made over $20,000 the whole time I was working for him and I never got a dollar out of it. I never got shoes. I never got clothes. Nothing. And I always needed clothes when I was with him. I would always tell him, Shy I don't have clothes. I've been wearing like the same thing. I need new clothes. And he wouldn't, he wouldn't care. He would just care about himself. And he would make it seem like he cared about his daughter. He would hit us while he was holding his daughter. He would do drugs around his daughter. His daughter was in the hotel bathrooms waiting with us while somebody else had a date, like a guy in the room. So it's like how do you care about your daughter when you're having her go from hotel room to hotel room at only four or five months. Like it's a baby, she shouldn't even be in a hotel room like that. She shouldn't be around any of this. She should be home like, she should be watching like

4

**EXHIBIT C2**

cartoons and stuff on TV trying to learn to speak and walk.  She can't do none of that in a hotel room.  Like that's no way to live.

Woman:       How many of you girls would be in a hotel room?

Bianca:      Hm, sometimes it was ten of us in one room and sometimes we would get at least two or three rooms just for all of us to be able to work because he just wanted money.  So he said, oh if we need to get more rooms because you guys are getting so many guys, then we'll do that.  He said because we don't want to miss out on no money.

Woman:       So he would take pictures and videos of all of the girls, whether they were underage or not, post them on his Instagram, his Twitter, his Facebook, his Snapchat, and then that's how people would be like, hey I want to book a, go with this girl.

Bianca:      Not really, hm

Woman:       I don't understand

Bianca:      There's a website.  It's like Craig's List and it has a section for escorts.

Woman:       Is it Back Page?

Bianca:      Yeah.

Woman:       Ok.

Bianca:      So it had a section for escorts and that's where the girls would post their ads and stuff and yeah, we would get like a texting app number and they would call us and we would talk to them and give them the address and we wouldn't like discuss nothing, except for like the time basically that they wanted to spend with us.  But really, it was just all sex.

Woman:       Are you scared or going to go back to doing it again?

Bianca:      Honestly, not really, but at the same time it is a temptation because it's fast money.  It's a lot of money, but honestly, I don't think I'm going to go back at all, like, to go through all this already for the past few years like, with my life, and it's just, I don't want to do none of it anymore.  Like, I just want to do good like, it sucks when you're in a hotel room and you're seeing your friends post on Instagram, Snapchat, or whatever about how they're graduating from high school.  They're going to prom, they're doing all this stuff, and you couldn't do it because you were in hotel rooms.  You were working.  And it just sucks because I missed out on a lot, but honestly, I could do better now.  And I could be part of my friends' lives now, my brothers and sisters, they're starting to talk to me again because they're seeing that I want to make a change.  And it just feels good having my family back because honestly before I had nobody to talk to.  I would be locked in a hotel room.  I would cry about how I was sad and wanted to leave,

5

**EXHIBIT C2**

but I couldn't tell my family because they see it as okay you chose him over us, so there's nothing we can do. It was embarrassing because my brother found my ad online, one time, my older brother, and he told me too, like, what are you doing with your life? And he told me, if you want to be on the streets like that then do it. He's like, I tried to help you so much and I could only do so much for you. And to me I was like, oh I don't care. I have Shy. He's my big brother. Like, I'm Shy's little sister. I don't care about you, but honestly, I should have listened to them, but I never did.

Woman:      How many siblings do you have?

Bianca:      There's six of us and I'm the second youngest.

Woman:      So you have a lot, big siblings. Well I'm glad that you guys are all talking again.

Bianca:      Yeah

Woman:      How much would like, how much would what cost? I don't know how that works.

Bianca:      Like, it just really depends on like, the pimp basically because he's the one that sets the prices for you. And on the days where like, we were making good money, Shy would be okay with us having our, our price was high which was like $200, $300 for an hour or whatever. But when there's no money coming in, he would tell us, okay you guys are going to start doing like $70 for an hour. You guys are going to start doing $50 for this much time and it kind of like made you feel like crap because it's like why am I going to go, my prices so low for so much time? That's like basically giving myself away for free, so.

Woman:      Were you ever scared when you were with these, weren't they just random guys?

Bianca:      Yeah because they were random guys and we never knew if it was going to be like a cop and us get in trouble for like prostitution or something and there's times when the guys have tried to rob us. They would stalk us. There's times when the guys would threaten us. There's times when the guys would try to kidnap us and everything. And it's just really scary because you never know who's the next guy who is going to walk in through that door. You don't know what they're capable of. You don't know what they have on them or anything. So it is scary because a lot of the guys they would get mad at us too, so it's like you never really knew. It was always risky. It was always a risk you were going to take answering the door, so.

Woman:      Bianca, how many times have you had a gun pointed at you?

Bianca:      Hm while working I had a few times, but mostly it was by Shy when he wanted to like threaten us and stuff, so, I don't know.

Woman:      You don't know how many times?

**EXHIBIT C2**

Bianca:     It was a lot, but Shy always had this gun and he would always have it loaded and he would point it at all of us like trying to play around, but we would be scared because his finger would be by the trigger and it's loaded so it's like, I don't know.

Woman:     Did you ever think you were going to die?

Bianca:     Yeah.  Like I started thinking that this past time I was working for him because he beat me quite a few times.  He recorded me crying on the floor while he beat me.  He had me go in the car naked with a blanket wrapped around me threatening to sell me on my birthday, so it's like I spent my eighteenth birthday locked in a hotel room.  They made me think that we were going to go to Disneyland, we were going to do all this fun stuff and he got mad at me because I asked him, what are we going to do for my birthday?  And that's why he beat me and stuff because I told him I didn't trust him because he never kept his word on deals that we made, that he would come up with and we would agree to.  I told him I didn't trust him because of that.  And he got mad at me and he decided to beat me that day because I brought that up.  It kind of destroyed me like, I became a whole different person and like, my family stopped talking to me.  Shy, I chose him over my family.  I chose him over my friends.  I lost a lot of my family because of him.  A lot of my relationships that I had, like, I lost everything.  All I was worried about was making Shy happy and I don't know why.  Like, it's just like, I felt like I needed to make him happy.

Woman:     When you said that there was other girls too, how many were there?

Bianca:     Yeah.  Some days there's fifteen of us.  Some days there's only one or two of us, but for the most part there's a lot of us.  And a lot of us were underage, so I was sixteen when I started working for him and I barely turned eighteen on February third so I've been working for him for a while.  And once I was eighteen, he was like, okay now, he told me, now you can go to the clubs.  He's like now you can work there.  And I was just like, oh my God, he's going to have me do a lot of stuff I don't want to do now, so I don't know.  And it was like hard because they would have me away from him, I would have nightmares of him making me like do stuff that I didn't want to do that I would get in trouble for.  So, it kind of like, I feel like it was a sign to let me know like, if I keep messing with him it's just going to go further and further.

Woman:     So why did you end up leaving him this last time?

Bianca:     This last time I ended up leaving him because he told me and another girl to leave because that he was going to kill us.  So it's like, it was either us stay there and get shot by him and killed or we left like he said and we would escape.  He didn't think we were going to make it like, far, like from where we were, but I know like, not to just sit there and wait for him to come get me like, as soon as he told me to leave like, the girl I was with she was confused.  She didn't know what to

7

**EXHIBIT C2**

do.  I told her we're going to go to the gas station.  I'm going to ask somebody to use their phone and we're going to get out of here.  We're going to go to my mom's or something because she lives close by and then from there you could find your way home, but you're welcome to stay at my house as long as you want. And she was like, she was scared because she was crying.  She kept crying and she was really scared and I was scared too but I wasn't going to sit there and cry at a gas station and wait for somebody to ask me if I needed help.  So I seeked the help myself and I started asking people.  I only asked two people to use their phones.  I had asked one person and, I asked the gas station lady and she said no, sorry, and I was like, okay its fine.  And I saw a guy walking up and I was like, hey, but he spoke Spanish, so I was like, hey can I use your phone?  And he's like I'm sorry but I'm scared to let you use my phone.  I was like it's okay I understand.  So I just walked away and I went back with my friend and when he came out he told me, you can use my phone, he said, but you don't have nobody with you right?  I said I have a girl with me and I told him what was going on.  I said we're running from a guy right now and I really need to go home.  I'm scared and this and that and I just told him everything and then he said, he was like, okay well I'm trusting you, but I hope you're not setting me up.  I said I'm not setting you up.  I'm not like that.  Like, I don't do that to people.  So then I used his phone to call my mom and I was talking to my mom and then he's like, if you let me talk to your mom I'll give you a ride to your house.  I just want to make sure it's your mom and I don't want to get set up.  I was like, okay, okay, I was like thank you so much.

8

**EXHIBIT C2**

Honorable Judge Ishi

I write this letter with the hope that you will see how far I have come in my struggle to live a productive life. My start was by no means good, addictions to drugs, gang affiliated, I was a mixed up kid in a bad neighborhood, and I made poor choices. I have been constantly doing everything I can to make amends for every poor choice I've ever made.

