HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY DAVIS,<br><br>Defendant. | Case No. 1:12-cr-00056-AWI-BAM<br><br>STIPULATION RE CONTINUED BRIEFING SCHEDULE AND RE-SENTENCING; ORDER<br><br>Date: February 15, 2021<br>Time: 10:30am<br>Judge: Hon. Anthony W. Ishii |

On October 7, 2020, this Court instructed the parties to meet and confer as soon as possible in an attempt to arrive at a stipulated resolution regarding Special Condition 8. The parties promptly did so, and it is possible that a stipulated resolution may be reached. Given the challenges presented by the virtual work environment the parties need additional time to reach and obtain approval for any such resolution. Additionally, counsel for the government will be out of state on November 23, 2020 on a rescheduled pre-paid family vacation.

If the parties are unable to reach a stipulated resolution, the parties have agreed to the following briefing schedule:

**January 19, 2021**: Defense Brief regarding Special Condition 8

**February 1, 2021**: Government's Response

**February 8, 2021:** Defense's Reply

Additionally, the parties stipulate that any re-sentencing hearing with respect to Special

Condition 8 be continued from Monday, November 23, 2020 at 10:30 a.m. to Monday, February 15, 2021 at 10:30 a.m. before Senior District Court Judge Anthony Ishii.

                    Respectfully submitted,

                    McGREGOR W. SCOTT
                    United States Attorney

DATED:  October 20, 2020        By: *s/ Brian Enos*
                    Brian Enos
                    Assistant United States Attorney
                    Attorney for Plaintiff

                    HEATHER E. WILLIAMS
                    Federal Defender

DATED:  October 20, 2020        By: *s/ Peggy Sasso*
                    Peggy Sasso
                    Assistant Federal Defender
                    Attorney for Defendant
                    RICKY DAVIS

**ORDER**

IT IS SO ORDERED.

Dated:  October 20, 2020            _____
                                  SENIOR DISTRICT JUDGE