HEATHER E. WILLIAMS, #122664
Federal Defender
PEGGY SASSO, #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax:   (559) 487-5950

Attorney for Defendant
RICKY DAVIS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>RICKY DAVIS,<br><br>                          Defendant. | CASE NO: 1:12-CR-00056-AWI<br><br>STIPULATION REGARDING SPECIAL CONDITION 8; [~~PROPOSED~~] ORDER<br><br><br>Judge: Honorable Anthony W. Ishii |

**STIPULATION**

On October 7, 2020 this Court ordered the parties to meet and confer regarding Special Condition 8, a term of Mr. Davis' conditions of supervised release following the completion of his custodial sentence.  The parties have done so and reached a resolution.

The parties agree that the imposition of a condition restricting an individual's access to possessing, owning, using, viewing, or reading material depicting and/or describing sexually explicit between adults must be based on the court's consideration of the evidentiary record in a given case.  18 U.S.C. § 3583(d); *see, e.g.*, *United States v. Weber*, 451 F.3d 552, 558-60 (9th Cir. 2006) (reiterating that "conditions of supervised release conditions 'are permissible only if they are reasonably related to the goals of deterrence, public protection and rehabilitation'") (citing *United States v. T.M.*, 330 F.3d 1235, 1240 (9th Cir. 2003)).  The parties agree that on the record in this case, as distinguished from that in *United States v. Gnirke*, 775 F.3d 1155 (9th Cir. 2015) and *United States v. Ochoa*, 932 F.3d 866 (9th

Cir. 2019), there is not the requisite basis to support such a restriction here. Accordingly, the parties agree that Special Condition 8 should read as follows:

**Special Condition 8**:

The defendant shall not possess, own, use, view, or read any material depicting and/or describing sexually explicit conduct involving children, including computer images, pictures, photographs, books, writings, drawings, videos, or video games. "Sexually explicit conduct" as defined in 18 U.S.C. § 2256(2) means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

IT IS SO STIPULATED.

Dated: January 13, 2021                    */s/ Brian Enos*
                                           BRIAN ENOS
                                           Assistant United States Attorney
                                           Attorney for Plaintiff

Dated: January 13, 2021                    */s/ Peggy Sasso*
                                           PEGGY SASSO
                                           Assistant Federal Defender
                                           Attorney for Defendant
                                           RICKY DAVIS

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated:   January 28, 2021            _____
                                     SENIOR DISTRICT JUDGE

STIPULATION REGARDING SPECIAL CONDITION 8;
[PROPOSED] ORDER

2