Ricky Davis
, Register No. 68550-097
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

FILED

JAN 11 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
         Plaintiff.

         v.                                    Case No. 1:12-cr-0056 (AWI)

RICKY DAVIS,
         a/k/a Rick
         Defendant/Movant.

## MOTION PURSUANT TO 18 U.S.C. § 3582(c) FOR A REDUCTION IN SENTENCE

COMES NOW the Defendant, Ricky Davis, appearing pro se, and moves this Honorable Court for a reduction in sentence pursuant to 18 U.S.C. § 3582(c).

1. On July 24, 2015, the Movant was sentenced to a term of incarceration of three hundred (300) months in the above-referenced matter, to be followed by a period of supervised release of ten years. This sentence followed his conviction of one violation of 18 U.S.C. § 2251(a), and one violation of 18 U.S.C. §§ 1591(a)(1) and 1594, to wit, sexual exploitation of a minor and attempted sex trafficking of children. On appeal the Ninth Circuit reversed the Movant's conviction for attempted sex trafficking and remanded his case to this Honorable Court, ordering a "resentencing on [his] single remaining conviction on an open record or, alternatively, for Davis to be retried on the [dismissed] charge." United States v. Davis 854 F.3d 601 603-606 (9th Cir 2017). On December 11, 2017, the Court chose to resentence the Movant to the same sentence. ECF 191.

2. The Movant was represented by Ann McGlenon and Andras Farkas of the Office of the Federal Defender at his initial sentencing, and Peggy Sasso of the same at his resentencing He is proceeding pro se in the instant Motion.

3. The Movant entered the custody of the Federal Bureau of Prisons (BOP) on December 15, 2015. He is now incarcerated at FCI Danbury, a low-security federal prison in Connecticut.

4. The BOP has identified and verified several ailments from which the Movant suffers, including, most pertinently to the instant motion, a significant history of history smoking and an elevated body mass index (BMI) of 36. Individuals with a history of smoking and an elevated BMI as the Centers for Disease Control and Prevention (CDC) recognize, are at high risk of not only cardiovascular and pulmonary complications, but when COVID 19 -- a respiratory disease -- is present, an individual is at an especially elevated risk of serious complications or even death.

5. Consistent with the terms of 18 U.S.C. § 3582(c) and the amendments promulgated by the First Step Act, the Movant made a request for a reduction in sentence ("compassionate release") in writing to the Warden of FCI Danbury on

6. Despite his request, he received no response, not even the form letter-style ones issued to inmates throughout the pandemic at FCI Danbury. The language of the denials issued to other inmates is entirely boilerplate and appears to consist of verbiage that is copy pasted from a master document. It claims that the inmate's "medical needs are being well managed by FCI Danbury." This is not germane to the actual request -- it is the existence of the medical conditions in this setting during a pandemic that is the concern -- nor is it true. The Health Services Department at FCI Danbury, as discussed below, is notorious for its lack of care and its understaffing, among other shortcomings. In any event, despite the lack of a reply, more than thirty days have elapsed since the Movant made his request, and so this motion is ripe for consideration.

7. The Movant would have availed himself of a range of academic enrichment and rehabilitative programs during his time behind bars, had they been available to him. Alas, at USP Tucson and elsewhere, people branded with the label of "sex offender" are routinely barred from such opportunities, often

2

with the implicit or explicit encouragement of staff. The Movant desperately wants to improve himself, and that is why he renounced both his gang affiliation and his criminal lifestyle; it is also why he has addressed his drug addiction issues directly. But proper programming has proven elusive. Nonetheless, the testimonial letters he submitted earlier to this Court reflect the changes he has made in life, and the fact that these changes have been noted by others. See Exhibit A. He has never received a disciplinary report.

8. FCI Danbury has proven more hospitable to sex offenders in comparison to his previous facilities. Unfortunately, since March 13, 2020, FCI Danbury has been in a complete lockdown. No academic or vocational classes have been made available to him or other inmates beyond once-a-week (at best) courses for those enrolled in the GED and ESL programs at the prison. These courses are often canceled at the last moment. And no courses have been offered by the Education Department to the general inmate population.

9. Federal courts nationwide have recognized that the CDC is correct: people of any age who have a history of cigarette smoking may be at an increased risk of severe illness and complications upon infection with COVID-19. And they have used this reasoning as a basis in decisions pursuant to 18 U.S.C. § 3582(c). See, e.g., United States v. Shivers, 2020 WL 7319079 (S.D.Ind., December 11, 2020) (granting compassionate release to a thirty-eight-year-old former smoker); United States v. Rich, 2020 WL 2949365 (D.N.H., June 3, 2020) (granting compassionate release and noting that a history of cigarette smoking compromises a person's immune system).

10. As will be demonstrated below, courts nationwide have recognized the importance of reviewing requests for relief pursuant to 18 U.S.C. § 3582(c), particularly in light of the changes made to the statute by the First Step Act, holistically. That is, they have not ruled requests out of hand simply based on the type of charge in the underlying case And, they have, in fact, released inmates with similar or similarly unpopular counts of conviction.

11. Pursuant to the First Step Act, this Court has the authority to reduce the Movant's sentence to time served.

> [U]pon motion of the Director of the Bureau of Prisons, or
> upon motion of the defendant after the defendant has fully
> exhausted all administrative rights to appeal a failure of
> the Bureau of Prisons to bring a motion on the defendant's
> behalf or the lapse of 30 days from the receipt of such a
> request by the warden of the defendant's facility,
> whichever is earlier..., after considering the factors set
> forth in section 3553(a) to the extent that they are
> applicable, if it finds that -- (i) extraordinary and
> compelling circumstances warrant such a reduction; ...and
> that such a reduction is consistent with applicable policy
> statements issued by the Sentencing Commission. 18 U.S.C.
> § 3582(c)(1)(A).

U.S.S.G. § 1B1.13 Application Note 1 (2018) provides that "extraordinary and compelling reasons" include (a) the medical condition of the defendant, (b) the age of the defendant, (c) his or her family circumstances, and (d) any other extraordinary and compelling reason that the Director of the Bureau of Prisons determines. Crucially, the Sentencing Commission failed to update its own guidelines, and the BOP failed to update its own relevant policy statements, following the adoption of the First Step Act. Many courts have therefore recognized that the First Step Act does not restrict compassionate release motions to those that fit the extraordinarily narrow (and extraordinarily criticized) categories designed by BOP program statements and thus granted compassionate release and reduced sentences for defendants based on

extraordinary and compelling reasons of inmates' medical conditions and the severe health risks posed by the coronavirus in confinement. See, e.g., United States v. Gonzalez, Case No. 12-cr-326 (JMF) (S.D.N.Y., May 28, 2020); United States v. Jones, Case No. 15-cr-95 (AJN) (S.D.N.Y., May 24, 2020), United States v. Pagliuca, Case No. 17-cr-432 (CS) (S.D.N.Y., May 19, 2020); United States v. Fazio, Case No. 11-cr-873 (ER); United States v. Medina, Case No. 09-cr-983 (WHP) (S.D.N.Y., May 11, 2020); United States v. Field, Case No. 18-cr-246 (JPO) (S.D.N.Y., May 4, 2020); United States v. Musumeci, Case No. 07-cr-402 (RMB) (S.D.N.Y., April 28, 2020); United States v. Scarpata, Case No. 18-cr-578 (AJN) (S.D.N.Y., April 19, 2020); United States v. Kataev, Case No. 16-cr-763 (LGS) (S.D.N.Y., April 15, 2020); United States v. Smith, Case No. 12-cr-133 (JFK) (E.D.N.Y., April 13, 2020); United States v. Resnick, Case No. 12-cr-152 (CM) (S.D.N.Y., April 2, 2020); United States v. Marin, Case No. 15-cr-252 (PKC) (E.D.N.Y., March 30, 2020); United States v. Campagna, Case No. 16-cr-78 (LGS) (S.D.N.Y., March 27, 2020). See also United States v. Rodriguez, 451 F. Supp. 3d 392, 2020 1627331 at *7 (an inmate may be able to establish that extraordinary and compelling circumstances exist when the inmate suffers from a medical condition that the Centers for Disease Control and Prevention [CDC] has identified as a risk factor for COVID-19).

12. The dangers of COVID-19 are well known to the public and it is unnecessary to repeat at length here. What is less well known to the public are the specific shortcomings of FCI Danbury with regard to the pernicious disease and how these shortcomings put inmates, including the Movant, at far greater risk of serious health complications and even death as a result of infection with the disease. These are amply documented in a variety of civil and criminal cases nationally, including, pertinently, a class action lawsuit against the prison filed in the District of Connecticut. Martinez-Brooks v. Easter, Case No. 3:20-cv-00569 (MPS), Temporary Restraining Order (D.Conn., May 12 2021).

