UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff<br><br>v.<br><br>**RICKY DAVIS,**<br><br>Defendant | **CASE NO. 1:12-CR-0056 AWI**<br><br>**ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL AND ORDER FOR CLERK TO FILE DEFENDANT'S EXHIBITS A, B, AND C UNDER SEAL**<br><br>(Doc. No. 35) |

On February 6, 2023, Defendant Ricky Davis through counsel filed a supplemental motion for relief under 18 U.S.C. § 3582(c). See Doc. No. 212. In connection with that motion for relief, Defendant requests that Exhibits A, B, and C, which are medical records, be filed under seal. See Doc. No. 213.

Medical records contain private, confidential, and often sensitive information, and courts often order medical records to be filed under seal. E.g. United States v. Bradley, 2020 U.S. Dist. LEXIS 119962, *21 (E.D. Cal. July 6, 2020); Johnsen v. Tambe, 2019 U.S. Dist. LEXIS 144715, *2-*5 (W.D. Wash. Aug. 26, 2019). The Court detects no reason to reach a different conclusion in this case. Therefore, Defendant's medical records, which are Defendant's Exhibits A, B, and C will be sealed.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that the Clerk shall file Defendant's medical records, which are his Exhibits A, B, and C in support of relief, UNDER SEAL.

IT IS SO ORDERED.

Dated:   February 8, 2023                              _____
                                                                            SENIOR  DISTRICT  JUDGE