UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>RICKY DAVIS,<br><br>           Defendant. | No. 1:12-cr-00056-NODJ<br><br>ORDER GRANTING MOTION TO TERMINATE CJA APPOINTMENT AS COUNSEL OF RECORD AND CLOSING CASE<br><br>(Doc. No. 220) |

Having reviewed the motion and found that previously appointed defense counsel Carolyn Phillips has completed the services for which she was appointed, the Court hereby grants attorney Phillips's request for leave to withdraw as defense counsel in this matter. Should defendant Davis seek further legal assistance, he is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for that office is (559)487-5561 (collect) or (858)656-4360 (toll-free). If appropriate, that office will arrange for the reappointment of counsel to assist defendant.

Accordingly,

1.) The motion to terminate the CJA appointment (Doc. No. 220) is granted; and

2.) The Clerk of the Court is directed to serve a copy of this order on defendant RICKY DAVIS at the following address and to update the docket to reflect defendant's pro se status and contact information:

        Ricky Davis, 68550-097
        FCI Danbury
        Federal Correctional Institution
        Route 37
        Danbury, CT 06811

3.) The Clerk of the Court is also directed to again close this case.

IT IS SO ORDERED.

Dated: **January 3, 2024**

                                                        */s/ Dale A. Drozd*
                                        UNITED STATES DISTRICT JUDGE