I have spent more years as a productive human being than I had as an addict or gang member. I put my past far behind me. Droping out of the gang was an easy choice but came with dire consequences, a gang hit was put on my life for leaving the gang. All my childhood friends are now my enemies.

To explain the gravity of that one choice to live my life right and lawfully is not hard. I can't go to public functions such as gyms, clubs, bars, or the movies without looking over my shoulder and scanning the crowd for potential threats. I'm a wanted man from the gang not just for my choice of leaving, but because I strongly advocated against gang life and was able to motivate

**EXHIBIT E**

2

multiple people to leave or avoid that lifestyle.

Every chance I get I steer people away from gangs and drugs. My social life for safety reasons had to be on-line. On-line was new to me, before I was incarcerated computers and cell phones were unheard of in my house and neighbor-hood. I had a pager before incarceration, technology changed. It was a new and confusing world for me, I adjusted and adjusted, and adjusted. I found chat rooms on-line that enabled me to have social interactions that would not put my life in danger, or so I thought.

I used chat rooms to open up dialog on the stupidity of drugs and gangs, I started alot of heated debates and showed people a different angle on gangs and that destructive lifestyle. on-line was also the only way for me to meet people, as well as advertise my artwork.

Once I finished my parole I wanted to go to the schools and talk to the next generation, if I can motivate even just one kid in the class it would be worth it. People say being on high control state parole in california is

impossable to do without violations. I had three years of that parole to do and was three months away from discharging.

In the only two 1/2 years of semi-freedom I experianced as an adult, I was able to get a job, get accepted into a school in sacramento, and was avidly working towards my goal of opening up a collision repair shop. I still have goals and I continue to strive in that direction. My biggest dream and goal of having a family and being a father was taken from me. It's a constant pain in my soul that I have to live with. I realize that I have only me to blame. I should have been more aware and observant on who I interacted with. It falls to me and a detramentally poor choice I made. I have not allowed this to difine me, I still help as many people change their lives as I can.

In Tucson USP I was mentoring and helping a few of the inmates there. Most of whom are struggling with drug addictions. Those that wanted to be sober hung around me, others with familys I would reach out to and try to discourage them from using. Some times a simple

**EXHIBIT E**

4

statement such as "how would you feel if your child was doing this?" was enough to detere drug use. I would frequently tell those I seen using "don't do anything you wouldn't want your own child to do", and make them think about their actions. If you have to hide it then it's wrong. I participated in the Native American Religous services twice a week and helped in conducting the ceremony, I was one of the few on the yard that knew and understood any of the ceremonial songs. Much of my spare time was spent on the yard teaching ceremonial songs and concepts. Through the Native American indigenous teachings I was able to help other indigenous inmates shake their ties to drugs which are still prevalent on the prison yards. Temptation is always there for an addict and so is the oppertunity to further wreck your life.

The classes present at Tucson USP are not very practical and include Knitting, beading, crocheting, painting, the only helpfull class is baking, in which you can become a professional chef. I signed up for all of it, but people with large sentences are put on a long waiting list, due to inmates that are

**EXHIBIT E**

5

close to getting out being the priority. It took one 1/2 years for me to be put in the beading class. I attempted a writing course with stafford community college, but was not able to afford the monthly payments.

This whole experiance after doing ten years in state prison has been very soul wrecking for me. For the first time in my life I needed medication due to anxiety and severe depression. I dislike any form of meds/drugs, legal and nonlegal alike, so as soon as I went to prison I took myself off the meds and obsorbed myself into a productive program that enabled me to help others. If I wasn't in one of the classes, I was on the yard counciling and teaching. I've always enjoyed helping others, I did volunteer work for the city of Riverbank, helping pull weeds out a large plot for a community garden, mowed my elderly neighbors lawn, fed the homeless sub-sandwiches just about everytime I seen them. It's hard to see people in bad situations and not want to help, I put myself in other peoples shoes and ask how would I want to be treated. I was and am a very giving person, I realize now that it played a part in my downfall. I won't

**EXHIBIT E**

stop being giving and helping others, my spiritual
path won't allow it, but if im capable of
being around other people in a social environment,
I will be more guarded and less social due
to this experiance.

The registration aspect of my parole
is very scary, the gang was actively
searching for me and now I have to give
them my address. I am unsure how I
will cope with that, but will cross that
bridge if I get there. Reguardless of how
much time I have left in prison and life,
I will continue to be as productive to my
community as I can, and spend as much
time with my family as I have. My goals
have been expanded since my incarceration.

I am currently working on writing
a book series that I believe will inspire
not just the ones thinking of joining a gang but
current gang members as well. I have hopes
that if it works out any proceeds from the
books will go to victims of sex trafficing
and to help combat sex trafficing. I would
like to see it eradicated and i'd like to
help in any way I can to get people out
of sex trafficing. I've thought long and hard on
how to make amends for any and all the
wrong I've done in my life, and I've spent my

EXHIBIT E

7

little time of freedom helping strangers as well as the people I love. I still would like to open a collision repair shop and go to school, I just hope I have enough time left in my life to accomplish it.

I pray that I have the opportunity to accomplish my goals. Having a collision repair and paint shop has been a dream of mine for a long time, it's a dream that I started to make a reality. I continue to stay strong in my spirituality, i meditate and sing my prayers as often as I can. I'm doing what ever I can to help myself as well as those around me. Being there for my family is important to me, as my parents grow older it kills me that im not there taking care of them. My nieces and nephews whom I miss dearly mean the world to me and every second I'm away from them im in anguish. Prayer is the only thing keeping me together, or when I absorb myself into helping others. I council inmates every place I go and try to possatively effect them in hopes that I may change their criminal outlook. I pray that I get the chance to leave a good mark before I pass, my family line may end with me I just hope to leave at least a good memory. My goals are important to

**EXHIBIT E**

me, and so is school, I pray I have the opportunity to show all the good in me. With that said, I hope this letter finds you in good health and good spirits.

Sincerly

Ricky Davis

**EXHIBIT E**

fresno, CA 93721

Nov. 5th 2017

Nicole Lloyd
1812 Ipswich way
Modesto CA 95358
(209) 204-6510 email: findyournema@Yahoo.

My name is Nicole Lloyd and
I have known Ricky Davis for
twenty years. We grew up living
in the same neighborhood
and I am good friends with
his sister Sandra Davis. I
would see Ricky at his mom's
house when I would visit his
sister. We also had mutual
friends once I started high
school. We dated for a year
and a half I believe from
2009-2010. Ricky was the
best boyfriend I've ever had.
Ricky never once has ever
raised his voice or swore at
me. Ricky was always there

**EXHIBIT F**

to listen about my day, my work,
my worries, he listened to
anything I had to say.
Ricky is very good at listening
and also helping to find
solutions. Ricky is good at
giving advice and bringing
light to the situation.
During our relationship Ricky
and I became best friends,
which we remain to this day.
Ricky is the kind of person
that puts his loved ones
before himself. Ricky is a
quite person, but if you
spark up a conversation
with him the thing that
stands out the most is his
sense of humor. There isn't
a day that goes by without
him cracking jokes. Ricky
cares alot about his family.
All of his free time was
spent with either his father
and sister or his cousins.

**EXHIBIT F**

His sister had four kids (now five) and Ricky enjoys being an uncle to his nieces and nephews. During the week Ricky was his sisters main baby sitter. Ricky is good with kids and never lost his temper. Ricky is a protector of his loved ones. His sense of rationality could calm any situation. We spent alot of our days talking long walks and talking or taking trips to the river or yosemite. Ricky wants to have kids and a family of his own. We talked about starting a family together. Ricky has a positive personality and outlook on life. He is very likable once you take the time to know him. He can be shy at first. Ricky is very attentive and would thrive in school.