The Hon. Michael P. Shea was unsparing in his description of the problems at the prison, and acknowledged that the petitioners in the suit had presented evidence of medical mismanagement that might rise to the level of deliberate indifference to the medical needs of inmates, in violation of the Eighth Amendment of the Constitution of the United States. Id. In a blistering seventy-four page temporary restraining order, Judge Shea, relying on expert medical testimony, noted a wide range of troubles in the prison. He also noted that "without social distancing measures, reliable containment of a highly contagious disease is nearly impossible. This makes transfer to home confinement (or compassionate release, discussed below) the only viable measure by which the safety of highly vulnerable inmates can be reasonably assured." Id. at 49.

13. The prison, nearly ninety years old, was constructed with a barrack-like housing arrangement that the BOP euphemistically refers to as a "dormitory-style" living. Unlike the image of a college campus that such a term might conjure up, in the BOP, and at FCI Danbury specifically, "dormitory-style" housing means cramming upwards of eighty-two men into a shared living space in which double bunk beds are separated by just over four feet of distance. There are no barriers between these shared living spaces. Social distancing is thus rendered impossible. Judge Shea noted this in his order, commenting that "at a time when public health officials are counseling strict adherence to social distancing practice, most inmates at FCI Danbury live in close contact with between 50 and 140 other inmates, in a facility with a serious active COVID-19 outbreak. Id.

14. Noting this, and a variety of failures on the part of the administration and staff to follow basic CDC protocols and quarantine procedures, Judge Shea directed the prison to use the authority invested in it by the CARES Act -- and to follow the explicit direction of the Attorney

General -- to make use of home confinement as a means of reducing the prison population. Id. But, as of today, there are in fact more inmates at FCI Danbury then there were at the time of Judge Shea's order. The prison is either unable or unwilling to prioritize the health and safety of its inmates.

15. The risks to the Movant's health are real, as is the refusal of two consecutive wardens to meaningfully exercise the authority given to them by the Attorney General to place inmates into home confinement, even in light of a memorandum of March 26, 2020 in which this authority was clearly delineated, and a subsequent memorandum in which only FCI Danbury and two other prisons were singled out by him. See, e.g., United States v. Mata, Case No. 3:15-cr-00044 (D.Ore., September 21, 2021) (granting release to a fully-vaccinated defendant with a history of gang affiliation confined at FCI Danbury suffering from obesity and hypertension in light, inter alia, of the prison's abysmal medical management and failure to place the defendant on home confinement); United States v. Sedge, Case No. 6-537 (KAM) (E.D.N.Y., May 13, 2020) (granting release to a 52-year-old defendant confined at FCI Danbury suffering from hypertension and coronary artery disease and acknowledging, inter alia, that he "has been a model inmate" and the onerous conditions during the lockdown); United States v. Park, Case No. 16-cr-473 (RA) (S.D.N.Y., April 24, 2020) (granting release to a defendant at FCI Danbury after the warden delayed and possibly rescinded promise to transfer said defendant to home confinement); United States v. Sawicz, Case No. 08-cr-287 (ARR) (granting release to a defendant confined at FCI Danbury in light, inter alia, of the medical indifference at the prison and the prison's refusal to act on the authority granted to it by the CARES Act to place vulnerable inmates in home confinement); United States v. Delgado, Case No. 18-cr-17 (VAB) (D.Conn., April 30, 2020) (granting release to a defendant with a criminal history incarcerated at FCI Danbury who served less than three years on a ten-year sentence and who

suffers from sleep apnea, psoriasis, and obesity, given the heightened risk of complications upon contraction of COVID-19).

16. Sentencing courts have released inmates with lesser medical conditions and far more extensive and significant criminal behavior. See, e.g., United States v. El-Hanafi, Case No. 10-cr-162 (KMW) (S.D.N.Y., May 19, 2020) (granting release to a defendant convicted of material support of terrorism); United States v. Deleon, Case No. 16-cr-670 (S.D.N.Y., May 17, 2020) (granting release to a defendant convicted of a RICO violation who is a "made member of an organized crime family"); United States v. Prado, Case No. 13-cr-811 (ALC) (S.D.N.Y., April 30, 2020) (granting release to a defendant whom the government argued "posed a danger to the community"); United States v. Assaro, Case No. 17-cr-127 (ARR) (E.D.N.Y., April 17, 2020) (granting release to a defendant who was not only responsible for multiple acts of arson but who is a high-ranking figure in organized crime).

17. The medical ailments identified above are, on their own, quite serious. ¶ 3 supra. But they are more than potentially deadly as co-morbidities for COVID-19. It is here where the Warden's response missed the underlying point. The issue is not whether the Movant's medical conditions are being "managed." (Given the well-documented deliberate indifference to inmate medical needs at FCI Danbury, the veracity of this claim is questionable, but it is ultimately not the point.) See, e.g., Martinez-Brooks v. Easter, Case No. 3:20-cv-00569 (MPS), Temporary Restraining Order (D.Conn., May 12, 2021). The issue is whether or not these underlying conditions put the Movant at real risk of death or serious complications upon infection with COVID-19. The Moderna vaccine, approved for injection by Emergency Use Authorization, is not a panacea, particularly in light of the ongoing mutations resulting in significantly deadlier strains of COVID-19 including the well-documented Delta variant. The Movant's health is at continued risk as long as he is confined in

prison, particularly in a prison in which social distancing is impossible given the prison's structural design, in which CDC guidelines and protocols are routinely flouted despite ample documentation in court of this disregard for public health, and in which officers undermine the ability of the population to receive a critical vaccination rate.

18. Despite the concerns expressed to and admonishments received by FCI Danbury throughout the spring, summer, and fall of 2020, it is apparent that the administration has done little to adjust its preparation for a new wave of COVID-19. Indeed, Senator Chris Murphy, Senator Richard Blumenthal, and Representative Jahana Hayes, all of Connecticut, sent a letter to the Warden at FCI Danbury regarding, inter alia, "FCI Danbury's troubling failures to effectively respond to the ongoing public health pandemic." See Letters from Sens. Murphy and Blumenthal and Rep. Hayes to Warden Easter (January 8, 2021), available at https://murphy.senate.gov/newsroom/press-release/murphy-blumenthal-hayes-demand-answers-after-dangerous-gas-leaks-at-danbury-federal-prison (last accessed August 31, 2021).

19. The lawmakers noted that they had previously expressed concerns "about how FCI Danbury has handled, and is prepared to continue to handle public health guidance for social distancing, isolation, and quarantine as well as the facility's testing practices and procedures and access to basic medical monitoring, care, and treatment." Id. The lawmakers note, correctly, that "[t]hese conditions, among others, including purported failures to provide basic medical care to individuals who have become ill to COVID-19 or other underlying conditions, are the perfect storm for a more widespread -- and deadly -- outbreak." Id. The administration, under both Wardens Easter and Sage, has apparently settled on a strategy of running the clock, hoping that brief periods in which there are no detected cases at the prison will permit the prison to increase the inmate population once again (which has happened

repeatedly) and direct the attention of conscientious lawmakers and judges elsewhere (which, fortunately, has not always been the case).

20. Indeed, as alluded to in ¶ 14 supra, on October 25, 2021, the publicly reported male inmate population at FCI Danbury was 840, higher than it was prior to the pandemic, and this just days after the prison was returned to a total "red phase" lockdown due to an uptick in community infections. See BOP.gov. A failure to provide for the safety of those inmates charged to the care of the BOP does not become acceptable simply because the public's attention has turned elsewhere.

21. As of August 24, 2021, the Delta strain of the coronavirus made up approximately 99.1% of all COVID-19 cases. See CDC, Covid Tracker: Variant Proportions (updated August 24, 2021), https://covid.cdc.gov/covid-data-tracker (last accessed August 30, 2021). Due to the Delta variant, COVID-19 continues to surge throughout the country, and this strain of the virus is far more dangerous than previous strains of COVID-19. It is hypertransmittable. According to an internal CDC document, the Delta variant spreads as easily as chickenpox and is "more transmissible than the viruses that cause MERS, SARS, Ebola, the common cold, the seasonal flu, and smallpox." See Apoorva Mandavili, "C.D.C. Internal Report Calls Delta Variant as Contagious as Chickenpox," New York Times (August 27, 2021). Moreover, Delta infection viral loads, the amount of virus in a person's nasal passages, are about 1,200 times higher than those in infections caused by other variants. See Sara Reardon, "How the Delta Variant Achieves Its Ultrafast Spread," Nature (July 21, 2021). In an environment where no one is masked and vaccinated, a person infected with the original coronavirus was estimated to infect 2.5 other people, while in the same environment, the Delta variant could infect, on average, as many as 4. See Kathy Katella, "5 Things to Know About the Delta Variant," Yale Medicine (August 26, 2021). According to F. Perry Wilson, an epidemiologist at Yale

University, "[b]ecause of the math, [Delta] grows exponentially and more quickly.... So, what seems like a fairly modest rate of infectivity can cause a virus to dominate very quickly." Id.