**EXHIBIT F**

Ricky loves teaching and
learning. The most important
thing to Ricky is making
Sure his loved ones are
doing well. The second most
important thing to Ricky is
his heritage and culture.
Ricky enjoyed going to pow
wows, it was very peaceful
to be involved. He loves
beading and crafting. He would
make head bands and
necklaces to wear at the
pow wows. Being involved with
his culture gave him a
Sense of belonging. I would
attend pow wows with Ricky
and the Ceremonys were always
beautiful. Ricky never gets
involved with others drama,
he keeps to himself and
stays low key. Ricky doesn't
take any Substances. Ricky
is reliable and keeps his word.
Ricky and I have Kept a
positive relationship no matter our

**EXHIBIT F**

title. Ricky has dropped all ties
to any gang and he wants
his tattoos removed. If Ricky
had the chance to be himself
and not suffer due to a record
he would prosper. Ricky does
well in learning environments
and would be an aset to
any company if given the
opportunity. He also deserves
the chance to start a
family and raise children. Another
passion of Rickys that was
passed down from his father
is owning and restoring
old school cars. Some of
the things we used to do
together were making things
for our home. We made
shoe baskets, lined all of my
drawers with fabric and
painting. Ricky has alot of
patience. One time we volunteered
doing yard work for a baseball
field. He did yard work to
earn money with his father

**EXHIBIT F**

but the baseball field we
did for free. We did it as
a family event. The baseball
field was wanting to add
a garden area for the
kids and we did yard work
and provided an area to do so.
Ricky would come with me
to any work get together
and would also encourage
me to visit my grandparents
and would come along to visit.
One time we had a family
trip to disneyland. It was my
little sister and I first time
going. Ricky and I made life
time memories together.
Ricky is not the kind of
person to give you the shirt
from his back, Ricky is
the kind of person to go get
the materials and make you
a new shirt and do it with
meaning. Ricky grew up in a
tough neighborhood, but has
cut his ties to his former

**EXHIBIT F**

friends. I am proud of Rickys
independence. He has been
hindered with a record but
still always tried to apply for
jobs and kept side jobs doing
yard work. Ricky didn't
miss any parole meetings;
car or no car. When Ricky
would spend the night at my
house, he would ride with
me to my work in the morning.
Insted of him driving my
car home, he would take the
bus home. He did this to
avoid getting comforable using
other peoples things and to
keep his desire to work harder
for things. After time and
effort he was able to afford
to buy a car off of his father.
I hope the good in Rickys
heart repays him. I hope
Ricky doesn't feel another
day wasted. I have a hard
time talking to him now

**EXHIBIT F**

page 8 of 8

because I feel helpless to
help him out of jail. Every
time we talk he is positive
and tries to comfort me
as if my life could be harder
than his and it's heartbreaking
trying to find something to
say back to him. Ricky
deserves the chance to live
his life. Thank You for your
time.

Sincerly,

Nicole Lloyd

**EXHIBIT F**

November 7, 2017

Your Honor,

My name is Tiffany Quinones, I am Ricky's first cousin. In which I have known him my entire life. Growing up our families always spent lots of time together, as his mother and my mother were and still are very close. The majority of childhood memories that I have always include Ricky as far back as I can remember. All of us cousins together was never a dull moment. Ricky is my older cousin so he was always someone that I could look to for advice growing up. He has always been and still is a great listener and is someone I can trust will give me their most honest opinion even if his opinion differs from my own.

Ricky has always been someone who is strong minded and very intelligent. When I was younger I remember looking at him more as an older brother than a cousin. He always looked out for me, had my best interest at heart and always made sure that I stayed out of trouble and on the right path growing up. If I messed up, as growing up I made my share of mistakes I remember never wanting Ricky to find out because knowing that he might be disappointed in my actions or choices was always something that worried me. Simply because I knew that he knew that I was smarter than that, but just as every other young person growing up I made mistakes just like everyone else.

Growing up into my early adulthood Ricky was absent for a period of time. During that time I made sure to write back and forth with him as much as possible. He always ensured that although physically he could not be apart of my life in that time that he made sure that I knew by writing to me that he still wanted to try his best to be part of my life as much as possible. I was always happy to hear from him because I consider him and I very close. He's always been someone I could count on, for advice, a listening ear, shoulder to cry on or in anyway possible really. Ricky has always been someone that has put others before himself, I've watched him help others in need at times when he himself was in need. Ricky is a bighearted person who always seems to find the good in people and more often than not ready to give people the benefit of the doubt. He always looks and seems to find the good in all people.

When I was in my 20's (I am now 32) I decided to take a leap and sign up for School to obtain my degree in Criminal Justice. When I discussed my decision with Ricky he showed me so much positive support. He helped push me to follow my goals all the way thru and he even helped me with my final exam report for one of my classes: World of Religions. He went as far as making the 2 hour drive to me so he could take me to a religious ceremony (if he knew that I called this a religious ceremony he would not be to thrilled as he has repeatedly advised that it is not a religion but instead a way of life, and Ricky is probably laughing at me for saying that) that was taking place in San Jose . It was an awesome experience and I am so happy to have that memory with him being apart of it. I passed that class with flying colors with his help and couldn't be more grateful to him for that. He enjoyed showing me his interests and explaining to me what things meant and how these types of ceremonies made such a positive impact on his life. He told me it gave him a sense of belonging and helped him to always keep a positive outlook in life.

Ricky grew up in a very tough neighborhood and after making mistakes as we as humans do has choose to live his life in a very different way compared to other people who also grew up in that same neighborhood. Ricky has always been someone who knows that life can be tough, but always put one foot in front of the other and made sure to prove that hard work will always pay

**EXHIBIT F**

off. For as long as I can remember Ricky has always had a job, from the time he was legally able to work. He never allowed life's curveballs to set him off his path of success when it came to his responsibilities. Even though it was tough for him to find a job because of his record, that never stopped him from applying. Eventually finding someone to give him that 2nd chance he was able to land a job at Kohl's Distribution Center. And not once did he ever take that opportunity for granted, he worked overtime when it was offered and always put the extra effort it when he deemed necessary. Ricky likes to work on cars just like his Dad, he even helped teach my younger brother what he knew as far as mechanics when it came to cars.

Kids tend to flock to Ricky, I have 2 kids of my own and they initially met Ricky when they were both very young but they still remember him even though they have not seen him in years. My son who is now 11 every so often brings Ricky up and talks about a trip to the River that we took with him. He clearly remembers swimming with Ricky and always reminds me about how Ricky helped teach him how to swim. Ricky has always been great with my kids as well as all 4 of his nieces and nephews. He has yet to meet his youngest 5th niece. He has always had such patience for the kids in our family and almost goes into whole "big kid" himself act to actively engage with the kids. Anytime I have concerns about my son whenever I am able to talk to Ricky I always ask his opinion on what to do in certain situations that I may be dealing with at the time. Ricky is always ready to provide me with some insight or ideas on how to try and help my son get back into the right path.

Ricky has always wanted kids of his own and I hope that one day soon that can actually happen for him. He deserves to have his own family, and would have lots of knowledge and experience to give in that department. I have seen first hand, Ricky succeed through struggles and strive for greatness. I do not doubt that given the opportunity he would have no problem being a productive and, hardworking citizen in our community. I pray that others see the good in him as I myself do in so many ways. I thank you for your time,


Tiffany Quinones

**EXHIBIT F**

11/08/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA 93721

Your Honor,

My name is Leticia Williams and I'm writing this letter for my cousin Ricky Davis. Ricky is my first cousin. He calls me Ety. My mom and his mom are sisters. I have known Ricky since he was a baby and I remember him playing with me and my brothers and sister.

Growing up we had lots of family birthday party's. Ricky would come over to our ranch to visit. We would run around ride the pony and play with the goats and rabbits. We would play tag or go to the swimming pool during the summer. I moved away to the Bay Area after high school and then Ricky was not around for a while.

When Ricky returned he was the same loving cousin. He gave us a huge hug. And meet my kids for the first time. My daughter and son where about 10 and 8 at the time. Ricky was smiling ear to ear because he said my daughter was a mini me. And my son a mini Todd who is my husband.

Ricky had a very rough life as a kid. Lots of verbal and physical abuse in his house. I slept over my cousin Ricky's house as a kid and after a few sleep overs I stopped going. I was not used to hearing all the chaos that was the normal in that household. He had to fend for his self all the time. I seen parents physically punching the kids straight in the face and worse. As a kid I was scared and would leave to the living room but still hear all the running and chaos upstairs. My cousin Ricky would end up leaving the house and staying out of the house sometimes for days at a time. The sad thing was that this eventually was the normal thing and no one went looking for him.

We would have lots of gatherings and family BBQs. At one gathering we had a surprise birthday party for my grandma and most of our family made it. This was a very nice day and I can see that Ricky was happy to be with us all. He was eager to be with all of us family. Something that he didn't have growing up.

Ricky would be educating anyone who would listen. He constantly talked about the history of the indigenous Mayans. You can hear it in his tone that he had a passion for teaching. Joking we told Ricky he should be a history teacher. He laughed about it at that time but I honestly think that he can be.

Ricky invited my family to an indigenous festival. We didn't know what to expect at all. I was really happy that we went. It was so much fun, very educational and interesting.

We met Ricky and at the event. Walking up to the event we can hear the drums and the music. My cousin Ricky was singing some of the songs. Ricky had fun teaching us about the different booths. At one point I asked about a huge circular wood artwork and Ricky explained that it was the Myan calendar. If I would have let him go on and on he would have probably explained each carved figure on the calendar. Ricky is very passionate about the Mayan history.

I remember Ricky came to our white elephant Christmas gift exchange. We had so much fun that day. Ricky's white elephant gift was cash and everyone was fighting for that gift. It switched hands so fast from person to person that we lost track of how many times it was stolen. We were all laughing so hard. Ricky had the best gift I didn't think anyone would make such a fuss about $20.00 it was so much fun and I'm looking forward to more happy memories like this one.

In the past few years I have written back and forth with Ricky. Sometimes time went on and I wouldn't set aside time to write him. He was always understanding in his letters and positive. I wrote him about trouble I was having with my son and I'm so glad that Ricky was able to give me a different perspective on

**EXHIBIT F**

the situation. He helped me to understand and be a better parent. I can proudly say that my cousin Ricky helped with that. Ricky was my therapy from a young man's perspective.