22. This hypertransmissibility can have disastrous consequences. A Fourth of July celebration in Cape Cod resulted in infections in nearly 1,000 individuals, about three-fourths of whom were fully vaccinated. See Ellen Barry and Beth Treffeisen, "'It's Nowhere Near Over': A Beach Town's Gust of Freedom, Then a U-Turn," New York Times (July 31, 2021) ("I don't think we could have anticipated what Delta would do here"). This was far from the only instance of a large COVID-19 outbreak where the majority of cases were among vaccinated persons. See, e.g., Eduardo Medina, "About 200 Staff Members at a San Francisco Hospital and the U.C.S.F. Health System Have Tested Positive," New York Times (August 12, 2021). See, e.g., United States v. White, No. 3:17-cr-00104-2, 2021 WL 268719, at *4 (M.D.Tenn., January 27 2021) (granting compassionate release despite vaccinations underway and noting that "just this month variants to the SARS-CoV-2 strain were identified that may (or may not) allow the virus to spread more quickly, lead to more severe or less severe illness, and evade vaccine-induced immunity"); see also United States v. Hatcher, 18-cr-454-10-KPF, 2021 WL 1535310, at *3 (S.D.N.Y., April 19, 2021) (granting compassionate release to fully vaccinated individual, based on the extreme conditions of confinement during the pandemic).

23. Given the threat posed by the Delta variant, many courts have continued to grant compassionate release to individuals with underlying risk factors, even where the defendant has already recovered from COVID-19 or been vaccinated. See, e.g., United States v. Mata, No. 3:15-cr-00044 (D.Ore., September 21, 2021) (granting compassionate release to a fully vaccinated individual incarcerated at FCI Danbury, citing a desire to reunite with his children, hypertension, and obesity); United States v. Andrews, No. 3:93-cr-31

(E.D.Tenn., July 30, 2021) (granting time served for an individual serving a life sentence despite vaccination where individual suffered from medical conditions including obesity and hypertension); United States v. Cavely, No. 00-cr-157-TCK, 2021 WL 284383 (N.D.Okla., July 7, 2021) (granting compassionate release to a fully-vaccinated individual suffering from obesity, COPD, and heart failure, with extensive post-offense rehabilitation); United States v. La Ford, No. 2:10 cr-00292, 2021 WL 2786560, at *2 (W.D.La., July 2, 2021) ("Despite being vaccinated, because of his underlying condition of Type-2 diabetes, Ford remains vulnerable to new COVID-19 variants and is at a greater risk of severe illness or death if he were to re-contract the virus"); United States v. Darby, No.1:10-cr-00432, 2021 WL 2463841, at *2 (N.D.Ohio, June 17, 2021) ("The Court acknowledges that Mr. Darby is vaccinated so he is at a reduced risk of contracting a serious form of COVID-19 but being vaccinated does not automatically preclude a defendant from demonstrating 'extraordinary and compelling reasons' justifying a sentence modification"); United States v. Sawyer, No. 5:15-cr-160-BO, 2021 WL 3051985 (E.D.N.C., June 14, 2021) (granting time served to fully vaccinated individual suffering obesity, diabetes, and other health conditions, citing "Guidance from the [CDC] and other research warn[ing] that the COVID-19 vaccine may not be effective, or is less effective, on individuals with obesity"); United States v. Reyes, 2021 WL 2154714 (D.Conn., May 26, 2021) (granting compassionate release to defendant who received both doses of the vaccine, noting that "newly available data describe 'breakthrough infections' caused by COVID variants in vaccinated populations"); United States v. Spriggs, 1:10-cr-00364-WDQ, 2021 WL 1856667 (D.Md., May 10, 2021) (granting compassionate release to an individual with obesity, hypertension, and heart disease who received one dose of a COVID-19 vaccine because his "vaccination status does not greatly decrease the court's concern that his medical conditions increase his risk of severe illness due to COVID-

19"); United States v. Sweet, No. 07-20369, 2021 WL 1339574, at * 3 (E.D.Mich., April 9, 2021), order amended and superseded, No. 07-20369, 2021 WL 1430836 (E.D.Mich., April 15, 2021) (granting compassionate release after individual received vaccine and recovered from COVID-19 breakthrough infections in Michigan and risk from COVID-19 reinfection); United States v. Bozon Pappa, No. 95-00084-CR, 2021 WL 1439714, at *4 (S.D.Fla., April 1, 2021) (granting compassionate release to a fully vaccinated individual); United States v. Parish, 2:07-cr-578-RMG, 2021 WL 1152960 (D.S.C., March 17, 2021) (granting compassionate release based on COVID-19 risk factors, not withstanding receipt of first vaccine dose); United States v. Manglona, 3:14-cr-05393-RJB, 2021 WL 808386 (W.D.Wash., March 3, 2021) (granting reduction in sentence after vaccination to individual suffering from obesity and moderate asthma), United States v. Moynihan, 1:10-cr-10288-MLW (D.Mass., April 20, 2021) (granting compassionate release to vaccinated defendant); United States v. McLean, l.97-cr-00163-LMB (E.D.Va., March 11, 2021) (granting compassionate release to defendant with heart disease who recovered from COVID-19 vaccine and received one dose of vaccine); United States v. Hernandez Sandoval, 14-cr-5105, 2021 WL 673566 (W.D.Wa., February 22, 2021) (granting compassionate release to individual who received one dose of vaccine and recovered from COVID-19), United States v. Murakami, No. 1:17-cr-10346-DPW (D.Mass., February 25, 2021) (granting compassionate release to individual with hypertension who had received dose of the vaccine and would receive second dose prior to release); United States v. Bradshaw, No. 1:96-cr-10032-DPW (D.Mass., March 4, 2021) (granting compassionate release to individual who had received both doses of the Moderna vaccine); United States v. Ricks, 1:178-cr-00134-JMS-TAB (S.D.Ind., April 22, 2021) (granting compassionate release to individual with chronic kidney disease, hypertension, and anemia who had received one dose of vaccine whose health declined after recovering from COVID-19).

24. FCI Danbury is located in Connecticut, a state that "has one of the nation's highest rates of the Mu variant, the latest COVID-19 mutation," a variant described as perhaps "even more transmissible and more resilient than the now-dominant Delta against current vaccines." See Hartford HealthCare, The Mu Watch: Connecticut Has One of the Highest Rates of New COVID-19 Variant, available at https://hartfordhealthcare.org/about-us/news-press/news-detail?articleid=35713&publicId=395.

25. FCI Danbury employs a single doctor -- a gynecologist -- for a prison population of 840 male inmates.

26. Other courts have determined that releasing inmates from FCI Danbury, even fully vaccinated inmates, with documented violent histories, gang affiliations, and the like is warranted given documented rehabilitation through participation in BOP programs, particularly in light of the sorry state of medical care at this particular prison. See, e.g., United States v. Mata, Case No. 3:15-cr-00044 (D.Ore., September 21, 2021) ("the defendant's release pursuant to this order will not pose a danger to any other person in or the community and is consistent with Sentencing Commission policy statements and the totality of the circumstances").

27. COVID-19 was unknown to the Court at the time of sentencing. So too were the more virulent strains of COVID-19. There was no way the Court could have foreseen how the prison housing the Movant would have made it impossible, both through the incompetence of its staff and the physical layout of a facility constructed during the Roosevelt Administration, to protect the Movant from a disease that was unknown at the time of the sentencing. Further, there was no way the Court could have foreseen how preexisting health conditions would serve as co-morbidities for a then-unknown disease. This is the very definition of an extraordinary and compelling circumstance that could not have been foreseen at the time of sentencing.

28. With the rise of the Omicron Variant, and its rapid spread globally, the true extraordinariness of the pandemic continues to be clear to sentencing courts nationwide. Equally clear is the questionable efficacy of the vaccines available to inmates in light of this newest variant. See, e.g., United States v. Kimber, Case No. 112-cr-00506 (LEK) (W.D N.Y., December 21, 2021) (granting compassionate release to a fully-vaccinated individual with multiple chemicals weapons charges in light, inter alia, of his hypertension, type-2 diabetes and elevated cholesterol); United States v. Seshan, Case No. 14-cr-620 (JFK) (S.D.N.Y., December 10, 2021) (granting compassionate release to a fully-vaccinated inmate and rejecting the Government's assertions about the availability of vaccines and the low present rate of infection at the inmate's prison); United States v. Johnson, Case No. 98 cr-860 (ARR) (E.D.N.Y., December 3, 2021) (granting compassionate release, collecting cases, and finding that the fully-vaccinated inmate was still medically vulnerable in light of risk of breakthrough infections).