When I mailed Ricky some pictures. One picture was of Ricky with my mom. He wrote me back and let me know that he cried when he saw the picture. He said he missed her and that he always felt her love when she hugged him. His letter had me in tears that day.

I'm so lucky to have a cousin like Ricky in my life. He has been there for a lot of us. Especially for his only sister Sandra. He was always helping her with carrying the baby car seat or diaper bag. You didn't have to ask him he would just do it on his own. He would play with the kids and take them outside to see the animals at my parent's ranch. Since my cousin Sandra couldn't deal with the animal smell or didn't want to get her shoes muddy. So Ricky would be the one to take his nieces and nephew out to see the animals. The kids loved it and Ricky enjoyed the time with them too.

Ricky is going to make a great father one day and make his wife proud. He is the type of man that will hold the door open for you and help carry all your groceries inside. If you forgot something in the car and it's a pouring down rain storm he wouldn't think twice. He would go and grab whatever it is and bring it in for you. He has a huge loving heart and he cares for us all. He loves his sister and nieces and nephews. They were always together and you could see it in his face it would light up when he was with them.


Thank you,
Leticia Williams

**EXHIBIT F**

11/15/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Dear Judge,

My name is Sandra Davis I am Ricky's sister.  I know it's hard to see a man for who he truly is
in court, so all I can do is try my best to show you who my brother is to me and my children.

When Ricky was out of jail I was a single mom to four beautiful children.  Times were so hard
for me.  It was hard getting back on my two feet not only were my finances down so was my
spirits.  No matter how sad I was Ricky was there for me talking me through things.  He even
offered to help watch all the kids so I can try to get back on my feet.  While he watched them I
found a job as a caretaker.  I loved my job but having four kids making minimum wage was
hard.

Ricky was positive though.  He spoke to me so much giving me the confidence I needed to get
back to school finally.  His positive presence in my life is why I am the person I am today.

While Ricky was locked up he continued to keep good spirits and I started college!  Today I have
graduated already.  The face I wish was there wasn't but I knew in my heart how proud he was
for me to become a nurse.  I love him so much and can't thank him enough for being here for me
and my kids when no one else was.

My life isn't the only life he has changed.  I can name a few but this letter will be extremely
long.  So I will just say one more person's life he changed.  While being locked up, he found out
our cousin was taking the wrong path into gangs.  A path he was familiar with all too well.
Because Ricky was locked up all he could do was write and call my cousin, and he did.  He
explained to him where gangs lead people.  He said two places, death or prison.  Ultimately my
cousin followed Ricky's guidance and has been living a good life with a wife and son.  Away
from gangs.

Even behind bars Ricky goes out of his way to help people as much as he can.  Just recently my
7 year old has been making bad choices in school.  Ricky starts talking to my son explaining bad
choices lead to jail and my son was thinking it was funny before that conversation.  Just that talk
made him think twice about his choices.  They look up to him so much.  They don't have a dad,
but they have an uncle who loves them and guides them.  We miss him so much.  Ricky is
missed and loved.

*/s/ Sandra Davis*

**EXHIBIT F**

11/9/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Honorable Judge,

To whom it may concern.   My name is Leticia Gonzalez and I am writing this letter hoping and
sincerely wishing that I can express my true feelings in letting you know who Ricky Davis is as a
person.

Ricky is my nephew and I love him dearly. When Ricky was about 9 years old I noticed that he
was a lonely child and he was always playing by himself instead of interacting with his siblings.
When I brought this up to my sister she ignored me and said he just did not get along with his
brothers and sister. I always felt Ricky was ignored as a child so at family gatherings I made it a
point to seek him out and talk with him. He really loved being at our ranch and spending time
with the animals. He once told me that he wished I was his mother and that just about broke my
heart. As a teenager Ricky once told me that when he grew up he was getting himself a ranch
because he liked the way we lived. He showed so much interest in our vegetable garden and he
liked that we always had fruit trees and grew our own vegetables. Whenever he spent time with
us I noticed he was a happy child but when I visited my sister he was always alone and sad. At
our ranch he would go out of his way to help me and my husband.

The last time I saw Ricky was at Christmas in 2015. He was very happy and said he really
missed the ranch and spending time here with us. He was somewhat confused about all the
changes and said he had a lot of catching up to do. He was trying to get a job and he began by
doing tattoos because he wanted to be able to rent a place of his own.

Ricky was about 19 years old when he was put in jail and he gets out and doesn't know much
about all this new technology now with the internet and Facebook. I think that Ricky needs a
fresh start and I hope he gets out soon cause all his life he has just been locked up and he really
doesn't know what it's like to just live free. Ricky has a good heart and needs to get a chance to
prove to himself that he can actually make it on his own.

I believe something happened to Ricky as a small child but I can't prove it. My sister and her
husband were never there when he really needed them and I know that they now regret it but at
least they visit him and I pray that Ricky can have another opportunity to make a fresh start and
finally have a decent life. I personally will keep in touch with Ricky and I know he will
definitely stay out of trouble. Sometimes I wish I would have went with my gut feeling and
raised Ricky myself. He is a good person that needs a break. I have five children and Ricky
always loved to play with his cousins at our ranch.

*/s/ Leticia Gonzalez*

**EXHIBIT F**

11/15/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Dear Judge,

My uncle Tio Rickey is the most kindest person I have ever known in my life.  My name is
Angelina Davis and I love my tio so much.  Whenever I was sad he will always make me smile
and then I can't stop smiling and when I see him I can't stop thinking about if he will even get
out of prison.  Just thinking about that makes me cry.  All the days he was home he would tickle
me, he makes me laugh so hard my cheeks would hurt!  And then one day I came to visit him at
my grandma's house and then I saw him in cuffs with the police.  I did not know what that meant
because I was too young to know what jail or prison was.  I was 5 years old when the police took
him and now I am 11 years old so he has been in prison for 6 years now.  He was the most
kindest person in my life and everyone in the Davis family loves him too much and we can't
stand him away for much longer.

Thank you for your time.  Please tell my uncle I love him.  Thank you.

Sincerely,

/s/ Angelina Davis

**EXHIBIT F**

November 9, 2017

Hon. Anthony W. Ishii
United States District Court Judge
U.S. District Court for the Eastern District of California
2500 Tulare Street
Fresno, California 93721

RE: Ricky Davis

My name is Esther Llanos and I am Ricky's cousin. I have known him my entire life as he is a few years older than I am. While we may not have grown up living too close to each other, he has always been one of my favorite cousins. I am writing you to help you get an idea of the person my cousin is at heart.

Ricky Davis is one of the few people I can count on. He has always been there for me as an ear to listen when I needed someone to talk to. He would always manage to cheer me up if I was down and give me advice when needed. He is a good-hearted person who cares deeply for his family. Ricky would manage to get the family together even though we all lead very busy lives. Even when I was not living in California, I kept in touch with Ricky through calls and letters. When he was out we connected through Facebook until I moved back to California. I wish I could've had more time with Ricky to make memories with him as an adult. When I was going through a move in January 2017 he was there with phone calls and letters to help me through my mentally challenging times with my move. He never failed to cheer me up and get me into the right mental state. He's been great at giving me alternative perspectives when it comes to my own life.

Ricky has not lived an easy life. He grew up in an area that was not conducive to his social life. I believe he got mixed up with the wrong crowd even in the wrong place at the wrong time, but that is not the person he is. Ricky is a passionate person who is very artistic. He loves to draw and is very talented at it. He wants what is best in life for everyone even though he has faced the hardships he has. He has the best personality, always making people laugh and smile in any way he can. I believe Ricky is a good person through and through. While Ricky has been incarcerated, he is doing everything possible to better his life. He has been doing a lot of reading and learning with hopes and aspirations to someday be able to get out and have a family of his own. I also have hopes for him to be able to live life to the fullest and experience all the wonderful things it has to offer. I hope to someday be able to have our families celebrate holidays and vacation together. I believe Ricky could lead a very happy and successful life if given the opportunity to.

Your Honor, I am sure it must be difficult for you to make decisions when you don't know the person standing in front of you so I hope my letter will help you to understand the kind person Ricky Davis is. I love and miss my cousin dearly and would love to be able to spend more time in our adult lives together as families should.

Sincerely,

Esther Llanos
Logistics & Sales Coordinator – Thermal Shipping Solutions

**EXHIBIT F**

11/15/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA 93721

Dear Judge,

Hello! My name is Victoria, I am writing to tell you about my uncle Ricky Davis. He is so kind hearted. My uncle Ricky has always been there for me. He is super loving and nice. I miss my uncle a lot.

He would always take me on car rides to get ice cream or doughnuts. He is super funny as well, he would always tell me and my family jokes. Ricky would make us smile and laugh with his humor.

To have my uncle away is very heartbreaking because everyone is getting older and miss him. Him not being home with my grandparents worries me that he won't be there with them before they pass. Especially since they are getting older. With my uncle gone, life isn't the same. He brings happiness to all of us. He has been gone for so long! I even have a new baby sister (her name is Isabella) and it hurts to think she won't get to know or see him the way the rest of the family does. I am very sad to feel that Bella (Isabella) won't get to know him. Thank you for taking your time to read this letter.