29. The Movant learned subsequently to his initial compassionate release request to the Warden, via the intense spotlight placed upon the prison by both the courts and Congress described in detail above, that neither the Warden nor her two predecessors have approved a single compassionate release request during the COVID-19 pandemic, even after the death of an inmate. Thus for the Movant, as with others who have since been released by their sentencing courts, the only avenue to address his legitimate medical concerns in light of the pandemic is through a motion to this Honorable Court.

WHEREFORE the Movant prays this Honorable Court will reduce his sentence in the above-referenced matter to time served and begin the previously-imposed period of supervised release, or provide any other relief that the Court deems necessary and proper.

Respectfully submitted,


RICKY DAVIS

<u>Pro Se</u>

EXHIBIT A

TESTIMONIAL LETTERS

Honorable Judge Ishi

I write this letter with the hope that you will see how far I have come in my struggle to live a productive life. My start was by no means good, addictions to drugs, gang affiliated, I was a mixed up kid in a bad neighborhood, and I made poor choices. I have been constantly doing everything I can to make amends for every poor choice I've ever made.

I have spent more years as a productive human being than I had as an addict or gang member. I put my past far behind me. Droping out of the gang was an easy choice but came with dire consequences, a gang hit was put on my life for leaving the gang. All my childhood friends are now my enemies.

To explain the gravity of that one choice to live my life right and lawfully is not hard. I can't go to public functions such as gyms, clubs, bars, or the movies without looking over my shoulder and scanning the crowd for potential threats. I'm a wanted man from the gang not just for my choice of leaving, but because I strongly advocated against gang life and was able to motivate

**EXHIBIT E**

2

multiple people to leave or avoid that lifestyle.

Every chance I get I steer people away from gangs and drugs. My social life for safety reasons had to be on-line. On-line was new to me, before I was incarcerated computers and cell phones were unheard of in my house and neighborhood. I had a pager before incarceration, technology changed. It was a new and confusing world for me, I adjusted and adjusted, and adjusted. I found chat rooms on-line that enabled me to have social interactions that would not put my life in danger, or so I thought.

I used chat rooms to open up dialog on the stupidity of drugs and gangs, I started alot of heated debates and showed people a different angle on gangs and that destructive lifestyle. On-line was also the only way for me to meet people, as well as advertise my artwork.

Once I finished my parole I wanted to go to the schools and talk to the next generation, if I can motivate even just one kid in the class it would be worth it. People say being on high control state parole in california is

impossable to do without violations. I had three years of that parole to do and was three months away from discharging.

In the only two 1/2 years of semi-freedom I experianced as an adult, I was able to get a job, get accepted into a school in sacramento, and was avidly working towards my goal of opening up a collision repair shop. I still have goals and I continue to strive in that direction. My biggest dream and goal of having a family and being a father was taken from me. It's a constant pain in my soul that I have to live with. I realize that I have only me to blame. I should have been more aware and observant on who I interacted with. It falls to me and a detramentally poor choice I made. I have not allowed this to difine me, I still help as many people change their lives as I can.

In Tucson USP I was mentoring and helping a few of the inmates there. Most of whom are struggling with drug addictions. Those that wanted to be sober hung around me, others with familys I would reach out to and try to discourage them from using. Some times a simple

**EXHIBIT E**

4

statement such as "how would you feel if your child was doing this?" was enough to detere drug use. I would frequently tell those I seen using "don't do anything you wouldn't want your own child to do", and make them think about their actions. If you have to hide it then it's wrong. I participated in the Native American Religous Services twice a week and helped in conducting the ceremony, I was one of the few on the yard that knew and understood any of the ceremonial songs. Much of my spare time was spent on the yard teaching ceremonial songs and concepts. Through the Native American indigenous teachings I was able to help other indigenous inmates shake their ties to drugs which are still prevalent on the prison yards. Temptation is always there for an addict and so is the oppertunity to further wreck your life.          The classes present at Tucson USP are not very practical and include Knitting, beading, crocheting, painting, the only helpfull class is baking, in which you can became a professional chef. I signed up for all of it, but people with large sentences are put on a long waiting list, due to inmates that are

**EXHIBIT E**

5

close to getting out being the priority. It took one 1/2 years for me to be put in the beading class. I attempted a writing course with stafford community college, but was not able to afford the monthly payments.

This whole experience after doing ten years in state prison has been very soul wrecking for me. For the first time in my life I needed medication due to anxiety and severe depression. I dislike any form of meds/drugs, legal and nonlegal alike, so as soon as I went to prison I took myself off the meds and obsorbed myself into a productive program that enabled me to help others. If I wasn't in one of the classes, I was on the yard counciling and teaching. I've always enjoyed helping others, I did volunteer work for the city of Riverbank, helping pull weeds out a large plot for a community garden, mowed my elderly neighbors lawn, fed the homeless sub-sandwiches just about everytime I seen them. It's hard to see people in bad situations and not want to help, I put myself in other peoples shoes and ask how would I want to be treated. I was and am a very giving person, I realize now that it played a part in my downfall. I won't

**EXHIBIT E**

6

stop being giving and helping others, my spiritual path won't allow it, but if i'm capable of being around other people in a social environment, I will be more guarded and less social due to this experiance.

The registration aspect of my parole is very scary, the gang was actively searching for me and now I have to give them my address. I am unsure how I will cope with that, but will cross that bridge if I get there. Reguardless of how much time I have left in prison and life, I will continue to be as productive to my community as I can, and spend as much time with my family as I have. My goals have been expanded since my incarceration.

I am currently working on writing a book series that I believe will inspire not just the ones thinking of joining a gang but current gang members as well. I have hopes that if it works out any proceeds from the books will go to victims of sex trafficing and to help combat sex trafficing. I would like to see it eradicated and i'd like to help in any way I can to get people out of sex trafficing. I've thought long and hard on how to make amends for any and all the wrong I've done in my life, and I've spent my

**EXHIBIT E**

7

little time of freedom helping strangers as well as the people I love. I still would like to open a collision repair shop and go to school, I just hope I have enough time left in my life to accomplish it.

I pray that I have the opportunity to accomplish my goals. Having a collision repair and paint shop has been a dream of mine for a long time, it's a dream that I started to make a reality. I continue to stay strong in my spirituality, i meditate and sing my prayers as often as I can. I'm doing what ever I can to help myself as well as those around me. Being there for my family is important to me, as my parents grow older it kills me that i'm not there taking care of them. My nieces and nephews whom I miss dearly mean the world to me and every second I'm away from them i'm in anguish. Prayer is the only thing keeping me together, or when I absorb myself into helping others. I council inmates every place I go and try to possatively effect them in hopes that I may change their criminal outlook. I pray that I get the chance to leave a good mark before I pass, my family line may end with me I just hope to leave at least a good memory. My goals are important to

**EXHIBIT E**

me, and so is school, I pray I have the opportunity to show all the good in me. With that said, I hope this letter finds you in good health and good spirits.

Sincerly

Ricky.Davis

**EXHIBIT E**

Dear Judge I'am begging you to let my Tio Ricky go because he does not deserve this at all what did he even do to deserve this just please let him go or just look and see in his eyes and you will see a kind and loveing heart and I know you will because that is how he is. Love: Angelina Davis





May 2015

Honorable Anthony W. Ishii,
Sr. United States District Judge,
U.S. District Court for the Eastern District of CA

Your Honor:

My name is Cecilia Schmitt and I
am writing on behalf of my maternal
cousin, Ricky Davis.

I've known Ricky his entire life and the
person I know is a kind, funny and
caring individual. Never once in our time
growing up together did I ever see or
experience a violent side to Ricky.

I don't understand nor can I explain
why he is in his current predicament,
but I know if the court shows leniency, he
has the support of his entire family.

I hope and ask that you will show
leniency on sentencing day. Not only
for Ricky's sake, but for that of his
mother who has suffered tremendously
over the matters.

Forgiveness is the final form of love.
    - Reinhold Niebuhr

Sincerely,
Cecilia Schmitt

© FC Organizational Products, LLC • FranklinPlanner.com • Blooms-Compact

Dear Judge,

My name is Agustin Gonzalez and Ricky Davis is my cousin through my mom side, we grew up together. Our families have always been very close. I work at Safeway Inc and have been there for 15 years. I'm married and have 4 kids. The one and most important thing to me is my family. Ricky is a loving, carring, honest, hardworking, loyal and very dependable. Qualities not very easy to find now in days. While he was with us Ricky held a job at a wrecking yard. He is truely missed by his nieces and nephews. Rick was always so playful and funny, never held him yell or disiplain the kids wrongfully. Insted he would talk to them. There's not one time I remember him not being there for any of us. From having someone to talk to, to moving furniture. Please we miss my cousin gve him a second chance and let him be back with us to continue building memories.