Sincerely,

*/s/ Victoria Davis*

**EXHIBIT F**

November 13, 2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, cA  93721

To Hon. Anthony W. Ishi United States District Court Judge

I am the grandmother of Ricky Davis and have watched him grow from the time he was born. Ricky has two other brothers and one sister. Ricky will always be my favorite grandson. He is very respectful towards me, not that his brothers and sister weren't. There was just something special about him. He is a talented Artist as am I, maybe that is one of the reasons he is my favorite.

Ricky is a hard worker and has helped me many times working around my home and in the yard.

I am 79 years old and miss my grandson very much.  I am hoping that he will be released to me someday and can help to take care of me in my elder years. I would like for him to move into my home.

Ricky enjoys helping people, he is thoughtful and caring. As a young boy he was very shy, perhaps that had something to do with being a middle child?

He had no problem finding very good jobs, was never a lazy child.

Thank you for your time reading my letter to you about my grandson Ricky Davis.

Sincerely, Sandra K Betts

**EXHIBIT F**

November 14, 2017


Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Your Honor,

My son Rick Davis was the shy one of the family but when you got to know him he was the funniest.  He always put a smile on everyone's face.  My son was always here to lend a hand when I needed him.  I can always count on him and so can everyone that knew him.

He enjoyed the same things I did like working on cars together.  He was present in his sister's kids' lives so much.  He adored them and they adored their uncle.  Ricky has such a big heart. Everyone that knows him feels that from him.  He is a lot like me.  I love my son so much and miss him.

Our family isn't the same without him gone.  He always brought the family together.  We would have bbq's and gatherings.  He would put it together.  Family is important with him and he wanted to keep us together.

My son touches so many people's hearts.  He is here for all of us.  Each one of us are getting much older and I know it hurts so much being away and afraid.  He hurts so much.  My 2 sisters died at early ages because our technology isn't where it should be.

Ricky would be a good dad like me maybe better.  I am somewhat strict to my boys even kicked one out of the house because not looking for a job.  But Ricky, I never had this problem.  He always was working or job searched.  Never lazy.

Thanks for your time Your Honor,

Ricky's Dad,

*/s/ Mickey Davis*


**EXHIBIT F**

Hon. Anthony W. Ishii U.S. District court Judge

I am the mother of Ricky Davis.
my son means so much to me, he was a very
quiet Kid growing up. I never had problems with
Ricky intil i went to work and he starting
hanging out with wrong crowd, got involved in
gangs, did time, changed his life around, let go
of all his friend, it was all about family, he
was a uncle, and he loved it, he would play
with his nieces, he would read to them, they
were everything to him,
He enjoyed learning about cars with his dad,
and enjoyed hanging out with us, he liked going
to the movies with his dad,
he changed his life around, he didn't have friends
anymore and didn't care, it was all about the
Kids, going to the lake, and having fun, he
enjoyed being around family, we would hang
out watching TV shows, playing monopoly &
card games, we had our son back and we
cherished him, since we lost 11 years of his
young life,
Something went wrong, what happen is not
Ricky at all, things got mixed up and my son
got arrested, he was devastated, his family i
being taken away, thats all he lived for.

**EXHIBIT F**

e has changed his life around Completly, it was ll about us, his immediate family, he was home very day, every night, he would read to his nieces, play with them. he was a good uncle, and only wished he could soon be a dad of his own, he started meeting girls and was very Careful because of his past, all he wanted was a family of his own, he got a job, and would always help his dad in the garage, learning about cars, he loves his family, he would go visit his grandma's I, who lives in Modesto, he would also go to his other grandma in Antioch and help her out When she needed house fixers, he would help. Ricky has a heart, he is a changed man he lost his life to gangs, and came home and cherished his life with his family, we would talk about fun outside activities Ricky doesn't deserve being taken away from his loved ones, he needs to be able to gain memories of his family, while he still has us alive, he is a good son please understand he is respective, and a mello passionate person who wants to be with family.

Thank you Sandra Dave
(mother)

**EXHIBIT F**

November 7, 2017

Hon. Anthony W. Ishii
United States District Court Judge
U.S. District Court for the Eastern District of California
2500 Tulare Street
Fresno, California 93721

To whom it may concern:

My name is John Romero and I am writing this letter on behalf of Ricky Davis. Ricky and I have been friends since 1987 when we both moved into a new neighborhood in south Modesto. We have known each other through good and bad times. We have both made some mistakes in life and gotten ourselves into trouble at times. The last time Ricky was let out on parole he contacted me as soon as he could so that he can learn how to make positive changes in his life. While I was in trouble myself as a kid, I have made drastic changes and now live a very productive life. I have been a teacher at Community Business College in Modesto for the past 10 years and have earned a degree in Computer Science. Ricky recognized that I could help him to achieve his goals. Ricky spent a lot of time at my house just talking with me and asking what he can do to stay out of trouble. I teach career development and was helping Ricky get the skills he needs to be successful. The whole time that Ricky was out, he seemed to me to be doing everything he was supposed to be doing. He was staying out of trouble, staying away from the wrong people, and trying to do right. He would go to work and then stop by here to learn what he could and then he went home. I believe Ricky is a good person with good intentions that just needs to be given a chance to prove. I think that with the right opportunities, Ricky could be a contributing member of society.

Sincerely,

John Romero
600 Coralwood Rd.
Modesto, CA 95356

If you have any questions, I may be reached at 209-204-8180.

**EXHIBIT F**

STATE OF CALIFORNIA | DEPARTMENT OF CORRECTIONS
## CHRONOLOGICAL HISTORY
CDC 112 (9-83)

| Date | Chronological Listings | Initials | Dead Time | Release Date |
|---|---|---|---|---|
| 08-10-01 | RECIEVED ~~RC~~; DVI/RC | gm | | |
| 8-28-01 | Intake Audit, Restitution Ordered, Stanislaus Co. Case 1003299, per 1202.4 PC, $2200⁰⁰ | CC | 15% EPRD | 6-25-09 |
| 8-28-01 | Notice Required per 3058.6 PC | CC LF | | |
| MAR 21 2002 | RECD CSATF & SP | | | |
| 04-30-02 | Intake Audit, reviewed for compliance with PC296/AB673 | MAC | | |
| 04-30-02 | Direct Order ordered on Stanislaus Co. case # 1003299 per P1202.4(f), $1537.38 | MAC | | |
| 01-27-03 | 30 Day BCL on RVR log # E0212064 dated 12-18-02 | MAC | EPRD | 07-25-09 |
| 09-15-03 | 90 Day BCR dated 08-21-03 on RVR log #E0212066 | MAC | EPRD | 06-25-09 |
| 6-7-06 | PC 296 DNA Completed | TC | | |
| 6-7-06 | Transfer Audit. | TC | | |
| 6-9-06 | REC'D KVSP | M.C | | |
| 6-28-06 | Intake Audit | m | | |
| 10/2/07 | RECEIVED CSP-CORCORAN   med & RTN | AC | | |
| 10/3/07 | REC'D KVSP | P.F. | | |
| 04-29-08 | Transfer Audit | M | | |
| 4.30.04 | REC CCI-2 | TS | | |
| 10-31-08 | Intake Audit | RC | | |
| 10-31-08 | BCL 30 days, 115 LOG # I-08-09-0422 d+d 9-27-08, EPRD Manually recalculated per revised worksheet CR1 on 08/01 | RC | EPRD | 7-20-09 |
| 01-15-2009 | BCR 30 days - dated 1-15-2009 log # I08090422 EPRD Manually Recalculated per Revised WORKsheet | APP | EPRD | 06-24-2009 |
| 4-14-09 | 60 DAY AUDIT | PR | | |

| Number | Name | Page |
|---|---|---|
| T25438 | DAVIS, RICKY | 1 |

**EXHIBIT I**

STATE OF CALIFORNIA                                                                                    DEPARTMENT OF CORRECTIONS

NOTICE OF CRITICAL CASE INFORMATION - SAFETY OF PERSONS (Non-Confidential Enemies)

CDC 812 (08/01)

This non-confidential form is used to document inmates/parolees or potential inmates who should be kept separate and inmates/ parolees suspected of affiliation with a prison gang or disruptive group. If an inmate/parolee is identified with a prison gang, a Notice of Critical Information - Prison Gang Identification (Form CDC812-A) shall also be completed. A form CDC812-B shall be completed on Disruptive Group Affiliates. Indicate "NONE" under CDC number and/or group section if there are no enemies and/or concerns. Refer to CCR 3378 for additional information.