Sincerely,

my son Ricky has turned his entire
life around, He gave up his friends, girl
and turned his life to his nieces, and
nephews, He never went out, he
enjoyed spending time with both
of his parents, He enjoyed going to
the movies with his dad,
catching up on, spending as much
time as he possibly could with his
dad,
He would help his dad work on cars
as a hobbie, he completly let go
of being in a gang, which
endangered his life, so he
just wanted to be around
his family and enjoy his family
my husband has suffered so
much since Ricky got arrested,
he has mental illness and its
gotten really bad, he was enjoying
all his lost time with his son,
we are not getting any younger,
we need to have more good
memmories with our son, we
love him so much, he is a
complete changed man, and he
got mixed up with this girl
and its changed his life, He
deserves his life at home with his
family, he is a good hearted person
when he was on parole, not once
did he get into any drama, he just

was glad to be home with his family, then he meets this girl and it changes his entire life around.

She is bringing him down and taking him away from his family, while its a game to her, its my sons life, he deserves better then whats happening to him.

we have so much love for our son, and i pray and i ask you to consider the charges my son is involved in, He is innocent, The wrong girl came at him and manipulated his entire life Its not fair to my son. who only wanted to live his life enjoying his family and being a uncle to his nieces as well as nephews.

Jose Alvarez
Manager, One Stop Communications
3025, Mchenry Ave
Modesto, Ca - 95350
Phone No: 209-544-3444

May 7, 2015

Re: Character reference for Ricky Davis

The Honorable Judge: Anthony W. Ishii

This letter is being written by the undersigned on behalf of Ricky Davis. Having known Ricky for almost
fifteen years now, I was taken aback when I heard of the charges filed against him. We first met when
we were in school and this entire incident seems extremely out of character for someone as upright as
Ricky.

When I first met Ricky was in school. Not only did he help me with my studies and ensure that I did not
lag behind in my school work, he also became my pillar of strength in one of my most personally
distressing periods. He helped me learn to work out to stay in shape and feel better about myself, I have
seen him, over the years, help several people in his spare time. He has always had a keen interest in
doing something for others and giving back. From when we were teenagers, he has worked to be an
outstanding person by helping people get fit and feeling good about themselves.

I am a full time manager at One Stop Communications a Verizon Wireless Retailer, I have been working
here for the past 9 years, I also have 2 boys age 7 and 2, and have been in a relationship with my spouse
for 10 years now.

I am aware that Ricky is being tried because he has supposedly broken the law but I believe that if true,
it could only be due to bad influence. I strongly feel that if that is the case it would better serve the
community and Ricky that he be not sent to prison. Sentencing him to a term in prison would only cause
the society to lose a citizen who could be a valuable asset.

He is a good person who deserves a chance. Convicting him and sending him to prison would only
expose him to further bad influences. I humbly ask you to please give him an opportunity to set his life
back on track and not let a bad decision alter his life's direction.

If you have any further questions, please feel free to contact me on 209-544-3444.

Thanking you,

Yours sincerely
Jose Alvarez
Manager, One Stop Communications
3025 Mchenry Ave Modesto CA, 95350

MAY 2 1 2015

May 15, 2015

Your Honorable Judge ANTHONY W. ISHII

Ricky DAVIS was employed at My COMPANY, for a period of 1 year; He was Very dedicated, and always came to work on time, he did what had to be done without being told. I own a Salvage Yard and a Auto Repair Shop. CALifornia Auto wreckers and next door Complete Auto Shop in Modesto. If you gave him a Chance of freedom, I would definitely rehire him. He is a very respectful Person and works very well with others, and a Very good helper to others who need explanation of there Job duties.

5/18/15

(209) 918-2892



CALIFORNIA
AUTO PARTS &
AUTO DISMANTLER
FOREIGN & DOMESTIC

RECYCLED
AUTO PARTS
SINCE
1940

618 S. 9th Street
Modesto, CA 95351

SAm
CARLOS: (209) 552-1786
Office: (209) 523-0751

Dear Judge

I feel the need to write you this letter t
open your eyes and heart to a comple
Ricky is a stranger to all of you and hi
has painted the wrong picture of who
truly is and what good he has done
hard he worked on to change his ....
Ricky got his life taken already for
wrong he did while following the wr
people, he came out from that not
to anyone in his past but building
relationship with his family. He t...
along way from the person he use ...
Anyone ricky crossed paths with he
them in the right direction to not ...
into the mistakes he did. From show...
to complete stangers the importance
away from bad people and bad thing
is who guided me to be strong and
to college to get on my feet for m...
He babysat so I could fix my mist...
has a big heart, please dont let h...
get in the way of seeing the new ...

He tried so hard to work, and inquire
school, even the small things he would
like help the neighbors with yard wo
because they are older and couldnt,
is changed and all he did was show
his heart to people, even strangers. He
means so much to us I wish I coi
be at every court date but I am a
time nursing student and its so hard
but it doesnt mean hes not importa
not loved because he is, he means m
to us then he even knows. Please d
judge him on his past, he has change
for the good, This cant be happening
him good people shouldnt get there
taken away.

     Always his sister
      Sand

APRIL 30, 2015

# JUDGE

Dear Judge, I realy miss my tio
Rickey and he is really important
to me and he is real sad that
We cant see eachother any more
I beg you plese to look into his
eyes and know that he has a
heart and he doesn't deserve
this. Please I pray every night
for God to help him get out soon
And Im taking another step
so I am writing you today for
you to help and get him out
soon. and I will add you into
my prayers for God to help
you understand that he is a
great person, and IF you air-
ready understand God my
Lord to help to you make a
U-turn into the right lane.
This is not a threat, but please
let the lord speak to you and help
me be with my Family again.
And please help you are the one
person that can let him go.
Amen. Love the Lord your Saviour.

From Rickey's
neise
Victoria

Age:10
5th grade

My name is John Romero and I have known Ricky since I was 7 years old. We have grown up together in good times and in bad times. We were both troublemakers when we were kids and we both got in trouble for it. I have learned to turn my life around. I am currently a teacher and teach unemployed adults the computer skills they need in order to get a job in this technology economy. I am also a few classes away from earning my AS degree in Computer Science. In the last few years that I have been around Ricky, he has also turned his life around and has been staying out of trouble. I guess you could say that we finally grew up. I was very surprised to hear that Ricky was arrested. Ricky has been doing well and was in no trouble at all. I don't understand how he is being charged with a crime when he has done nothing but try to work and take care of himself. I'm sure it is easy to look at his past and say he must be guilty, but I believe that is not the case. The Ricky I know now is not the same Ricky we were as kids. He is a man now and a productive member of society. I believe he can do great things. Throwing him in prison will make sure that doesn't happen.

Sincerely,

John Romero
209-204-8180

MAY 1 1 2015

11/9/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Honorable Judge,

To whom it may concern.   My name is Leticia Gonzalez and I am writing this letter hoping and
sincerely wishing that I can express my true feelings in letting you know who Ricky Davis is as a
person.

Ricky is my nephew and I love him dearly. When Ricky was about 9 years old I noticed that he
was a lonely child and he was always playing by himself instead of interacting with his siblings.
When I brought this up to my sister she ignored me and said he just did not get along with his
brothers and sister. I always felt Ricky was ignored as a child so at family gatherings I made it a
point to seek him out and talk with him. He really loved being at our ranch and spending time
with the animals. He once told me that he wished I was his mother and that just about broke my
heart. As a teenager Ricky once told me that when he grew up he was getting himself a ranch
because he liked the way we lived. He showed so much interest in our vegetable garden and he
liked that we always had fruit trees and grew our own vegetables. Whenever he spent time with
us I noticed he was a happy child but when I visited my sister he was always alone and sad. At
our ranch he would go out of his way to help me and my husband.

The last time I saw Ricky was at Christmas in 2015. He was very happy and said he really
missed the ranch and spending time here with us. He was somewhat confused about all the
changes and said he had a lot of catching up to do. He was trying to get a job and he began by
doing tattoos because he wanted to be able to rent a place of his own.

Ricky was about 19 years old when he was put in jail and he gets out and doesn't know much
about all this new technology now with the internet and Facebook. I think that Ricky needs a
fresh start and I hope he gets out soon cause all his life he has just been locked up and he really
doesn't know what it's like to just live free. Ricky has a good heart and needs to get a chance to
prove to himself that he can actually make it on his own.