## NONCONFIDENTIAL ENEMIES

| CDC NUMBER | PRINT NAME | PRIMARY SUPPORTING DOCUMENTATION | DATE 4/3/08 CURRENT LOCATION | DATE 9/11/08 CURRENT LOCATION | DATE CURRENT LOCATION | DATE CURRENT LOCATION | DATE CURRENT LOCATION | DATE CURRENT LOCATION |
|---|---|---|---|---|---|---|---|---|
| | | | NONE | NONE | | | | |

## DELETION OF PRIOR ENEMIES

| CDC NUMBER | PRINT NAME | DOCUMENT DELETING ENEMY ISSUE | DELETE DATE | PRINT NAME, TITLE, INST/REGION, INITIALS OF PERSON DELETING |
|---|---|---|---|---|
| | | | | |

## SUSPECTED GANG AFFILIATION

| GANG | TYPE OF AFFILIATION (MEMBER/ASSOCIATE/DROPOUT) | DATE | PRIMARY SUPPORTING DOCUMENTATION |
|---|---|---|---|
| DISRUPTIVE GROUP BSN PRISON GANG | Drop out | 9/5/61 | CDC-128 B |

## STAFF COMPLETING UPDATE

| PRINT NAME AND WRITE INITIALS | | TITLE | INSTITUTION/REGION | DATE |
|---|---|---|---|---|
| J.C. Mcclellin | J.C.M | CCI | KVSP II SNY | 4/3/08 |
| M. Craven | MC | CCI | CCI II (SNY) | 9/11/08 |

| CDC NUMBER | INMATE/PAROLEE'S NAME | | PAGE 1 OF |
|---|---|---|---|
| T 24438 | Davis | | |

**EXHIBIT I**

STATE OF CALIFORNIA                                                                    DEPARTMENT OF CORRECTIONS

# RULES VIOLATION REPORT

| CDC NUMBER | INMATE'S NAME | | RELEASE/BOARD DATE | INST. | HOUSING NO. | LOG NO. |
|---|---|---|---|---|---|---|
| T-25438 | DAVIS | | EPRD: 06/25/09 | CCI-II | 5-17U | II-08-09-04 |

| VIOLATED RULE NO(S). | SPECIFIC ACTS | LOCATION | DATE | TIME |
|---|---|---|---|---|
| CCR §3063 | POSSESSION OF TATTOO GUN | DORM 5 | 09/22/08 | 1930 HRS |

CIRCUMSTANCES

On Monday, 09/22/08, at approximately 1930 hours, while working as the Unit Two Yard 4 Officer, I was conducting a routine security check of Dorm 5. As I approached bunk 5-12Low I observed Inmate DAVIS, T-25438, 5-17U, quickly hide something under bunk 5-12Low. I observed Inmate BULLARD, F-98267, 4-6U laying down on bunk 5-12L. When I arrived at bunk 5-12Low, I observed a blue tattoo pattern on Inmate BULLARD's stomach. I ordered Inmate BULLARD and Inmate DAVIS to step out of the bed area. I searched underneath bunk 5-12L and I discovered one eye dropper bottle containing black ink. I asked Inmate DAVIS where the tattoo gun was. I classified Inmate DAVIS pulled the inmate manufactured tattoo gun out of his right front pocket of his personal gray shorts, and a second eye dropper bottle of ink from his left front pocket. Inmate BULLARD stated that they were just getting ready to tattoo before I caught them. Attached to this report is a copy of the tattoo paraphernalia Inmate DAVIS had in his possession. At the time of this Rules Violation, Inmate DAVIS did not display any bizarre, unusual, or uncharacteristic behavior indicating a possible mental disorder and is not in one of the mental health groups requiring a Mental Health Assessment (CDC-115-MH). Inmate DAVIS speaks and understands English, and is aware of this report.

| REPORTING EMPLOYEE (Typed Name and Signature) | | DATE | ASSIGNMENT | RDO'S |
|---|---|---|---|---|
| ▶ M. AMOS, Correctional Officer | | 9/23/08 | YARD $ OFFICER | S/S |

| REVIEWING SUPERVISOR'S SIGNATURE | DATE | ☐ INMATE SEGREGATED PENDING HEARING | | |
|---|---|---|---|---|
| ▶ R. PRESS, Correctional Sgt. | 9/23/08 | DATE | | LOC. |

| CLASSIFIED | OFFENSE DIVISION: | DATE | CLASSIFIED BY (Typed Name and Signature) | HEARING REFERRED TO |
|---|---|---|---|---|
| ☐ ADMINISTRATIVE ☒ SERIOUS | F-3 | 9/25/08 | ▶ M. BRYANT, Facility Captain   M. Bryant | ☐ HO  ☒ SHO  ☐ SC  ☐ FC |

COPIES GIVEN INMATE BEFORE HEARING

| ☒ CDC 115 | BY: (STAFF'S SIGNATURE) | DATE | TIME | TITLE OF SUPPLEMENT |
|---|---|---|---|---|
| | ▶ | 9/26/08 | 1600 | (1) PHOTO COPY OF EVIDENCE |

| ☐ INCIDENT REPORT LOG NUMBER: | BY: (STAFF'S SIGNATURE) | DATE | TIME | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|---|---|---|
| | ▶ | | | ▶ | 9/26/08 | 1600 |

HEARING

(CONTINUED ON RVR PART-C)

Restore
30 FOC  M. Bryant
FC M. 1/15/09

| REFERRED TO ☐ CLASSIFICATION   ☐ BPT/NAEA | | | |
|---|---|---|---|
| ACTION BY: (TYPED NAME) | SIGNATURE | | DATE | TIME |
| J. Bartelmie, Lieutenant | ▶ | | 10/9/08 | 2035 |

| REVIEWED BY: (SIGNATURE) | DATE | CHIEF DISCIPLINARY OFFICER'S SIGNATURE | DATE | TIME |
|---|---|---|---|---|
| ▶ M. Bryant, Facility Captain | 10/15/08 | ▶ T. Meadors, Associate Warden | 10/20 | |

| ☒ COPY OF CDC 115 GIVEN INMATE AFTER HEARING | BY: (STAFF'S SIGNATURE) | DATE | TIME |
|---|---|---|---|
| | ▶ | 10/21/08 | 1570 |

CDC 115 (7/88)

**EXHIBIT I**

```
J241481                   IN THE SUPERIOR COURT NORTHERN BRANCH      05/21/12
SAN MATEO CJIS                 OF THE STATE OF CALIFORNIA            13:33
ORGANIZATION: MC           IN AND FOR THE COUNTY OF SAN MATEO        PAGE    1


                        ---- CRIMINAL CASE DOCKET ----


CASE NO. NF406172A         STATUS:   ADJUDICATED

PEOPLE V. ARMSTRONG, BRYAN DAVID

           2001 OXFORD WY
           STOCKTON, CA 95210                     DATE OF BIRTH: 08/24/86
                                                  D.L. # CA D6150822
*************************************************************************
ATTORNEYS OF RECORD:

PROSECUTION:
DEFENSE:       CHRISTIE MAZZEI
                 (PUBLIC DEFENDER)

*************************************************************************
CHARGES, PLEAS AND DISPOSTIONS:

VIOLATION DATE: 09/29/11        FILED DATE: 10/25/11
```

| CNT NO. | ALG NO. | CODE/SECTION | TYPE | LATEST PLEA | ------DISPOSITION------ | CONV/DISP DATE |
|---------|---------|--------------|------|-------------|--------------------------|----------------|
| 001 | | PC  266H(A) | F | NG | DISM - NEGOT PLEA | 12/08/11 |
| | 01. | PC  1203.065(A) | E | | STRICKEN | |
| 002 | | PC  266I(1) | F | NG | DISM - NEGOT PLEA | 12/08/11 |
| | 01. | PC  1203.065(A) | E | | STRICKEN | |
| 003 | | PC  236.1(B) | F | NG | DISM - NEGOT PLEA | 12/08/11 |
| 004 | | PC  664/266H(A) | F | NOL | CERT SUP CT PN859 | 12/08/11 |

**EXHIBIT J**

```
J241481                                                        05/21/12
SAN MATEO CJIS           --- CRIMINAL CASE DOCKET ---         13:33
ORGANIZATION: MC             CASE NO. NF406172A              PAGE    2
```

**************************************************************************
CASE SYNOPSIS:

```
09/29/11   ARRESTED BY 04117
09/29/11   BOOKED - JAIL NO.:     SO064094900
10/25/11   COMPLAINT FILED
11/01/11   HEARING HELD IN DIV. 26, SUPERIOR COURT NORTHERN BRANCH,
               BEFORE HON. RICHARD C LIVERMORE, JUDGE.
               NATURE OF PROCEEDINGS: FELONY ARRAIGNMENT.
           BAIL: $50,000.00.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
11/01/11   BENCH WARRANT PENDING
11/03/11   HEARING HELD IN DIV. 5, SUPERIOR COURT NORTHERN BRANCH,
               BEFORE HON. MARTA S DIAZ, JUDGE.
               NATURE OF PROCEEDINGS: BW FAILED TO APPEAR FOR ARRAIGNMENT.
           BAIL: $50,000.00.
           CUSTODY STATUS: RELEASED ON SURETY BOND.
11/03/11   BENCH WARRANT VOIDED
12/08/11   HEARING HELD IN DIV. 29, SUPERIOR COURT NORTHERN BRANCH,
               BEFORE HON. SUSAN JAKUBOWSKI, COURT COMMISSIONER.
               NATURE OF PROCEEDINGS: SUPERIOR COURT REVIEW.
           CURRENT BAIL: $50,000.00
           CUSTODY STATUS: RELEASED ON SURETY BOND.
```

**************************************************************************

**EXHIBIT J**

```
J241481                                                             05/21/12
SAN MATEO CJIS              --- CRIMINAL CASE DOCKET ---            13:33
ORGANIZATION: MC              CASE NO. NF406172A                   PAGE    3
```

****************************************************************

RECORD OF CASE EVENTS:

10/26/11 09:00      $20,000.00 BAIL BOND NUMBER DN25-2717484 POSTED ON
                    09/29/2011 BY DANIELSON SURETY COMPANY ALADDIN BAIL BOND
                    COMPANY FOR DEFENDANT APPEARANCE ON 11/01/2011 AT 9:00
                    A.M..