I believe something happened to Ricky as a small child but I can't prove it. My sister and her
husband were never there when he really needed them and I know that they now regret it but at
least they visit him and I pray that Ricky can have another opportunity to make a fresh start and
finally have a decent life. I personally will keep in touch with Ricky and I know he will
definitely stay out of trouble. Sometimes I wish I would have went with my gut feeling and
raised Ricky myself. He is a good person that needs a break. I have five children and Ricky
always loved to play with his cousins at our ranch.

*/s/ Leticia Gonzalez*

**EXHIBIT F**

11/15/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Dear Judge,

My name is Sandra Davis I am Ricky's sister.  I know it's hard to see a man for who he truly is
in court, so all I can do is try my best to show you who my brother is to me and my children.

When Ricky was out of jail I was a single mom to four beautiful children.  Times were so hard
for me.  It was hard getting back on my two feet not only were my finances down so was my
spirits.  No matter how sad I was Ricky was there for me talking me through things.  He even
offered to help watch all the kids so I can try to get back on my feet.  While he watched them I
found a job as a caretaker.  I loved my job but having four kids making minimum wage was
hard.

Ricky was positive though.  He spoke to me so much giving me the confidence I needed to get
back to school finally.  His positive presence in my life is why I am the person I am today.

While Ricky was locked up he continued to keep good spirits and I started college!  Today I have
graduated already.  The face I wish was there wasn't but I knew in my heart how proud he was
for me to become a nurse.  I love him so much and can't thank him enough for being here for me
and my kids when no one else was.

My life isn't the only life he has changed.  I can name a few but this letter will be extremely
long.  So I will just say one more person's life he changed.  While being locked up, he found out
our cousin was taking the wrong path into gangs.  A path he was familiar with all too well.
Because Ricky was locked up all he could do was write and call my cousin, and he did.  He
explained to him where gangs lead people.  He said two places, death or prison.  Ultimately my
cousin followed Ricky's guidance and has been living a good life with a wife and son.  Away
from gangs.

Even behind bars Ricky goes out of his way to help people as much as he can.  Just recently my
7 year old has been making bad choices in school.  Ricky starts talking to my son explaining bad
choices lead to jail and my son was thinking it was funny before that conversation.  Just that talk
made him think twice about his choices.  They look up to him so much.  They don't have a dad,
but they have an uncle who loves them and guides them.  We miss him so much.  Ricky is
missed and loved.

*/s/ Sandra Davis*

**EXHIBIT F**

November 13, 2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, cA  93721

To Hon. Anthony W. Ishi United States District Court Judge

I am the grandmother of Ricky Davis and have watched him grow from the time he was born. Ricky has two other brothers and one sister. Ricky will always be my favorite grandson. He is very respectful towards me, not that his brothers and sister weren't. There was just something special about him. He is a talented Artist as am I, maybe that is one of the reasons he is my favorite.

Ricky is a hard worker and has helped me many times working around my home and in the yard.

I am 79 years old and miss my grandson very much.  I am hoping that he will be released to me someday and can help to take care of me in my elder years. I would like for him to move into my home.

Ricky enjoys helping people, he is thoughtful and caring. As a young boy he was very shy, perhaps that had something to do with being a middle child?

He had no problem finding very good jobs, was never a lazy child.

Thank you for your time reading my letter to you about my grandson Ricky Davis.

Sincerely, Sandra K Betts

**EXHIBIT F**

November 14, 2017


Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Your Honor,

My son Rick Davis was the shy one of the family but when you got to know him he was the
funniest.  He always put a smile on everyone's face.  My son was always here to lend a hand
when I needed him.  I can always count on him and so can everyone that knew him.

He enjoyed the same things I did like working on cars together.  He was present in his sister's
kids' lives so much.  He adored them and they adored their uncle.  Ricky has such a big heart.
Everyone that knows him feels that from him.  He is a lot like me.  I love my son so much and
miss him.

Our family isn't the same without him gone.  He always brought the family together.  We would
have bbq's and gatherings.  He would put it together.  Family is important with him and he
wanted to keep us together.

My son touches so many people's hearts.  He is here for all of us.  Each one of us are getting
much older and I know it hurts so much being away and afraid.  He hurts so much.  My 2 sisters
died at early ages because our technology isn't where it should be.

Ricky would be a good dad like me maybe better.  I am somewhat strict to my boys even kicked
one out of the house because not looking for a job.  But Ricky, I never had this problem.  He
always was working or job searched.  Never lazy.

Thanks for your time Your Honor,

Ricky's Dad,

*/s/ Mickey Davis*


**EXHIBIT F**

Hon. Anthony W. Ishii  U.S. District court Judge

I am the mother of Ricky Davis, my son means so much to me, he was a very quiet kid growing up. I never had problems with Ricky intil i went to work and he starting hanging out with wrong crowd, got involved in gangs, did time, changed his life around, let go of all his friend, it was all about family, he was a uncle, and he loved it, he would play with his nieces, he would read to them, they were everything to him,

He enjoyed learning about cars with his dad, and enjoyed hanging out with us, he liked going to the movies with his dad,

he changed his life around, he didn't have friends anymore and didn't care, it was all about the kids, going to the lake, and having fun, he enjoyed being around family, we would hang out watching T.V. shows, playing monopoly & card games, we had our son back and we cherished him, since we lost 11 years of his young life,

Something went wrong, what happen is not Ricky at all, things got mixed up and my son got arrested, he was devastated, his family i being taken away, thats all he lived for.

**EXHIBIT F**

e has changed his life around Completly, it was all about us, his immediate family, he was home every day, every night, he would read to his nieces, play with them, he was a good uncle, and only wished he could soon be a dad of his own, he started meeting girls and was very careful because of his past, all he wanted was a family of his own, he got a job, and would always help his dad in the garage, learning about cars, he loves his family, he would go visit his grandma's I, who lives in modesto, he would also go to his other grandma in Antioch and help her out when she needed house fixers, he would help. Ricky has a heart, he is a changed man he lost his life to gangs, and came home and cherished his life with his family, we would talk about fun outside activities Ricky doesn't deserve being taken away from his loved ones, he needs to be able to gain memories of his family, while he still has us alive, he is a good son please understand he is respective, and a mello passionate person who wants to be with family.

Thank you Sandra Davis
(mother)

PAGE  03/03          OFFICEMAX          2095519709          11/06/2017  12:37

**EXHIBIT F**

November 9, 2017

Hon. Anthony W. Ishii
United States District Court Judge
U.S. District Court for the Eastern District of California
2500 Tulare Street
Fresno, California 93721

RE: Ricky Davis

My name is Esther Llanos and I am Ricky's cousin. I have known him my entire life as he is a few years older than I am. While we may not have grown up living too close to each other, he has always been one of my favorite cousins. I am writing you to help you get an idea of the person my cousin is at heart.

Ricky Davis is one of the few people I can count on. He has always been there for me as an ear to listen when I needed someone to talk to. He would always manage to cheer me up if I was down and give me advice when needed. He is a good-hearted person who cares deeply for his family. Ricky would manage to get the family together even though we all lead very busy lives. Even when I was not living in California, I kept in touch with Ricky through calls and letters. When he was out we connected through Facebook until I moved back to California. I wish I could've had more time with Ricky to make memories with him as an adult. When I was going through a move in January 2017 he was there with phone calls and letters to help me through my mentally challenging times with my move. He never failed to cheer me up and get me into the right mental state. He's been great at giving me alternative perspectives when it comes to my own life.

Ricky has not lived an easy life. He grew up in an area that was not conducive to his social life. I believe he got mixed up with the wrong crowd even in the wrong place at the wrong time, but that is not the person he is. Ricky is a passionate person who is very artistic. He loves to draw and is very talented at it. He wants what is best in life for everyone even though he has faced the hardships he has. He has the best personality, always making people laugh and smile in any way he can. I believe Ricky is a good person through and through. While Ricky has been incarcerated, he is doing everything possible to better his life. He has been doing a lot of reading and learning with hopes and aspirations to someday be able to get out and have a family of his own. I also have hopes for him to be able to live life to the fullest and experience all the wonderful things it has to offer. I hope to someday be able to have our families celebrate holidays and vacation together. I believe Ricky could lead a very happy and successful life if given the opportunity to.

Your Honor, I am sure it must be difficult for you to make decisions when you don't know the person standing in front of you so I hope my letter will help you to understand the kind person Ricky Davis is. I love and miss my cousin dearly and would love to be able to spend more time in our adult lives together as families should.