10/31/11 08:45      CASE SHIFTED FROM HEARING ON 11/01/2011 AT  9:00 A.M. IN
                    DEPARTMENT PH OF SUPERIOR COURT NORTHERN BRANCH TO
                    HEARING ON 11/01/2011 AT  9:00 A.M. IN DEPARTMENT 26 OF
                    SUPERIOR COURT NORTHERN BRANCH.

11/01/11 09:00 ** HEARING HELD ON 11/01/11 AT 9:00 A.M. IN SUPERIOR COURT
                    NORTHERN BRANCH, D- 26. HON. RICHARD C LIVERMORE, JUDGE,
                    PRESIDING. CLERK: JANE TORRES. REPORTER: DIANE PESSAGNO.
                    CLERK2: -.   DEPUTY D.A. M. MONTESSANO.   DEFENSE COUNSEL
                    PRESENT: NONE.
                    FELONY ARRAIGNMENT
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    BAIL BOND ORDERED FORFEITED.
                    BENCH WARRANT ORDERED.  BAIL SET AT $50,000.00.
                    ENTERED BY JANE TORRES ON 11/01/2011.
                    APPEARANCE SET ON 11/03/2011 AT 9:00 A.M. IN SUPERIOR
                    COURT NORTHERN BRANCH DEPT. PH FOR BW FAILED TO APPEAR
                    FOR ARRAIGNMENT AT REQUEST OF DEFENDANT AT THE COUNTER.

11/02/11 09:07      CASE SHIFTED FROM HEARING ON 11/03/2011 AT  9:00 A.M. IN
                    DEPARTMENT PH OF SUPERIOR COURT NORTHERN BRANCH TO
                    HEARING ON 11/03/2011 AT  9:00 A.M. IN DEPARTMENT 5  OF
                    SUPERIOR COURT NORTHERN BRANCH.

11/03/11 09:00 ** HEARING HELD ON 11/03/11 AT 9:00 A.M. IN SUPERIOR COURT
                    NORTHERN BRANCH, D- 5. HON. MARTA S DIAZ, JUDGE,
                    PRESIDING. CLERK: TAMMY MAGILL. REPORTER: JANICE SCOTT.
                    CLERK2: NONE.  DEPUTY D.A. MONTESANO.  DEFENSE COUNSEL
                    PRESENT: NONE.
                    B/W FAILED TO APPEAR FOR ARRAIGNMENT
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    BENCH WARRANT VACATED (QUASHED).
                    DEFENDANT ARRAIGNED AND ADVISED OF THE FOLLOWING RIGHTS:
                    TO THE VARIOUS PLEAS AVAILABLE; TO A SPEEDY PUBLIC TRIAL
                    FROM THE DATE OF ARRAIGNMENT, WITHIN 30 DAYS IF IN
                    CUSTODY, WITHIN 45 DAYS IF NOT IN CUSTODY, OTHERWISE,
                    THE MATTER MUST BE DISMISSED; TO THE AID OF THE COURT TO
                    SUBPOENA AND PRODUCE WITNESSES ON OWN BEHALF, TO
                    CONFRONT AND EXAMINE ADVERSE WITNESSES; TO A TRIAL BY
                    JURY; IF CONVICTED, TO BE SENTENCED NOT SOONER THAN 6
                    HOURS NOR LATER THAN 5 DAYS OR WITHIN 20 COURT DAYS IF
                    REFERRED TO PROBATION OFFICE; TO THE AID OF AN ATTORNEY
                    AT ALL STAGES OF THE PROCEEDINGS; THAT THE COURT WILL
                    APPOINT AN ATTORNEY IF DEFENDANT IS UNABLE TO EMPLOY
                    OWN; TO A REASONABLE LENGTH OF TIME TO CONSULT AN
                    ATTORNEY; DEFENDANT ADVISED, IF NOT A CITIZEN, THAT

                              **EXHIBIT J**

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO

**FILED**

☑ Southern Division
400 County Center
Redwood City, CA 94063

☐ Northern Division
1050 Mission Road
South San Francisco, CA 94080

Reserved for Clerk's Office Stamp

**SAN MATEO COUNTY**

MAR 19 2012

Clerk of the Superior Court
By_____
DEPUTY CLERK

THE PEOPLE OF THE STATE OF CALIFORNIA

PLAINTIFF

VS.

*Bryan David Armstrong*     DEFENDANT

**ORDER OF COMMITMENT TO COUNTY JAIL**

Case Number: *Sc074641 (A)*

Department Number:

The above cause came on regularly for judgment. The District Attorney, Stephen M. Wagstaffe, by his deputy, the defendant and his/her counsel of record being present; and

The defendant having been duly arraigned for judgment by the Court, and no legal cause having been shown why judgment should not be pronounced;

The defendant having been convicted of ☐ Felony ☐ Misdemeanor crime(s) in violation of Section(s)

_____*unreported*_____

**NOW THEREFORE IT IS ORDERED, ADJUDGED AND DECREED** that the above-named defendant be and is hereby committed to the custody of the Sheriff of the County of San Mateo, to be imprisoned in the County Jail for the term of

_____ days _____ months _____ year(s) commencing on the _____ day of _____ at _____ a.m. ☐ p.m. ☐.

☐ The total sentence imposed is _____ year(s) _____ month(s); pursuant to PC 1170(h)(5)(B), the Court suspends the concluding
_____ day(s) _____ month(s) _____ year(s).

☐ Run ☐ consecutive ☐ concurrent to sentence now being served in _____

☐ Credit for _____ actual days served, PLUS ☐ _____ 2 for 1 PC 4019[1] credits OR ☐ _____ 3 for 2 old PC 4019[2] credits,
PLUS _____ program time, for TOTAL credit for time served of _____ days.

☐ This is an original commitment as a condition of probation.

☐ This commitment is based on a violation of probation previously granted.

☐ This commitment is pursuant to PC 1170(h).

☐ This commitment is based on a violation of Post Release Community Supervision.

☐ This commitment is based on a violation of Mandatory Supervision.

☐ Subject to modification to _____ Residential Treatment Program
as approved by the Probation Officer. Said modification to become effective after
serving _____ days _____ months in custody.

☐ The Sheriff's Alternative Sentencing Bureau is not recommended.

☐ The Sheriff's Alternative Sentencing Bureau is recommended after serving _____ days _____ months in custody.

☐ The Sheriff's Alternative Sentencing Bureau is recommended with consideration for the following:
☐ Sheriff's Work Program ☐ Work Furlough ☐ Weekends

☐ Electronic Monitoring Program recommended.

☐ Release this date _____ ☐ Not eligible for early release.

☑ Other Orders: *Deft is 4019 Credit Eligible (Deft not present in Court) per Order of Court*

[1] Conduct credits (even #) = same as actual days in custody for: (a) ALL crimes committed, or PV's sentenced, after 10/1/11, & (b) Crimes committed between 1/25/10 & 9/28/10 *unless ineligible* due to 290 registration status, or prior violent (PC667.5(c)) or prior/current serious (PC1192.7) crime

[2] Conduct credits (even #) =[Actual (even #) /2] for: (a)pre-1/25/10 crimes, (b) 9/28/10 to 10/01/11 crimes, or (c) If *ineligible* per above

Dated: *3/19/12*_____

_____
Judge of the Superior Court

DISTRIBUTION: Original: Court  Copies: (Green) Jail  (Canary) Defendant  (Gold) Probation Department

Form adopted for Mandatory Use

ORDER OF COMMITMENT TO COUNTY JAIL

LOCAL COURT FORM CR 181 [REV. DEC.2011]

## EXHIBIT J

```
J241481                                                          05/21/12
SAN MATEO CJIS            --- CRIMINAL CASE DOCKET ---          13:33
ORGANIZATION: MC              CASE NO. NF406172A                PAGE    4
```