Sincerely,

Esther Llanos
Logistics & Sales Coordinator – Thermal Shipping Solutions

**EXHIBIT F**

November 7, 2017

Your Honor,

My name is Tiffany Quinones, I am Ricky's first cousin. In which I have known him my entire life. Growing up our families always spent lots of time together, as his mother and my mother were and still are very close. The majority of childhood memories that I have always include Ricky as far back as I can remember. All of us cousins together was never a dull moment. Ricky is my older cousin so he was always someone that I could look to for advice growing up. He has always been and still is a great listener and is someone I can trust will give me their most honest opinion even if his opinion differs from my own.

Ricky has always been someone who is strong minded and very intelligent. When I was younger I remember looking at him more as an older brother than a cousin. He always looked out for me, had my best interest at heart and always made sure that I stayed out of trouble and on the right path growing up. If I messed up, as growing up I made my share of mistakes I remember never wanting Ricky to find out because knowing that he might be disappointed in my actions or choices was always something that worried me. Simply because I knew that he knew that I was smarter than that, but just as every other young person growing up I made mistakes just like everyone else.

Growing up into my early adulthood Ricky was absent for a period of time. During that time I made sure to write back and forth with him as much as possible. He always ensured that although physically he could not be apart of my life in that time that he made sure that I knew by writing to me that he still wanted to try his best to be part of my life as much as possible. I was always happy to hear from him because I consider him and I very close. He's always been someone I could count on, for advice, a listening ear, shoulder to cry on or in anyway possible really. Ricky has always been someone that has put others before himself, I've watched him help others in need at times when he himself was in need. Ricky is a bighearted person who always seems to find the good in people and more often than not ready to give people the benefit of the doubt. He always looks and seems to find the good in all people.

When I was in my 20's (I am now 32) I decided to take a leap and sign up for School to obtain my degree in Criminal Justice. When I discussed my decision with Ricky he showed me so much positive support. He helped push me to follow my goals all the way thru and he even helped me with my final exam report for one of my classes: World of Religions. He went as far as making the 2 hour drive to me so he could take me to a religious ceremony (if he knew that I called this a religious ceremony he would not be to thrilled as he has repeatedly advised that it is not a religion but instead a way of life, and Ricky is probably laughing at me for saying that) that was taking place in San Jose . It was an awesome experience and I am so happy to have that memory with him being apart of it. I passed that class with flying colors with his help and couldn't be more grateful to him for that. He enjoyed showing me his interests and explaining to me what things meant and how these types of ceremonies made such a positive impact on his life. He told me it gave him a sense of belonging and helped him to always keep a positive outlook in life.

Ricky grew up in a very tough neighborhood and after making mistakes as we as humans do has choose to live his life in a very different way compared to other people who also grew up in that same neighborhood. Ricky has always been someone who knows that life can be tough, but always put one foot in front of the other and made sure to prove that hard work will always pay

**EXHIBIT F**

off. For as long as I can remember Ricky has always had a job, from the time he was legally able to work. He never allowed life's curveballs to set him off his path of success when it came to his responsibilities. Even though it was tough for him to find a job because of his record, that never stopped him from applying. Eventually finding someone to give him that 2nd chance he was able to land a job at Kohl's Distribution Center. And not once did he ever take that opportunity for granted, he worked overtime when it was offered and always put the extra effort it when he deemed necessary. Ricky likes to work on cars just like his Dad, he even helped teach my younger brother what he knew as far as mechanics when it came to cars.

Kids tend to flock to Ricky, I have 2 kids of my own and they initially met Ricky when they were both very young but they still remember him even though they have not seen him in years. My son who is now 11 every so often brings Ricky up and talks about a trip to the River that we took with him. He clearly remembers swimming with Ricky and always reminds me about how Ricky helped teach him how to swim. Ricky has always been great with my kids as well as all 4 of his nieces and nephews. He has yet to meet his youngest 5th niece. He has always had such patience for the kids in our family and almost goes into whole "big kid" himself act to actively engage with the kids. Anytime I have concerns about my son whenever I am able to talk to Ricky I always ask his opinion on what to do in certain situations that I may be dealing with at the time. Ricky is always ready to provide me with some insight or ideas on how to try and help my son get back into the right path.

Ricky has always wanted kids of his own and I hope that one day soon that can actually happen for him. He deserves to have his own family, and would have lots of knowledge and experience to give in that department. I have seen first hand, Ricky succeed through struggles and strive for greatness. I do not doubt that given the opportunity he would have no problem being a productive and, hardworking citizen in our community. I pray that others see the good in him as I myself do in so many ways. I thank you for your time,

Tiffany Quinones

**EXHIBIT F**

November 7, 2017

Hon. Anthony W. Ishii
United States District Court Judge
U.S. District Court for the Eastern District of California
2500 Tulare Street
Fresno, California 93721

To whom it may concern:

My name is John Romero and I am writing this letter on behalf of Ricky Davis. Ricky and I have been
friends since 1987 when we both moved into a new neighborhood in south Modesto. We have known
each other through good and bad times. We have both made some mistakes in life and gotten ourselves
into trouble at times. The last time Ricky was let out on parole he contacted me as soon as he could so
that he can learn how to make positive changes in his life. While I was in trouble myself as a kid, I have
made drastic changes and now live a very productive life. I have been a teacher at Community Business
College in Modesto for the past 10 years and have earned a degree in Computer Science. Ricky
recognized that I could help him to achieve his goals. Ricky spent a lot of time at my house just talking
with me and asking what he can do to stay out of trouble. I teach career development and was helping
Ricky get the skills he needs to be successful. The whole time that Ricky was out, he seemed to me to be
doing everything he was supposed to be doing. He was staying out of trouble, staying away from the
wrong people, and trying to do right. He would go to work and then stop by here to learn what he could
and then he went home. I believe Ricky is a good person with good intentions that just needs to be given
a chance to prove. I think that with the right opportunities, Ricky could be a contributing member of
society.

Sincerely,

John Romero
600 Coralwood Rd.
Modesto, CA 95356

If you have any questions, I may be reached at 209-204-8180.

**EXHIBIT F**

11/15/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Dear Judge,

My uncle Tio Rickey is the most kindest person I have ever known in my life.  My name is
Angelina Davis and I love my tio so much.  Whenever I was sad he will always make me smile
and then I can't stop smiling and when I see him I can't stop thinking about if he will even get
out of prison.  Just thinking about that makes me cry.  All the days he was home he would tickle
me, he makes me laugh so hard my cheeks would hurt!  And then one day I came to visit him at
my grandma's house and then I saw him in cuffs with the police.  I did not know what that meant
because I was too young to know what jail or prison was.  I was 5 years old when the police took
him and now I am 11 years old so he has been in prison for 6 years now.  He was the most
kindest person in my life and everyone in the Davis family loves him too much and we can't
stand him away for much longer.

Thank you for your time.  Please tell my uncle I love him.  Thank you.

Sincerely,

/s/ Angelina Davis

**EXHIBIT F**

11/15/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Dear Judge,

Hello!  My name is Victoria, I am writing to tell you about my uncle Ricky Davis.  He is so kind hearted.  My uncle Ricky has always been there for me.  He is super loving and nice.  I miss my uncle a lot.

He would always take me on car rides to get ice cream or doughnuts.  He is super funny as well, he would always tell me and my family jokes.  Ricky would make us smile and laugh with his humor.

To have my uncle away is very heartbreaking because everyone is getting older and miss him. Him not being home with my grandparents worries me that he won't be there with them before they pass.  Especially since they are getting older.  With my uncle gone, life isn't the same.  He brings happiness to all of us.  He has been gone for so long!  I even have a new baby sister (her name is Isabella) and it hurts to think she won't get to know or see him the way the rest of the family does.  I am very sad to feel that Bella (Isabella) won't get to know him.  Thank you for taking your time to read this letter.

Sincerely,

*/s/ Victoria Davis*

**EXHIBIT F**

11/08/2017

Hon. Anthony W. Ishii
United States District Court Judge
2500 Tulare Street
Fresno, CA  93721

Your Honor,

My name is Leticia Williams and I'm writing this letter for my cousin Ricky Davis. Ricky is my first cousin. He calls me Ety. My mom and his mom are sisters. I have known Ricky since he was a baby and I remember him playing with me and my brothers and sister.

Growing up we had lots of family birthday party's. Ricky would come over to our ranch to visit. We would run around ride the pony and play with the goats and rabbits. We would play tag or go to the swimming pool during the summer. I moved away to the Bay Area after high school and then Ricky was not around for a while.

When Ricky returned he was the same loving cousin. He gave us a huge hug. And meet my kids for the first time. My daughter and son where about 10 and 8 at the time. Ricky was smiling ear to ear because he said my daughter was a mini me. And my son a mini Todd who is my husband.