*****************************************************************************
RECORD OF CASE EVENTS:

11/03/11 - CONTINUED

         CONVICTION OF THE OFFENSE WITH WHICH HE HAS BEEN CHARGED
         MAY RESULT IN DEPORTATION, EXCLUSION OR ADMISSION TO THE
         UNITED STATES, OR DENIAL OR NATURALIZATION PURSUANT TO
         THE LAWS OF THE UNITED STATES.
    APPOINT PRIVATE DEFENDER.   DEFENDANT ADVISED THAT UPON
         CONCLUSION OF THE CASE THE COURT MAY CONDUCT A HEARING
         TO DETERMINE THE DEFENDANT'S THEN ABILITY TO PAY FOR ALL
         OR ANY PART OF APPOINTED COUNSEL AND THAT DEFENDANT MAY
         BE ORDERED TO PAY ALL OR THAT PART OF SAID COSTS WITHIN
         DEFENDANT'S ABILITY TO PAY.
    THE COURT WILL MAKE A DETERMINATION OF YOUR ABILITY TO
         PAY ALL OR A PORTION OF THE COST OF THE ATTORNEY. IF THE
         COURT DETERMINES THAT YOU HAVE THE FINANCIAL ABILITY TO
         PAY ALL OR SOME OF THOSE COSTS, THE COURT WILL MAKE AN
         ORDER THAT YOU REIMBURSE THE COUNTY TO THE EXTENT AND IN
         THE MANNER THAT THE COURT FINDS REASONABLE. AN ORDER TO
         REIMBURSE THE COUNTY FOR COURT-APPOINTED COUNSEL FEES
         WILL HAVE THE SAME FORCE AND EFFECT AS A JUDGMENT IN A
         CIVIL ACTION AND SHALL BE SUBJECT TO EXECUTION. BEFORE
         THE COURT MAKES SUCH AN ORDER, YOU ARE ENTITLED TO
         REQUEST AND HAVE A HEARING ON THE QUESTION OF WHETHER OR
         NOT YOU HAVE THE FINANCIAL ABILITY TO PAY SOME OR ALL OF
         THE COURT-APPOINTED COUNSEL FEE. YOU HAVE THE RIGHT TO
         BE HEARD IN PERSON, PRESENT WITNESSES AND OTHER
         DOCUMENTARY EVIDENCE, TO CONFRONT AND CROSS EXAMINE
         ADVERSE WITNESSES, HAVE THE EVIDENCE AGAINST YOU
         DISCLOSED TO YOU AND A WRITTEN STATEMENT OF THE FINDINGS
         OF THE COURT. IF YOU DO NOT REQUEST SUCH A HEARING, YOU
         WILL BE GIVING UP YOUR RIGHT TO SUCH A HEARING. IF AN
         ATTORNEY IS APPOINTED TO REPRESENT YOU, YOU WILL BE
         ORDERED TO APPEAR BEFORE THE REVENUE SERVICES MANAGER AT
         THE CONCLUSION OF YOUR CASE FOR A DETERMINATION OF YOUR
         ABILITY TO PAY THE COST OF LEGAL ASSISTANCE PROVIDED.
         SHOULD YOU FAIL TO APPEAR BEFORE THE REVENUE SERVICES
         MANAGER AS ORDERED, S/HE WILL REPORT SUCH FAILURE AND
         RECOMMEND THAT THE COURT ORDER PAYMENT OF THE FULL COST
         OF THE LEGAL ASSISTANCE PROVIDED.
    FURTHER ARRAIGNMENT AND ADVISE OF RIGHTS WAIVED.
    MAZZEI FOR P.D.
    DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
    ALL ALLEGATIONS/ENHANCEMENTS AS TO ALL COUNTS ARE
         DENIED.
    TIME WAIVED FOR PRELIMINARY HEARING.   DEFENDANT
         PERSONALLY WAIVED TIME FOR 10 COURT DAYS AND 60 CALENDAR
         DAYS.
    MOTION OF PEOPLE FOR BAIL INCREASE IS DENIED.
    BAIL FORFEITURE ORDERED SET ASIDE AND BAIL ORDERED
         REINSTATED.

**EXHIBIT J**

```
J241481                                                              05/21/12
SAN MATEO CJIS          --- CRIMINAL CASE DOCKET ---                 13:33
ORGANIZATION: MC           CASE NO. NF406172A                        PAGE     5
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RECORD OF CASE EVENTS:

11/03/11 - CONTINUED
                 CASE CONTINUED TO 12/08/2011 AT 1:31 P.M. IN SOUTH SAN
                 FRANCISCO IN DEPT. SR FOR SUPERIOR COURT REVIEW.
                 APPEARANCE SET ON 01/23/2012 AT 2:00 P.M. IN SUPERIOR
                 COURT NORTHERN BRANCH DEPT. PH FOR PRELIMINARY HEARING.
                 COURT TIME ESTIMATE OF 90 MINUTES.
                 ENTERED BY T.MAGILL ON 11/03/2011.

12/07/11 09:05   CASE SHIFTED FROM HEARING ON 12/08/2011 AT  1:31 P.M. IN
                 DEPARTMENT SR OF SUPERIOR COURT NORTHERN BRANCH TO
                 HEARING ON 12/08/2011 AT  1:31 P.M. IN DEPARTMENT 29 OF
                 SUPERIOR COURT NORTHERN BRANCH.

12/08/11 13:31 ** HEARING HELD ON 12/08/11 AT 1:31 P.M. IN SUPERIOR COURT
                 NORTHERN BRANCH, D- 29. HON. SUSAN JAKUBOWSKI, COURT
                 COMMISSIONER, PRESIDING. CLERK: ROSA VEGA. REPORTER:
                 NIKKI MAKELA. CLERK2: CEDRIC KING. DEPUTY D.A. BAUM.
                 DEFENSE COUNSEL PRESENT: CHRISTINE MAZZEI.
                 SUPERIOR COURT REVIEW
                 STIPULATION RE: JUDGE PRO TEMPORE HEARING MATTER.
                 DEFENDANT APPEARED WITH ATTORNEY CHRISTIE MAZZEI.
                 COMPLAINT AMENDED ORALLY.
                 COMPLAINT AMENDED TO ADD COUNT 4 : FELONY, VIOLATION OF
                 PC 664/266H(A), ON MOTION OF THE PROSECUTION.
                 DEFENDANT IS ADVISED OF, UNDERSTANDS, AND KNOWINGLY AND
                 VOLUNTARILY WAIVES ALL THE FOLLOWING RIGHTS:  WAIVES THE
                 RIGHT TO COUNSEL; TO TRIAL BY JURY; TO CONFRONT AND
                 CROSS-EXAMINE ADVERSE WITNESSES; THE PRIVILEGE AGAINST
                 SELF-INCRIMINATION.  THE COURT FINDS THAT THE DEFENDANT
                 UNDERSTANDS THE NATURE OF THE CHARGES, THE ELEMENTS OF
                 THE OFFENSE, THE DEFENSE THERETO, THE CONSEQUENCES OF
                 PLEAS AND THE RANGE OF PENALTIES THERETO.  WAIVER OF
                 RIGHTS SIGNED.
                 DEFENDANT ACKNOWLEDGES THAT HE UNDERSTANDS EACH OF HIS
                 ABOVE RIGHTS.
                 WITH THE CONSENT OF THE DISTRICT ATTORNEY, THE DEFENDANT
                 ENTERED A PLEA TO COUNT 4, VIOLATION OF PC 664/266H(A),
                 PURSUANT TO PC 859A, OF NOLO CONTENDERE.  DEFENDANT
                 FOUND GUILTY BY THE COURT.
                 UPON MOTION OF PEOPLE ALL REMAINING COUNTS DISMISSED.
                 REASON: NEGOTIATED PLEA.
                 ALL REMAINING SPECIAL ALLEGATIONS; PRIORS AND/OR OVERT
                 ACTS ARE STRICKEN.  REASON: NEGOTIATED PLEA.
                 PROBATION REPORT IS WAIVED.
                 TIME WAIVED FOR SENTENCING.
                 DEFENDANT WAIVES FORMAL ARRAIGNMENT FOR SENTENCING.
                 PRELIMINARY HEARING SET ON 01/23/2012 AT 2:00 P.M.
                 ORDERED VACATED.
                 THE COURT ORDERS THAT BAIL BE EXONERATED.

**EXHIBIT J**

```
J241481                                                              05/21/12
SAN MATEO CJIS              --- CRIMINAL CASE DOCKET ---              13:33
ORGANIZATION: MC              CASE NO. NF406172A                     PAGE   6

****************************************************************************
RECORD OF CASE EVENTS:

12/08/11 - CONTINUED
                    DEFENDANT IS SENTENCED TO 4 MONTHS. SURRENDER DATE
                     012812.
                    CASE TRANSFERRED TO SUPERIOR COURT.
                    ENTERED BY ARUN DASS ON 12/15/2011.
          14:00     BAIL BOND NUMBER DN25-2717484 FOR $20,000.00 EXONERATED.

****************************************************************************

END OF CRIMINAL CASE DOCKET
```

**EXHIBIT J**



**EXHIBIT K**





**EXHIBIT K**





**EXHIBIT K**





EXHIBIT K





**EXHIBIT K**





EXHIBIT K





**EXHIBIT K**