Ricky had a very rough life as a kid. Lots of verbal and physical abuse in his house. I slept over my cousin Ricky's house as a kid and after a few sleep overs I stopped going. I was not used to hearing all the chaos that was the normal in that household.  He had to fend for his self all the time. I seen parents physically punching the kids straight in the face and worse. As a kid I was scared and would leave to the living room but still hear all the running and chaos upstairs. My cousin Ricky would end up leaving the house and staying out of the house sometimes for days at a time. The sad thing was that this eventually was the normal thing and no one went looking for him.

We would have lots of gatherings and family BBQs. At one gathering we had a surprise birthday party for my grandma and most of our family made it. This was a very nice day and I can see that Ricky was happy to be with us all. He was eager to be with all of us family. Something that he didn't have growing up.

Ricky would be educating anyone who would listen. He constantly talked about the history of the indigenous Mayans. You can hear it in his tone that he had a passion for teaching. Joking we told Ricky he should be a history teacher. He laughed about it at that time but I honestly think that he can be.

Ricky invited my family to an indigenous festival. We didn't know what to expect at all. I was really happy that we went. It was so much fun, very educational and interesting.

We met Ricky and at the event. Walking up to the event we can hear the drums and the music. My cousin Ricky was singing some of the songs. Ricky had fun teaching us about the different booths. At one point I asked about a huge circular wood artwork and Ricky explained that it was the Myan calendar. If I would have let him go on and on he would have probably explained each carved figure on the calendar. Ricky is very passionate about the Mayan history.

I remember Ricky came to our white elephant Christmas gift exchange. We had so much fun that day. Ricky's white elephant gift was cash and everyone was fighting for that gift. It switched hands so fast from person to person that we lost track of how many times it was stolen. We were all laughing so hard. Ricky had the best gift I didn't think anyone would make such a fuss about $20.00 it was so much fun and I'm looking forward to more happy memories like this one.

In the past few years I have written back and forth with Ricky. Sometimes time went on and I wouldn't set aside time to write him.  He was always understanding in his letters and positive. I wrote him about trouble I was having with my son and I'm so glad that Ricky was able to give me a different perspective on

**EXHIBIT F**

the situation. He helped me to understand and be a better parent. I can proudly say that my cousin Ricky helped with that. Ricky was my therapy from a young man's perspective.

When I mailed Ricky some pictures. One picture was of Ricky with my mom. He wrote me back and let me know that he cried when he saw the picture. He said he missed her and that he always felt her love when she hugged him. His letter had me in tears that day.

I'm so lucky to have a cousin like Ricky in my life. He has been there for a lot of us. Especially for his only sister Sandra. He was always helping her with carrying the baby car seat or diaper bag. You didn't have to ask him he would just do it on his own. He would play with the kids and take them outside to see the animals at my parent's ranch. Since my cousin Sandra couldn't deal with the animal smell or didn't want to get her shoes muddy. So Ricky would be the one to take his nieces and nephew out to see the animals. The kids loved it and Ricky enjoyed the time with them too.

Ricky is going to make a great father one day and make his wife proud. He is the type of man that will hold the door open for you and help carry all your groceries inside. If you forgot something in the car and it's a pouring down rain storm he wouldn't think twice. He would go and grab whatever it is and bring it in for you. He has a huge loving heart and he cares for us all. He loves his sister and nieces and nephews. They were always together and you could see it in his face it would light up when he was with them.


Thank you,
Leticia Williams

**EXHIBIT F**

fresno, CA 93721

Nov. 5th 2017

Nicole Lloyd
1812 Ipswich way
Modesto CA 95358
(209) 204-6510 email: findyournemo@Yahoo.
My name is Nicole Lloyd and
I have Known Ricky Davis for
twenty years. We grew up living
in the same neighborhood
and I am good friends with
his sister Sandra Davis. I
would see Ricky at his mom's
house when I would visit his
sister. We also had mutual
friends once I started high
school. We dated for a year
and a half I believe from
2009 - 2010. Ricky was the
best boyfriend I've ever had.
Ricky never once has ever
raised his voice or swore at
me. Ricky was always there

**EXHIBIT F**

Case 1:12-cr-00056-AWI-BAM   Document 208   Filed 01/11/22   Page 53 of 59
11/06/2017  18:26   2095519789          OFFICEMAX                    PAGE  02/08
Case 1:12-cr-00056-AWI-BAM   Document 186-1   Filed 11/20/17   Page 43 of 49

to listen about my day, my work,
my worries, he listened to
anything I had to say.
Ricky is very good at listening
and also helping to find
solutions. Ricky is good at
giving advice and bringing
light to the situation.
During our relationship Ricky
and I became best friends,
which we remain to this day.
Ricky is the kind of person
that puts his loved ones
before himself. Ricky is a
quite person, but if you
spark up a conversation
with him the thing that
stands out the most is his
sense of humor. There isn't
a day that goes by without
him cracking jokes. Ricky
cares alot about his family.
All of his free time was
spent with either his father
and sister or his cousins.

**EXHIBIT F**

His sister had four kids (now five) and Ricky enjoys being an uncle to his nieces and nephews. During the week Ricky was his sisters main baby sitter. Ricky is good with kids and never lost his temper. Ricky is a protector of his loved ones. His sense of rationality could calm any situation. We spent alot of our days talking long walks and talking or taking trips to the river or yosemite. Ricky wants to have kids and a family of his own. We talked about Starting a family together. Ricky has a positive personality and out look on life. He is very likable once you take the time to know him. He can be shy at first. Ricky is very attentive and would thrive in school.

**EXHIBIT F**

Case 1:12-cr-00056-AWI-BAM   Document 208   Filed 01/11/22   Page 55 of 59
11/05/2017  18:26   2095519789           OFFICEMAX                              PAGE   04/08
Case 1:12-cr-00056-AWI-BAM   Document 186-1   Filed 11/20/17   Page 55 of 8

Ricky loves teaching and learning. The most important thing to Ricky is making sure his loved ones are doing well. The second most important thing to Ricky is his heritage and culture. Ricky enjoyed going to pow wows, it was very peaceful to be involved. He loves beading and crafting. He would make head bands and necklaces to wear at the pow wows. Being involved with his culture gave him a sense of belonging. I would attend pow wows with Ricky and the ceremonys were always beautiful. Ricky never gets involved with others drama, he keeps to himself and stays low key. Ricky doesn't take any substances. Ricky is reliable and keeps his word. Ricky and I have kept a positive relationship no matter our

**EXHIBIT F**

11/05/2017  18:26   2095519709                OFFICEMAX                              PAGE  05/08

title. Ricky has dropped all ties to any gang and he wants his tattoos removed. If Ricky had the chance to be himself and not suffer due to a record he would prosper. Ricky does well in learning environments and would be an aset to any company if given the opportunity. He also deserves the chance to start a family and raise children. Another passion of Rickys that was passed down from his father is owning and restoring old school cars. Some of the things we used to do together were making things for our home. We made shoe baskets, lined all of my drawers with fabric and painting. Ricky has alot of patience. One time we volunteered doing yardwork for a baseball field. He did yard work to earn money with his father

**EXHIBIT F**

but the baseball field we
did for free. We did it as
a family event. The baseball
field was wanting to add
a garden area for the
kids and we did yard work
and provided an area to do so.
Ricky would come with me
to any work get together
and would also encourage
me to visit my grandparents
and would come along to visit.
One time we had a family
trip to disneyland. It was my
little sister and I first time
going. Ricky and I made life
time memories together.
Ricky is not the kind of
person to give you the shirt
from his back, Ricky is
the kind of person to go get
the materials and make you
a new shirt and do it with
meaning. Ricky grew up in a
tough neighborhood, but has
cut his ties to his former

**EXHIBIT F**

friends. I am proud of Rickys
independence. He has been
hindered with a record but
still always tried to apply for
jobs and kept side jobs doing
yard work. Ricky didn't
miss any parole meetings;
car or no car. When Ricky
would spend the night at my
house, he would ride with
me to my work in the morning
Insted of him driving my
car home, he would take the
bus home. He did this to
avoid getting comforable using
other peoples things and to
keep his desire to work harder
for things. After time and
effort he was able to afford
to buy a car off of his father.
I hope the good in Rickys
heart repays him. I hope
Ricky doesn't feel another
day wasted. I have a hard
time talking to him now

**EXHIBIT F**

*page 8 of 8*

because I feel helpless to
help him out of jail. Every
time we talk he is positive
and tries to comfort me
as if my life could be harder
than his and it's heartbreaking
trying to find something to
say back to him. Ricky
deserves the chance to live
his life. Thank you for your
time.

Sincerly,

Nicole Lloyd

**EXHIBIT F**